# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE C. FORRESTER WINNE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, U.S. BANK NATIONAL ASSOCIATION, TRANSWORLD SYSTEMS, INC., ABRAHAMSEN RATCHFORD, P.C., VCG SECURITIES, LLC; PNC BANK N.A., CHARTER ONE BANK, N.A. and TURNSTILE CAPITAL MANAGEMENT,<br><br>        Defendants. | **NO.: 1:16-cv-00229-GZS** |

## DEFENDANT, TRANSWORLD SYSTEMS, INC.'S, RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, Defendant, Transworld Systems Inc., hereby advises the Court that is a wholly owned subsidiary of Aston Acquisition Corp. No publicly held entity owns 10% or more of an equity interest in Transworld Systems Inc.

Dated: July 7, 2016.

Respectfully submitted,

_____
Adam J. Shub, Esq.
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546

10710296.1

Case 1:16-cv-00229-JDL   Document 15   Filed 07/07/16   Page 2 of 2    PageID #: 115

>Portland, Me 04112-9546
>Telephone No.: (207) 791-3000
>Facsimile No.: (207) 791-3111
>ashub@preti.com
>Attorneys for Defendant
>Transworld Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on July 7, 2016, a copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

William K. McKinley, Esq.
Troubh Heisler, PA
511 Congress Street, 7th Floor
Portland, ME  04104-5011

>By:   /s/ Adam J. Shub

10710296.1