UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JANE C. FORRESTER WINNE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; U.S. BANK NATIONAL ASSOCIATION; TRANSWORLD SYSTEMS, INC.; ABRAHAMSEN RATCHFORD, P.C.; VCG SECURITIES, LLC; PNC BANK, N.A.; CHARTER ONE BANK, N.A.; and TURNSTILE CAPITAL MANAGEMENT,<br><br>Defendants. | CASE NO: 1:16-CV-00229-JDL |

**DECLARATION OF DAVID DUCLOS PURSUANT TO 28 U.S.C. § 1746
IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS**

I, David Duclos, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Vice President at U.S. Bank National Association ("U.S. Bank").

2. I make this declaration in support of U.S. Bank's Motion to Dismiss. I make the statements in this declaration based on my own personal knowledge.

3. U.S. Bank is a federally chartered national banking association with its main office in Cincinnati, Ohio and its principal place of business in Minneapolis, Minnesota.

4. U.S. Bank does not have any bank branches or other locations in Maine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July 2016.

/s/ David Duclos

David Duclos

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016 I electronically filed the foregoing document using the CM/ECF system which will send the notification of such filing to Plaintiff Jane C. Forrester Winne.

/s/ John J. Aromando
John J. Aromando
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
(207) 791-1100
jaromando@pierceatwood.com

*Attorney for Defendant*
*U.S. Bank National Association*