| | |
|---|---|
| STATE OF MAINE<br>PENOBSCOT, ss. | DISTRICT COURT<br>BANGOR<br>CIVIL ACTION<br>DOCKET NO. BANDC-RE-10-153 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY
MERGER TO LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I
LLC ASSET BACKED CERTIFICATES,
SERIES 2005-HE3
        PLAINTIFF

v.

J. CHRISTOPHER WINNE, A/K/A JOHN
CHRISTOPHER WINNE
AND
JANE C. WINNE, A/K/A JANE COLE
FORRESTER WINNE
        DEFENDANTS

AND

PAUL BARRETT LAUB
        PARTY IN INTEREST

FILED
MAY 04 2011
PENOBSCOT JUDICIAL CENTER
PENOBSCOT COUNTY SUPERIOR COURT
BANGOR DISTRICT COURT
d/d 4-30-11

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE NAMED PLAINTIFF

Now comes the Plaintiff pursuant to M.R.Civ.P.17(a) and 25(c) and moves this Honorable Court to substitute the named Plaintiff in this action for the following reasons:

    1.    This action was commenced in the name of Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE3.

    2.    The subject note and mortgage have been transferred to U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as



EXHIBIT D

5/31

successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE3.

3.   U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE3 should be reflected as the holder of the subject mortgage and the Plaintiff in this action.

4.   This Court has authority pursuant to M.R.Civ.P.17(a) and 25(c) to substitute a named party upon a transfer of interest.

WHEREFORE, the Plaintiff moves this Honorable Court to permit the substitution of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2005-HE3 as named Plaintiff in this matter.

Dated: 4/30/14

Leonard F. Morley, Jr. #3856
William B. Jordan, #461

SHAPIRO & MORLEY, LLC
707 Sable Oaks Dr., Suite 250
South Portland, Maine 04106
(207) 775-6223

ANY PARTY OPPOSING THIS MOTION MUST FILE A RESPONSE NOT LATER THAN TWENTY-ONE (21) DAYS AFTER THE FILING OF THIS MOTION. THE FAILURE TO FILE TIMELY OPPOSITION WILL BE DEEMED A WAIVER OF ALL OBJECTIONS TO THE MOTION, WHICH MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING