UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE C. FORRESTER WINNE, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, U.S. BANK NATIONAL ASSOCIATION, TRANSWORLD SYSTEMS, INC., ABRAHAMSEN RATCHFORD, P.C., VCG SECURITIES, LLC; PNC BANK N.A., CHARTER ONE BANK, N.A. and TURNSTILE CAPITAL MANAGEMENT,<br><br>    Defendants. | NO.: 1:16-cv-00229-JDL |

**DEFENDANT, TURNSTILE CAPITAL MANAGEMENT, LLC.'S,
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Defendant, Turnstile Capital Management, LLC (TCM), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

  1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

  2. Turnstile Capital Management, LLC is a subsidiary of Goal Structured Solutions, Inc., a privately held corporation.  No publicly traded corporation owns an interest in TCM.

10959023.1

Dated:  September 7, 2016

                                                             Respectfully submitted,

/s/Brian Roth
Brian Roth, Esq., admitted Pro Hac Vice
Sessions, Fishman, Nathan & Israel
3850 N Causeway Blvd Ste 200
Metairie LA  70002-7227
504-828-3700
broth@sessions.legal


/s/ Adam J. Shub
Adam J. Shub, Bar No. 4708
Preti Flaherty Beliveau & Pachios LLP
One City Center
PO Box 9546
Portland ME 04112-9546
207-791-3000
ashub@preti.com

Attorneys for Defendant
Turnstile Capital Management, LLC

## CERTIFICATE OF SERVICE

      I certify that on September 7, 2016, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

      Cynthia A. Dill, Esq.
      William K. McKinley, Esq.
      Troubh Heisler, PA
      511 Congress Street, 7th Floor
      Portland, ME  04104-5011

Dated:  September 7, 2016                                    By:    /s/ Adam J. Shub