

# Administrative Office of the Courts

James T. Glessner  
State Court Administrator  
125 Presumpscot Street (zip 04103)  
P.O. Box 4820  
Portland, Maine 04112-4820

Telephone: (207) 822-0792  
FAX: (207) 822-0781  
TTY: (207) 822-0701

September 29th, 2016

Cynthia A. Dill, Esq.  
Troubh Heisler, PA  
511 Congress Street, 7th Floor  
Portland, ME 04101

RE: Subpoena in Maine District Court Case 1:16-CV-00229-JDL

Dear Attorney Dill:

    I am writing in response to your subpoena of September 12th, 2016, regarding the production of documents, information or objects or to permit the inspection of premises in a civil action. Specifically, the subpoena requests "the number of student loan collection cases filed by National Collegiate Student Loan Trusts in Maine District and Superior Courts from 2011 to present." A review of our computer database indicates that the National Collegiate Student Loan Trust was the plaintiff in 372 cases.

    I trust that this information sufficiently responds to your request. Requests for information are generally covered by the provisions of Administrative Order JB-05-20.

Sincerely,

*James T. Glessner*  
James T. Glessner  
State Court Administrator

**EXHIBIT B**