Case 1:16-cv-00229-JDL   Document 66-2   Filed 11/01/16   Page 1 of 1    PageID #: 645

Case 08-12540   Doc 1294-5   Filed 11/18/15   Entered 11/18/15 11:48:55   Desc
Exhibit General Unsecured Creditor Claims   Page 3 of 4

TERI Plan Trust
Exhibit D - General Unsecured Creditor Claims
November 19, 2010 through October 31, 2015

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip Code | Allowed General Unsecured Amount | Amount Paid To-Date |
|---|---|---|---|---|---|---|---|---|
| KSLT 2003-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $623,586.00 | $134,070.99 |
| KSLT 2004-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $803,372.00 | $172,724.98 |
| KSLT 2005-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $377,533.00 | $81,169.60 |
| KSLT 2006-A | KeyBank NA | Attn: Krista Neal | 4910 Tiedman Road, 6th Floor | Brooklyn | OH | 44144 | $362,215.00 | $77,876.23 |
| Lake Contracting Inc. | 5 Middlesex Ave | | | Somerville | MA | 02145 | $52,565.54 | $11,301.61 |
| Lea Robinson | 509 W 155th St Apt 5D | | | New York | NY | 10032-7808 | $261.45 | $50.97 |
| Lydecker Diaz | Alan S Feldman | 1221 Brickell Ave, 19th Floor | | Miami | FL | 33131 | $2,178.55 | $468.41 |
| Maine Education Loan Authority (MELA) | Attn: Shirley Erickson | 131 Presumpscott St. | | Portland | ME | 04103 | $6,466.00 | $1,390.19 |
| Manufacturers and Traders Trust Company | c/o Jeffrey R Waxman, Esq. | Cozen O'Connor | 1201 N Market Street, Suite 1400 | Wilmington | DE | 19801 | $117,110.00 | $25,178.65 |
| Mary Harriman | PO BOX 1836 | | | Brockton | MA | 02303 | $40.00 | $6.00 |
| MB Financial Bank NA | Attn: Thomas Prothero | 6111 North River Road | | Rosemont | IL | 60018 | $9,509.00 | $2,044.44 |
| McCourt Associates/Wilson Learning | McCourt Associates, LLC | 260 Riverside Avenue, Suite 301 | | Westport | CT | 06880 | $1,795.00 | $385.93 |
| Members 1st Federal Credit Union | Natalie J Keyser | 5000 Louise Drive | | Mechanicsburg | PA | 17055 | $166,089.00 | $35,709.14 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $206,358.00 | $44,366.97 |
| National City Bank (n/k/a PNC Bank) | PNC Bank | Attn: Tom Lustig | 2600 Liberty Avenue, Suite 200 | Pittsburgh | PA | 15222 | $256,320.00 | $55,108.80 |
| National Collegiate Master Trust | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,244,647.00 | $1,772,599.11 |
| National Collegiate Trust 2002-CP1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $300,000.00 | $64,500.00 |
| National Collegiate Trust 2003-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $7,853,443.00 | $1,688,490.25 |
| National Collegiate Trust 2004-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $6,642,872.00 | $1,428,217.48 |
| National Collegiate Trust 2004-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,200,000.00 | $3,053,000.00 |
| National Collegiate Trust 2005-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $8,700,000.00 | $1,870,500.00 |
| National Collegiate Trust 2005-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $9,300,000.00 | $1,999,500.00 |
| National Collegiate Trust 2005-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $27,600,000.00 | $5,934,000.00 |
| National Collegiate Trust 2006-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,800,000.00 | $4,687,000.00 |
| National Collegiate Trust 2006-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $22,900,000.00 | $4,923,500.00 |
| National Collegiate Trust 2006-3 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $14,000,000.00 | $3,010,000.00 |
| National Collegiate Trust 2006-4 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $21,100,000.00 | $4,536,500.00 |
| National Collegiate Trust 2006-A | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $468,871.00 | $100,807.27 |
| National Collegiate Trust 2007-1 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $13,900,000.00 | $2,988,500.00 |
| National Collegiate Trust 2007-2 | US Bank | c/o FMDS | 800 Boylston Street, 34th Floor | Boston | MA | 02199 | $10,200,000.00 | $2,193,000.00 |
| Navient(fka ECFC) | Navient Credit Finance Corporation | ATTN Peter Greco, VP & Associate General | 11100 USA Parkway - E3147 | Fishers | IN | 46037 | $490,918.00 | $105,547.37 |
| Nellie Mae Education Foundation | Attn: Mike Carey | 1250 Hancock Street | | Quincy | MA | 02169 | $415,000.00 | $89,225.00 |
| Nexsen Pruet, PLLC | Benjamin Kahn | 701 Green Valley Rd, Suite 100 | | Greensboro | NC | 27408 | $4,008.93 | $861.92 |
| OSI Education Services Inc | Pete Afflerbach | 507 Prudential Road | | Horsham | PA | 19044 | $28,945.73 | $6,223.35 |
| Peabody Office Furniture Corp | Corporate Headquarters | 234 Congress Street | | Boston | MA | 02110-2488 | $6,670.00 | $1,434.05 |
| Penn Security Bank and Trust | c/o Myles R Wren, Esquire | Nogi, Appleton, Weinberger & Wren PC | 415 Wyoming Ave | Scranton | PA | 18503 | $212,035.00 | $45,587.53 |
| Perkins & Will Inc | 1315 Peachtree Street NE | | | Atlanta | GA | 30309 | $5,760.00 | $1,238.40 |

ENGAD 800-631-6989

EXHIBIT
B