

CORPORATE FACT SHEET

# The Wilmington Trust Advantage
## A Powerful Combination of Strength and Experience



With roots dating back to the founding of Wilmington Trust Company by T. Coleman duPont in 1903, Wilmington Trust has been serving successful individual and institutional clients for more than a century. Offering a high caliber of service, Wilmington Trust is globally recognized and has a team of professionals that bring a unique blend of knowledge, experience, and resources to every client relationship that we serve.

**Institutional Client Services**
- International client base with clients in more than 90 countries
- Specialized trust services for capital markets financing structures
- Trust and custody services for retirement plans
- Customized institutional investment capabilities

**Wealth Advisory**
- Clients in all 50 states and numerous other countries
- One of the largest personal trust providers in the United States
- Tax planning and wealth transfer strategies
- Investment management, private banking, family governance, and family office services

### Corporate Facts and Figures for our parent company, M&T Bank Corporation (as of 9/30/2016)

We are proud to be part of the M&T corporate family, one of the most financially sound and successful companies in the U.S. financial services industry.

- One of the 20 largest independent commercial bank holding companies in the U.S.
- $126.8 billion in assets
- $77.8 billion in assets under management*
- $137.6 billion in assets under administration
- $16.3 billion in shareholders' equity
- $89.6 billion in loans and leases
- $98.1 billion in deposits
- Tier One Capital Ratio: 12.04%
- Consistent profitability for the past 161 consecutive quarters
- From January 1, 1980 through September 30, 2016, M&T's stock has been one of the top performers in the U.S., with an annualized total return to shareholders of 18.2%

*Wilmington Trust is a registered service mark. Wilmington Trust Corporation is a wholly owned subsidiary of M&T Bank Corporation. Wilmington Trust Company, operating in Delaware only, Wilmington Trust, N.A., M&T Bank, and certain other affiliates, provide various fiduciary and non-fiduciary services, including trustee, custodial, agency, investment management, and other services. International corporate and institutional services are offered through Wilmington Trust Corporation's international affiliates. Loans, credit cards, retail and business deposits, and other business and personal banking services and products are offered by M&T Bank, member FDIC.*

*Private banking is the marketing name for an offering of M&T Bank deposit and loan products and services.*

*\*Includes Affiliated Manager*

©2016 Wilmington Trust Corporation and its affiliates. All rights reserved.
CS14180 Rev. 11/2016



Exhibit A