# Exhibit A

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 UQ5iCkmkDt0+JQcWvr6EWfr7Yqi/XY7PxztGVaycYjK3UcoJW/Af7dhQ8YDC92mc
 5ZfHpUjuA+apMu3tfAOanA==

<SEC-DOCUMENT>0000950116-05-000694.txt : 20050218
<SEC-HEADER>0000950116-05-000694.hdr.sgml : 20050218
<ACCEPTANCE-DATETIME>20050218071127
ACCESSION NUMBER:		0000950116-05-000694
CONFORMED SUBMISSION TYPE:	424B5
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		20050218
DATE AS OF CHANGE:		20050218

FILER:

	COMPANY DATA:	
		COMPANY CONFORMED NAME:			National Collegiate Student Loan Trust 2005-1
		CENTRAL INDEX KEY:			0001317703
		STANDARD INDUSTRIAL CLASSIFICATION:	ASSET-BACKED SECURITIES [6189]

	FILING VALUES:
		FORM TYPE:		424B5
		SEC ACT:		1933 Act
		SEC FILE NUMBER:	333-118894-02
		FILM NUMBER:		05625749

	BUSINESS ADDRESS:	
		STREET 1:		800 BOYLSTON STREET 34TH FLOOR
		CITY:			BOSTON
		STATE:			MA
		ZIP:			02199-8157
		BUSINESS PHONE:		(800) 895-4283
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b404282_424b5.txt
<DESCRIPTION>FORM 424B5
<TEXT>
<PAGE>
```

```
PROSPECTUS SUPPLEMENT                              [FirstMarblehead LOGO]
(To Prospectus dated October 6, 2004)
                              $951,500,000
               THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1
                        NCF GRANTOR TRUST 2005-1
                               Issuers


                   THE NATIONAL COLLEGIATE FUNDING LLC
                               Depositor


              Student Loan Asset Backed Notes and Certificates

  Securities Offered                      -------------------------------
                                          |                             |
  o  Classes of notes and certificates    |  You should carefully consider |
     listed in the table below            |  the risk factors beginning on |
```

```
Assets                                      | page S-13.                       |
                                             |                                  |
   o Private student loans guaranteed        | The notes and certificates are   |
     by The Education Resources Institute,   | asset backed securities issued   |
     Inc.                                    | by separate trusts and are       |
                                             | obligations of the respective    |
Credit Enhancement                           | trust only.                      |
                                             |                                  |
   o Excess interest on the student loans    | Neither the notes nor the        |
   o Subordination of the class C notes      | certificates are obligations     |
     and class B notes to the class A        | of the depositor, The First      |
     securities and subordination of the     | Marblehead Corporation, The      |
     class C notes to the class B notes      | Education Resources Institute,   |
     to the extent more fully described in   | Inc., the sellers or the         |
     this prospectus supplement              | servicers.                       |
   o Reserve account                         |                                  |
   o The Education Resources Institute, Inc. | Neither the notes nor the        |
     guaranty on the student loans together  | certificates are guaranteed or   |
     with certain guaranty fees pledged to   | insured by the United States     |
     secure payments of claims on defaulted  | or any governmental agency.      |
     student loans                            ----------------------------------
```

<TABLE>
<CAPTION>

|  | Initial Class Balance | Interest Rate (per annum) | Final Maturity Date | Price | Discounts and Commissions(1) | Proceeds to the Trust |
|---|---|---|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Class A-1 Notes | $248,980,000 | One-month LIBOR plus 0.06% | November 25, 2020 | 100.000% | 0.300% | 99.700% |
| Class A-2 Notes | $127,000,000 | One-month LIBOR plus 0.09% | February 26, 2024 | 100.000% | 0.310% | 99.690% |
| Class A-3 Notes | $157,240,000 | One-month LIBOR plus 0.14% | October 26, 2026 | 100.000% | 0.320% | 99.680% |
| Class A-4 Notes | $159,720,000 | One-month LIBOR plus 0.24% | November 27, 2028 | 100.000% | 0.330% | 99.670% |
| Class A-5-1 Certificates | $163,731,700 | One-month LIBOR plus 0.48% | March 26, 2035 | 100.000% | 0.325% | 99.675% |
| Class A-5-2 Certificates | $ 98,300 | One-month LIBOR plus 0.48% | March 26, 2035 | 100.000% | 0.325% | 99.675% |
| Class A-IO Certificates | (2) | 6.75% | December 28, 2009 | 28.871% | 0.289% | 28.582% |
| Class B Notes | $ 46,360,000 | One-month LIBOR plus 0.38% | March 26, 2035 | 100.000% | 0.400% | 99.600% |
| Class C Notes | $ 48,370,000 | One-month LIBOR plus 0.70% | March 26, 2035 | 100.000% | 0.410% | 99.590% |
| Total | $951,500,000 |  |  |  |  | $995,238,588(3) |

</TABLE>

- ---------------
(1)  Subject to indemnification and expense reimbursement arrangements with
     the underwriters.
(2)  Initial notional amount equal to $163,830,000.
(3)  Before deducting expenses estimated to be $2,803,778 and excluding
     proceeds from the structuring advisory fee paid to The First Marblehead
     Corporation.

   The offered securities are offered by the underwriters named below, subject
to prior sale, when, as and if accepted by the underwriters, subject to

approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered securities will be made in book-entry-only form on or about February 23, 2005.

Application will be made to list the offered securities on the Irish Stock Exchange. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered securities is not conditioned on the listing of the offered securities on the Irish Stock Exchange.

Neither the Securities and Exchange Commission nor any other federal regulatory authority or state securities commission has approved or recommended the securities described in this prospectus supplement or determined if this prospectus supplement is truthful or complete. No securities commission or regulatory authority has reviewed the accuracy or adequacy of this prospectus supplement. Any representation to the contrary is a criminal offense.

```
UBS Investment Bank       Deutsche Bank Securities            JPMorgan
Joint Book-Runner            Joint Book-Runner          Joint Book-Runner

   Citigroup              Goldman, Sachs & Co.           Lehman Brothers
                             _____

                           February 18, 2005
```

<PAGE>

The National Collegiate Student Loan Trust 2005-1, NCF Grantor Trust 2005-1, February 18, 2005

<PAGE>

TABLE OF CONTENTS

PROSPECTUS SUPPLEMENT

<TABLE>
<CAPTION>

|  | PAGE |
|---|---|
| Summary of Terms | S-1 |
| Risk Factors | S-13 |
| Formation of the Trust | S-23 |
| Formation of the Grantor Trust | S-24 |
| Use of Proceeds and Assets | S-25 |
| The Sellers | S-25 |
| The Servicers | S-26 |
| The Student Loan Guarantor | S-27 |
| Securities Previously Issued by Affiliates of The First Marblehead Corporation | S-32 |
| Characteristics of the Trust Student Loans | S-32 |
| TERI Guaranty Agreements and TERI Security Agreement | S-44 |
| The Servicing Agreements | S-45 |
| Description of the Securities | S-47 |
| U.S. Federal Income Tax Consequences | S-57 |
| ERISA Considerations | S-58 |
| Underwriting | S-60 |
| Legal Matters | S-63 |
| Ratings | S-63 |
| Experts | S-64 |
| Glossary for Prospectus Supplement | G-1 |
| Annex I: TERI Financial Statements | TF-1 |

```
<CAPTION>
                              PROSPECTUS

                                                                          PAGE
                                                                          ----
<S>                                                                       <C>
```

Prospectus Summary.........................................................1
Formation of the Trusts....................................................7
Use of Proceeds............................................................8
The Depositor, The First Marblehead Corporation, the Administrator, the Servicers and
      the Custodians.......................................................8
Description of Student Loan Programs......................................10
The Student Loan Pools....................................................14
Transfer and Administration Agreements....................................16
Description of the Notes..................................................18
Description of the Certificates...........................................19
Certain Information Regarding the Securities..............................20
Certain Legal Aspects of the Student Loans................................40
U.S. Federal Income Tax Consequences......................................41
State and Other Tax Consequences..........................................61
ERISA Considerations......................................................61
Available Information.....................................................63
Reports to Securityholders................................................63
Incorporation of Certain Documents by Reference...........................64
Underwriting..............................................................64
Legal Matters.............................................................66
Annex I:  Global Clearance, Settlement and Tax Documentation Procedures..I-1

```
</TABLE>

<PAGE>
```

   THE INFORMATION IN THIS PROSPECTUS SUPPLEMENT AND THE ACCOMPANYING PROSPECTUS

      Information about the securities is included in two separate sections of this document that provide progressively more detailed information. These two sections are:

      (a) This prospectus supplement, which describes the specific terms of the securities being offered; and

      (b) The accompanying prospectus, which begins after the end of this prospectus supplement and which provides general information, some of which may not apply to your particular class of offered securities.

      You should rely on information contained in this document. No one has been authorized to provide you with information that is different. This document may only be used where it is legal to sell these securities. The information in this document may only be accurate on the date of this document.

      The securities may not be offered or sold to persons in the United Kingdom in a transaction that results in an offer to the public within the meaning of the securities laws of the United Kingdom.

                 SPECIAL NOTE REGARDING FORWARD LOOKING STATEMENTS

      Statements in this prospectus supplement and the prospectus, including those concerning expectations as to the trust's ability to purchase eligible student loans, to structure and to issue competitive securities, the trust's ability to pay securities, and certain other information presented in this prospectus supplement and the prospectus, constitute "forward looking statements," which represent our expectations and beliefs about future events. Actual results may vary materially from such expectations. For a discussion of the factors which could cause actual results to differ from expectations, please see the caption entitled "Risk Factors" in this prospectus supplement.

```
<PAGE>
```

# SUMMARY OF TERMS

- This summary highlights selected information from this prospectus supplement. It does not contain all of the information that you need to consider in making your investment decision. You should read carefully this entire prospectus supplement in order to understand all of the terms of the offering of the securities.

- This summary provides an overview to aid your understanding and is qualified by the full description of this information in this prospectus supplement.

- You can find a glossary of certain capitalized terms used in this prospectus supplement in the glossary.

PRINCIPAL PARTIES

THE DEPOSITOR

The National Collegiate Funding LLC

THE TRUST

The National Collegiate Student Loan Trust 2005-1

THE GRANTOR TRUST

NCF Grantor Trust 2005-1

THE ADMINISTRATOR

First Marblehead Data Services, Inc.

THE BACK-UP ADMINISTRATOR

U.S. Bank National Association

PRIMARY SERVICER

- Pennsylvania Higher Education Assistance Agency, also known as PHEAA (initial servicer for approximately 95.6% (by outstanding principal balance as of the statistical cutoff date) of the trust student loans)

THE STUDENT LOAN GUARANTOR

The Education Resources Institute, Inc., also known as TERI

PRIMARY SELLERS

- Bank of America, N.A.

- JPMorgan Chase Bank, N.A., as successor by merger to Bank One, N.A.

- Charter One Bank, N.A.

THE STRUCTURING ADVISOR

The First Marblehead Corporation

THE OWNER TRUSTEE

Delaware Trust Company, National Association

THE INDENTURE TRUSTEE