# Exhibit B

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 VsexN/0bXmFvlTieioSWPZBPVpUodkXdvXqhd8I7oYradkEM9Qt4z8IO+3rQ5PmK
 GMl27rP2MKpU68lNYoE2aw==

<SEC-DOCUMENT>0001125282-05-005228.txt : 20051011
<SEC-HEADER>0001125282-05-005228.hdr.sgml : 20051010
<ACCEPTANCE-DATETIME>20051011072547
ACCESSION NUMBER:		0001125282-05-005228
CONFORMED SUBMISSION TYPE:	424B5
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		20051011
DATE AS OF CHANGE:		20051011

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			National Collegiate Student Loan Trust 2005-3
		CENTRAL INDEX KEY:			0001338373
		STANDARD INDUSTRIAL CLASSIFICATION:	ASSET-BACKED SECURITIES [6189]

	FILING VALUES:
		FORM TYPE:		424B5
		SEC ACT:		1933 Act
		SEC FILE NUMBER:	333-118894-04
		FILM NUMBER:		051130732

	BUSINESS ADDRESS:
		STREET 1:		800 BOYLSTON STREET 34TH FLOOR
		CITY:			BOSTON
		STATE:			MA
		ZIP:			02199-8157
		BUSINESS PHONE:		(800) 895-4283
</SEC-HEADER>
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b408670_424b5.txt
<DESCRIPTION>424B5
<TEXT>
<PAGE>
```

[THE FIRST MARBLEHEAD CORPORATION LOGO]

PROSPECTUS SUPPLEMENT
(TO PROSPECTUS DATED MAY 20, 2005)

$1,676,640,000

THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3
NCF GRANTOR TRUST 2005-3
ISSUERS

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR

STUDENT LOAN ASSET BACKED NOTES AND CERTIFICATES

`<TABLE>`

```
<S>                                                         <C>
                                                            |--------------------------------------
------|
SECURITIES OFFERED                                          |
|
                                                            | You should carefully consider the risk
|
o    Classes of notes and certificates  listed in           | factors beginning on page S-15.
|
     the table below                                        |
|
|                                                           |
|
ASSETS                                                      | The notes and certificates are asset
backed   |
                                                            | securities issued by separate trusts
and are  |
o    Private  student  loans  guaranteed  by  The           | obligations of the respective trust
only.    |
     Education Resources Institute, Inc.                    |
|
|                                                           |
|
CREDIT ENHANCEMENT                                          | Neither the notes nor the certificates
are      |
                                                            | obligations of the depositor, The First
|
o    Excess interest on the student loans                   | Marblehead Corporation, The Education
|
o    Subordination  of  the  class  C  notes  and           | Resources Institute, Inc., the sellers
or       |
     class B notes  to the  class  A  securities  and       | the servicer.
|
     subordination  of the class C notes to the class       |
|
     B notes to the extent more fully described in          | Neither the notes nor the certificates
are      |
     this prospectus supplement                             | guaranteed or insured by the United
States    |
o    Reserve account                                        | or any governmental agency
|
o    The  Education  Resources  Institute,  Inc.            |
|
     guaranty  on the  student  loans  together  with       |
|
     certain  guaranty  fees  pledged  to  secure           |
|
     payments of claims on defaulted student loans          |
|
                                                            | --------------------------------------
------|
</TABLE>

<TABLE>
<CAPTION>
                                         INITIAL CLASS    INTEREST RATE    FINAL MATURITY
DISCOUNTS AND      PROCEEDS TO
                                            BALANCE         (PER ANNUM)         DATE                    PRICE
COMMISSIONS(1)      THE TRUST
                                            -------       -----------         ----                    -------       ---
----------      ---------
<S>     <C>                                 <C>             <C>                <C>                     <C>
<C>             <C>
                                                                           One-month
```

| | | | | | |
|---|---|---|---|---|---|
| Class A-1 Notes | $213,375,000 | LIBOR plus 0.07% | March 26, 2018 | 100.000% 0.300% | 99.700% |
| Class A-2 Notes | $415,110,000 | One-month LIBOR plus 0.20% | September 25, 2025 | 100.000% 0.310% | 99.690% |
| Class A-3 Notes | $302,434,000 | One-month LIBOR plus 0.24% | July 25, 2028 | 100.000% 0.315% | 99.685% |
| Class A-4 Notes | $137,008,000 | One-month LIBOR plus 0.28% | April 25, 2029 | 100.000% 0.320% | 99.680% |
| Class A-5-1 Certificates | $440,948,000 | One-month LIBOR plus 0.38% | October 25, 2033 | 100.000% 0.325% | 99.675% |
| Class A-5-2 Certificates | $265,000 | One-month LIBOR plus 0.38% | October 25, 2033 | 100.000% 0.325% | 99.675% |
| Class A-IO-1 Certificates | (2) | 4.80% | July 25, 2012 | 20.376% 0.152% | 20.223% |
| Class A-IO-2 Certificates | (3) | 4.80% | July 25, 2012 | 20.374% 0.152% | 20.221% |
| Class B Notes | $83,000,000 | One-month LIBOR plus 0.50% | July 27, 2037 | 100.000% 0.400% | 99.600% |
| Class C Notes | $84,500,000 | One-month LIBOR plus 0.71% | August 25, 2037 | 100.000% 0.410% | 99.590% |
| Total | $1,676,640,000 | | | $1,760,436,049((4)) | |

</TABLE>

- ------------------------
(1)   Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2)   Initial notional amount equal to $440,948,000.
(3)   Initial notional amount equal to $265,000.
(4)   Before deducting expenses estimated to be $4,300,000 and excluding proceeds from the structuring advisory fee paid to The First Marblehead Corporation.

     The offered securities are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered securities will be made in book-entry-only form on or about October 12, 2005.

This prospectus supplement and the accompanying prospectus constitute the Irish prospectus (the "Irish Prospectus") for the purpose of Directive 2003/71/EC (the "Prospectus Directive"). Reference throughout this document to the prospectus supplement and the accompanying prospectus shall be taken to read "Irish Prospectus" for such purpose. Application has been made to the Irish Financial Services Regulatory Authority (the "Financial Regulator in Ireland"), as competent authority under the Prospectus Directive for the Irish Prospectus to be approved. THE APPROVAL RELATES ONLY TO THE OFFERED SECURITIES WHICH ARE TO BE ADMITTED TO TRADING ON THE REGULATED MARKET OF THE IRISH STOCK EXCHANGE LIMITED (THE "IRISH STOCK Exchange"). Application has been made to the Irish Stock Exchange for the offered securities to be admitted to the Official List and to trading on its regulated market. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered securities is not conditioned on the listing of the offered securities on the Irish Stock Exchange.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

| DEUTSCHE BANK SECURITIES | GOLDMAN, SACHS & CO. | JPMORGAN |
|---|---|---|
| Joint Book-Runner | Joint Book-Runner | Joint Book-Runner |

|  | CITIGROUP |  | CREDIT SUISSE FIRST BOSTON |  |
|---|---|---|---|---|
|  | RBS GREENWICH CAPITAL |  | UBS INVESTMENT BANK |  |

October 10, 2005

\<PAGE\>

TABLE OF CONTENTS

PROSPECTUS SUPPLEMENT                                     PAGE

Summary of Terms........................................................S-1
Risk Factors...........................................................S-15
Formation of the Trust.................................................S-26
Formation of the Grantor Trust.........................................S-27
Use of Proceeds and Assets.............................................S-28
The Sellers............................................................S-28
The Servicer...........................................................S-29
The Student Loan Guarantor.............................................S-30
Securities Previously Issued by Affiliates of The First Marblehead
  Corporation..........................................................S-35
Characteristics of the Trust Student Loans.............................S-35
TERI Guaranty Agreements and TERI Security Agreement...................S-46
The Servicing Agreement................................................S-47
Description of the Securities..........................................S-49
U.S. Federal Income Tax Consequences...................................S-61
ERISA Considerations...................................................S-62
Underwriting...........................................................S-64
Legal Matters..........................................................S-67
Ratings................................................................S-67
Experts................................................................S-68
Listing and General Information........................................S-68
Recent Developments....................................................S-69

```
Glossary for Prospectus Supplement..........................................G-1
Annex I:  TERI Financial Statements.........................................TF-1
```

                           PROSPECTUS                                    PAGE

```
Prospectus Summary...........................................................1
Formation of the Trusts......................................................7
Use of Proceeds..............................................................8
The Depositor, The First Marblehead Corporation, the Administrator, the
 Servicers and the Custodians................................................8
Description of Student Loan Programs........................................11
The Student Loan Pools......................................................15
Transfer and Administration Agreements......................................16
Description of the Notes....................................................18
Description of the Certificates.............................................19
Certain Information Regarding the Securities................................20
Certain Legal Aspects of the Student Loans..................................40
U.S. Federal Income Tax Consequences........................................42
State and Other Tax Consequences............................................61
ERISA Considerations........................................................61
Available Information.......................................................63
Reports to Securityholders..................................................64
Incorporation of Certain Documents by Reference.............................64
Underwriting................................................................64
Legal Matters...............................................................66
Annex I:  Global Clearance, Settlement and Tax Documentation Procedures.....I-1
```

<PAGE>


   THE INFORMATION IN THIS PROSPECTUS SUPPLEMENT AND THE ACCOMPANYING PROSPECTUS

        Information about the securities is included in two separate sections
of this document that provide progressively more detailed information. These two
sections are:

        (a) This prospectus supplement, which describes the specific terms of
the securities being offered; and

        (b) The accompanying prospectus, which begins after the end of this
prospectus supplement and which provides general information, some of which may
not apply to your particular class of offered securities.

        You should rely on information contained in this document. No one has
been authorized to provide you with information that is different. This document
may only be used where it is legal to sell these securities. The information in
this document may only be accurate on the date of this document.

        The securities may not be offered or sold to persons in the United
Kingdom in a transaction that results in an offer to the public within the
meaning of the securities laws of the United Kingdom.

              SPECIAL NOTE REGARDING FORWARD LOOKING STATEMENTS

        Statements in this prospectus supplement and the prospectus, including
those concerning expectations as to the trust's ability to purchase eligible
student loans, to structure and to issue competitive securities, the trust's
ability to pay securities, and certain other information presented in this
prospectus supplement and the prospectus, constitute "forward looking
statements," which represent our expectations and beliefs about future events.
Actual results may vary materially from such expectations. For a discussion of
the factors which could cause actual results to differ from expectations, please
see the caption entitled "Risk Factors" in this prospectus supplement.

IRISH STOCK EXCHANGE INFORMATION

We accept our responsibility for the information contained in this prospectus supplement and the accompanying prospectus. To the best of our knowledge and belief the information contained in this prospectus supplement and the accompanying prospectus is in accordance with the facts and does not omit anything likely to affect the import of such information.

Reference in this prospectus supplement and the accompanying prospectus to documents incorporated by reference and any website addresses set forth in this prospectus supplement and the accompanying prospectus will not be deemed to constitute a part of the prospectus filed with the Irish Stock Exchange in connection with the listing of the offered securities.

<PAGE>

Arthur Cox Listing Services Limited will act as the listing agent, and Custom House Administration and Corporate Services Limited will act as the paying agent in Ireland for the offered securities.

<PAGE>

SUMMARY OF TERMS

o  This summary highlights selected information from this prospectus supplement. It does not contain all of the information that you need to consider in making your investment decision. You should read carefully this entire prospectus supplement in order to understand all of the terms of the offering of the securities.

o  This summary provides an overview to aid your understanding and is qualified by the full description of this information in this prospectus supplement.

o  You can find a glossary of certain capitalized terms used in this prospectus supplement in the glossary.

PRINCIPAL PARTIES

   THE DEPOSITOR

   The National Collegiate Funding LLC

   THE TRUST

   The National Collegiate Student Loan Trust 2005-3

   THE GRANTOR TRUST

   NCF Grantor Trust 2005-3

   THE ADMINISTRATOR

   First Marblehead Data Services, Inc.

   THE BACK-UP ADMINISTRATOR

   U.S. Bank National Association

   THE SERVICER