UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SARAH N. COFFEY;<br>VICKIE L. McMULLEN;<br>KARIN A. HILLS; and<br>JANE C. FORRESTER WINNE, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUSTS 2001-CP1, 2002-CP1, 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, 2005-3, 2006-1, 2006-2, 2006-3, 2006-4, 2007-1, 2007-2, 2007-3, 2007-4 and the NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST;<br>WILMINGTON TRUST COMPANY;<br>THE FIRST MARBLEHEAD CORPORATION;<br>U.S. BANK NATIONAL ASSOCIATION;<br>TRANSWORLD SYSTEMS, INC.;<br>ABRAHAMSEN RATCHFORD, P.C.;<br>VCG SECURITIES, LLC; and<br>TURNSTILE CAPITAL MANAGEMENT,<br><br>                Defendants. | **Civil Action**<br>**Docket No: 1:16-cv-00229-JDL** |

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, Defendant, National Collegiate Student Loan Trust 2007-1, hereby advises the court that it is a Delaware Statutory Trust, 12 Del. C. § 3801, *et seq*. No entity owns 10% or more of an equity interest in Defendant, National Collegiate Student Loan Trust 2007-1.

Dated: May 23, 2017.   Respectfully submitted,

/s/ Adam J. Shub
Adam J. Shub, Esq.

Preti Flaherty Beliveau & Pachios LLP
P.O. Box 9546
Portland ME 04112-9546
Telephone No.: (207) 791-3000
Facsimile No.: (207) 791-3111
ashub@preti.com

Attorneys for Defendant
National Collegiate Student Loan
Trust 2007-1

## CERTIFICATE OF SERVICE

I certify that on May 23, 2017, a copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

William K. McKinley, Esq.
Troubh Heisler, PA
511 Congress Street, 7th Floor
Portland, ME  04104-5011


Dated May 23, 2017   By:  /s/ Adam J. Shub
                          Attorney