# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JANE C. FORRESTER WINNE, et al., )<br>)<br>    Plaintiffs,    )<br>)<br>v.    )<br>)<br>NATIONAL COLLEGIATE STUDENT )<br>LOAN TRUST 2005-1, et al.,    )<br>)<br>    Defendants,    )<br>) | CIVIL NO. 1:16-cv-00229-JDL |

## JUDGMENT

In accordance with the Rule 68 Offer and Acceptance of Judgment for Plaintiff Jane Winne Against Defendant Transworld System, Inc., filed on May 2, 2017, without an admission of liability,

JUDGMENT is hereby entered for the plaintiff, Jane C. Forrester Winne, and against the defendant, Transworld System, Inc. in the amount of $2,500.00. In addition, the plaintiff, Jane C. Forrester Winne, is awarded reasonable attorney's fees and costs accrued through April 3, 2017, in connection with the prosecution of plaintiff's claims against Transworld Systems, Inc., in an amount to be determined by the Court.

Christa Berry<br>
Clerk of Court<br>
<br>
/s/ Amy Rydzewski<br>
By: Amy Rydzewski<br>
Deputy Clerk

Dated: June 6, 2017