

JUNE 24, 2016

American Education Services
P.O. Box 2461  Harrisburg, PA 17105-2461
Toll-free 1-800-233-0557 • TTY: Dial 711
Fax 717-720-3916 • International 717-720-3100
www.aesSuccess.org

#BWNDHKB
#B196 3497 9806 24L7#
JANE C WINNE
C/O ATTY CYNTHIA A DILL
511 CONGRESS ST STE 700
PO BOX 9711
PORTLAND ME   04104-5011



ACCT NUMBER: 5626115349

## UNDERSTANDING YOUR FINANCIAL ACTIVITY SUMMARY

**WHY WE ARE CONTACTING YOU**
This is in response to your recent request for documentation pertaining to the financial activity on your loan(s).

**LOAN INFORMATION SECTION**
- The enclosed statement only includes Financial Activity for the loans that are listed in the Financial Activity Summary section.  Please note the information provided may NOT necessarily include ALL of your loans serviced by our office.

- The Current Principal Balance is NOT a payoff amount.  If you wish to pay off your loan(s), please contact our office to obtain a payoff figure which includes accrued interest.

- If more than one loan is listed, refer to the LOAN SEQ number in order to review the financial transactions tied to that loan.

**FINANCIAL ACTIVITY SUMMARY**
- This statement does NOT include information about any financial transactions that occurred prior to the date AES began servicing your loan(s).

**ADDITIONAL INFORMATION YOU MAY FIND HELPFUL**
Log into Account Access at www.aesSuccess.org, to review the financial activity for the past twelve (12) months for all of your loans serviced by our office.

TSXSR:PS06BTSA
5626115349 5626115349 MR          00121161750000012





JUNE 24, 2016

| FINANCIAL ACTIVITY SUMMARY |
| :---: |
| 10/18/04 TO 06/23/16 |

## LOAN INFORMATION

| LOAN SEQ | LOAN PROGRAM | 1ST DISB DATE | CURRENT OWNER | ORIGINAL PRINCIPAL BALANCE | CURRENT PRINCIPAL BALANCE |
| --- | --- | --- | --- | --- | --- |
| 0001 | PEPLN | 10/18/04 | NCT | 21,857.92 | 0.00 |
| 0002 | PEPLN | 07/22/05 | NCT | 10,928.96 | 0.00 |
| 0003 | PEPLN | 09/09/05 | NCT | 21,390.37 | 0.00 |
| | | | | 54,177.25 | 0.00 |

## FINANCIAL TRANSACTIONS FOR LOAN SEQUENCE 0001

| DATE | TRANSACTION TYPE | TOTAL AMOUNT OF TRANSACTION | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | AMOUNT TO LATE FEES | PRINCIPAL BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 10/18/04 | DISBURSEMENT | +21,857.92 | +21,857.92 | 0.00 | 0.00 | 21,857.92 |
| 04/01/05 | INT CAPITLZTN | 0.00 | +636.47 | 636.47 | 0.00 | 22,494.39 |
| 07/01/05 | INT CAPITLZTN | 0.00 | +404.91 | 404.91 | 0.00 | 22,899.30 |
| 10/01/05 | INT CAPITLZTN | 0.00 | +443.28 | 443.28 | 0.00 | 23,342.58 |
| 01/01/06 | INT CAPITLZTN | 0.00 | +480.69 | 480.69 | 0.00 | 23,823.27 |
| 04/01/06 | INT CAPITLZTN | 0.00 | +512.82 | 512.82 | 0.00 | 24,336.09 |
| 07/01/06 | INT CAPITLZTN | 0.00 | +556.98 | 556.98 | 0.00 | 24,893.07 |
| 10/01/06 | INT CAPITLZTN | 0.00 | +604.85 | 604.85 | 0.00 | 25,497.92 |
| 01/01/07 | INT CAPITLZTN | 0.00 | +642.68 | 642.68 | 0.00 | 26,140.60 |
| 04/01/07 | INT CAPITLZTN | 0.00 | +643.27 | 643.27 | 0.00 | 26,783.87 |
| 07/01/07 | INT CAPITLZTN | 0.00 | +665.75 | 665.75 | 0.00 | 27,449.62 |
| 10/01/07 | INT CAPITLZTN | 0.00 | +689.80 | 689.80 | 0.00 | 28,139.42 |
| 01/01/08 | INT CAPITLZTN | 0.00 | +717.77 | 717.77 | 0.00 | 28,857.19 |
| 04/01/08 | INT CAPITLZTN | 0.00 | +693.81 | 693.81 | 0.00 | 29,551.00 |
| 07/01/08 | INT CAPITLZTN | 0.00 | +607.62 | 607.62 | 0.00 | 30,158.62 |
| 10/01/08 | INT CAPITLZTN | 0.00 | +553.40 | 553.40 | 0.00 | 30,712.02 |
| 01/01/09 | INT CAPITLZTN | 0.00 | +549.66 | 549.66 | 0.00 | 31,261.68 |
| 04/01/09 | INT CAPITLZTN | 0.00 | +574.27 | 574.27 | 0.00 | 31,835.95 |
| 04/18/09 | INT CAPITLZTN | 0.00 | +75.62 | 75.62 | 0.00 | 31,911.57 |
| 06/04/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 07/05/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 08/04/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 09/04/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 10/05/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 11/04/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 12/05/09 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 01/04/10 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 02/04/10 | LATE FEE | +5.00 | 0.00 | 0.00 | +5.00 | 31,911.57 |
| 03/01/10 | GUARANTOR PAY | 33,297.26 | 31,911.57 | 1,385.69 | 0.00 | 0.00 |
| 03/03/10 | WRITE OFF | 45.00 | 0.00 | 0.00 | 45.00 | 0.00 |

TSXSR:PS06BTSA
5626115349 5626115349 MR          00121161750000012



JUNE 24, 2016

| 10/01/10 | GUARANTOR PAY | 31,539.58 | 30,215.16 | 1,324.42 | 0.00  | 0.00 |
|----------|---------------|-----------|-----------|---------|-------|------|
| 10/04/10 | WRITE OFF     | 45.00     | 0.00      | 0.00    | 45.00 | 0.00 |

TSXSR:PS06BTSA
5626115349  5626115349  MR              00121161750000012

