AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

JANE C. FORRESTER WINNE, et als,
<i>Plaintiff</i>
v.
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, et als,
<i>Defendant</i>

Civil Action No. 1:16-cv-00229-JDL

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: James T. Glessner, State Court Administrator

<i>(Name of person to whom this subpoena is directed)</i>

☑ <i>Production:</i> YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The number of student loan collection cases filed by National Collegiate Student Loan Trusts in Maine District and Superior Courts from 2011 to present.

| Place: Troubh Heisler, PA, c/o Cynthia A. Dill, Esq.<br>511 Congress Street, 7th floor<br>Portland, Maine 04101 | Date and Time:<br>09/30/2016 9:00 am |
|---|---|

☐ <i>Inspection of Premises:</i> YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/12/2016

CLERK OF COURT

_____  OR  _____
<i>Signature of Clerk or Deputy Clerk</i>        <i>Attorney's signature</i>

The name, address, e-mail address, and telephone number of the attorney representing <i>(name of party)</i> Jane C. Forrester Winne _____, who issues or requests this subpoena, are:
C.A. Dill, Esq., Troubh Heisler, 511 Congress St, 7th flr, Portland, ME 04101; cdill@troubhheisler.com; 207-780-6789

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



EXHIBIT E