# Cynthia A. Dill

| | |
|---|---|
| From: | Cynthia A. Dill |
| Sent: | Thursday, June 08, 2017 1:07 PM |
| To: | 'Diane Cavanaugh' |
| Subject: | RE: National Collegiate Student Loan search |

Thank you very much, Ms. Cavanaugh.

Cynthia A. Dill, Esq.
Troubh Heisler, PA
511 Congress Street,
Portland, Maine 04104-5011
207-780-6789
207-518-9821 - Direct Line
*Follow me on Twitter @dillesquire*

**From:** Diane Cavanaugh [mailto:diane.c.cavanaugh@courts.maine.gov]
**Sent:** Thursday, June 08, 2017 1:05 PM
**To:** Cynthia A. Dill <CDill@troubhheisler.com>
**Subject:** National Collegiate Student Loan search

Cynthia,
Attached is the data that I collected relative to your request. As we discussed, this may not be all of the cases that have been filed in the Portland District Court.

Please confirm receipt of this e-mail. My direct line is listed should you need to get in touch with me in the future.

Thanks,
*Diane Cavanaugh*
*Civil Division Supervisor*
*Portland Superior/District Court*
*822-4264*

Please be informed that my e-mail address has changed to:
diane.c.cavanaugh@courts.maine.gov

*Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy/delete all copies of the original message.*



1

National Collegiate Student Loan Trust.xlsx

| | | | |
|---|---|---|---|
| 2003-1 | CV-14-124 | 2006-4 | CV-15-339 |
| 2003-1 | CV-15-465 | 2007-2 | CV-16-11 |
| 2003-1 | SA-16-213 | 2007-1 | CV-14-227 |
| 2003-1 | SC-15-529 | 2007-1 | CV-14-292 |
| 2004-1 | CV-15-258 | 2007-1 | CV-14-306 |
| 2004-1 | SC-17-222 | 2007-1 | CV-15-463 |
| 2004-2 | CV-11-1017 | 2007-1 | SA-15-863 |
| 2004-2 | CV-13-635 | 2007-1 | SA-16-699 |
| 2004-2 | CV-15-257 | 2007-1 | SA-17-259 |
| 2004-2 | CV-15-458 | 2007-2 | CV-13-332 |
| 2004-2 | SA-17-271 | 2007-2 | CV-14-219 |
| 2005-3 | CV-16-578 | 2007-2 | CV-15-260 |
| 2005-1 | CV-15-323 | 2007-2 | CV-15-460 |
| 2005-1 | CV-15-462 | 2007-2 | CV-17-49 |
| 2005-1 | SA-16-700 | 2007-3 | CV-14-44 |
| 2005-1 | SC-15-718 | 2007-3 | CV-14-177 |
| 2005-1 | SC-17-32 | 2007-3 | CV-14-228 |
| 2005-2 | CV-15-255 | 2007-3 | CV-14-566 |
| 2005-2 | CV-15-467 | 2007-3 | CV-15-325 |
| 2005-2 | SA-15-877 | 2007-3 | CV-15-461 |
| 2005-2 | SC-17-30 | 2007-3 | SA-14-676 |
| 2005-3 | CV-11-1014 | 2007-3 | SA-16-769 |
| 2005-3 | CV-14-91 | 2007-4 | CV-14-308 |
| 2005-3 | CV-14-567 | 2007-4 | CV-14-562 |
| 2005-3 | CV-15-256 | 2007-4 | CV-15-322 |
| 2005-3 | CV-15-261 | 2007-4 | CV-15-264 |
| 2005-3 | SA-17-132 | 2007-4 | CV-15-459 |
| 2005-3 | SC-17-371 | 2007-4 | CV-15-464 |
| 2006-1 | SC-17-86 | | |
| 2006-1 | CV-14-39 | Master Student Loan Trust | |
| 2006-1 | CV-15-253 | | |
| 2006-1 | SA-16-601 | | CV-15-262 |
| 2006-2 | CV-14-564 | | SA-15-797 |
| 2006-3 | CV-14-176 | | |
| 2006-3 | CV-14-307 | | |
| 2006-3 | CV-14-565 | | |
| 2006-3 | CV-15-259 | | |
| 2006-3 | CV-15-480 | | |
| 2006-3 | CV-15-466 | | |
| 2006-3 | CV-16-41 | | |
| 2006-3 | SA-16-569 | | |

National Collegiate Student Loan Trust.xlsx

2006-3  SC-15-768
2006-4  CV-15-254