

# MAINE
### Department of the Secretary of State
Bureau of Corporations, Elections and Commissions

**Corporate Name Search**

## Information Summary

Subscriber activity report

This record contains information from the CEC database and is accurate as of: Wed Jun 14 2017 09:53:05. Please print or save for your records.

| Legal Name | Charter Number | Filing Type | Status |
|---|---|---|---|
| COGNITION LENDING CORPORATION | 20170294 F | BUSINESS CORPORATION (FOREIGN) | GOOD STANDING |

| Filing Date | Expiration Date | Jurisdiction | |
|---|---|---|---|
| 10/18/2016 | N/A | DELAWARE | |

| Other Names | | (A=Assumed ; F=Former) | |
|---|---|---|---|
| FIRST MARBLEHEAD EDUCATION RESOURCES, INC. | | F | |

**Clerk/Registered Agent**

C T CORPORATION SYSTEM
128 STATE ST #3
AUGUSTA, ME 04330

---

[ Back to previous screen ]   [ New Search ]

**Click on a link to obtain additional information.**

List of Filings                        View list of filings
**Obtain additional information:**

Certificate of Existence (more info)    Short Form without amendments ($30.00)

---

You will need Adobe Acrobat version 3.0 or higher in order to view PDF files.
If you encounter problems, visit the troubleshooting page.

If you encounter technical difficulties while using these services, please contact the Webmaster, you are unable to find the information you need through the resources provided on this web site, please contact the Bureau's Reporting and Information Section at 207-624-7752 or e-mail or visit

