```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b332019_424b5.txt
<DESCRIPTION>FORM 424B5
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT                    [LOGO OF THE FIRST MARBLEHEAD CORPORATION]
(TO PROSPECTUS DATED MAY 14, 2004)

$715,100,000

THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1
ISSUER

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR

STUDENT LOAN ASSET BACKED NOTES

SECURITIES OFFERED

o  Classes of notes listed in the table below

ASSETS

o  Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT

o  Excess interest on the student loans

o  Subordination of the subordinate notes to the senior notes

o  Reserve account

o  The Education Resources Institute, Inc. guaranty on the student loans
   together with certain guaranty fees pledged to secure payments
   of claims on defaulted student loans


You should carefully consider the risk factors beginning on page S-13.

The notes are asset backed securities issued by a trust. The notes are
obligations of the trust only. They are not obligations of the depositor, The
First Marblehead Corporation, The Education Resources Institute, Inc., the
sellers or the servicers.

The notes are not guaranteed or insured by the United States or any governmental
agency.



```
<TABLE>
<CAPTION>
```

|  | INITIAL CLASS NOTE BALANCE | INTEREST RATE (PER ANNUM) | FINAL MATURITY DATE | PRICE | DISCOUNTS AND COMMISSIONS(1) | PROCEEDS TO THE TRUST |
|---|---|---|---|---|---|---|
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Class A-1 Notes | $189,000,000 | Three-month LIBOR plus | June 25, 2014 | 100.00% | 0.3250% | 99.6750% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Class A-2 Notes | $342,100,000 | Three-month LIBOR plus 0.12% | June 25, 2027 | 100.00% 99.6750% | 0.3250% | |
| Class A-3 Notes | $105,000,000 | Three-month LIBOR plus 0.26% | June 25, 2029 | 100.00% 99.6750% | 0.3250% | |
| Class B-1 Notes | $39,500,000 | Auction Rate | June 1, 2039 | 100.00% 99.5900% | 0.4100% | |
| Class B-2 Notes | $39,500,000 | Auction Rate | June 1, 2039 | 100.00% 99.5900% | 0.4100% | |
| Total | $715,100,000 | | | | $712,708,775(2) | |

```
</TABLE>
---
```

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Before deducting expenses estimated to be $3,042,800 excluding the structuring advisory fee paid to The First Marblehead Corporation.

   The trust will also issue class A-4 notes, class A-IO-1 notes and class A-IO-2 notes. Beneficial interests in the class A-4 notes, the class A-IO-1 notes and the class A-IO-2 notes will be sold by the depositor in one or more privately negotiated transactions. The aggregate initial note principal balance for the offered notes and the class A-4 notes is equal to $790,100,000.

   The offered notes are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the notes will be made in book-entry-only form on or about June 10, 2004.

   Application will be made to list the offered notes on the Irish Stock Exchange. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered notes is not conditioned on the listing of the offered notes on the Irish Stock Exchange.

   NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

UBS                                                DEUTSCHE BANK SECURITIES
Joint Book-Runner                                         Joint Book-Runner
          CITIGROUP                    GOLDMAN, SACHS & CO.
                    June 7, 2004

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of April 30, 2004)

```
<TABLE>
<CAPTION>
```

| Student Principal State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Loans by Outstanding Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Alabama | 526 | $5,581,988 | 1.1% |
| Alaska | 45 | $499,039 | 0.1% |
| Arizona | 1,001 | $10,989,816 | 2.2% |
| Arkansas | 363 | $3,267,486 | 0.6% |
| California | 3,247 | $42,509,364 | 8.4% |
| Colorado | 713 | $7,990,227 | 1.6% |
| Connecticut | 400 | $4,384,589 | 0.9% |
| Delaware | 121 | $1,145,043 | 0.2% |
| District of Columbia | 80 | $934,348 | 0.2% |
| Florida | 2,071 | $24,304,289 | 4.8% |
| Georgia | 934 | $10,479,181 | 2.1% |
| Hawaii | 116 | $1,600,061 | 0.3% |
| Idaho | 129 | $1,135,369 | 0.2% |
| Illinois | 2,771 | $27,521,804 | 5.5% |
| Indiana | 1,953 | $17,784,718 | 3.5% |
| Iowa | 271 | $2,433,508 | 0.5% |
| Kansas | 464 | $4,015,965 | 0.8% |
| Kentucky | 658 | $5,835,182 | 1.2% |
| Louisiana | 1,667 | $15,845,378 | 3.1% |
| Maine | 160 | $1,296,723 | 0.3% |
| Maryland | 878 | $9,324,582 | 1.9% |
| Massachusetts | 808 | $9,045,677 | 1.8% |
| Michigan | 2,552 | $24,275,812 | 4.8% |
| Minnesota | 499 | $4,731,214 | 0.9% |
| Mississippi | 273 | $2,606,925 | 0.5% |
| Missouri | 740 | $6,793,511 | 1.3% |
| Montana | 98 | $812,370 | 0.2% |
| Nebraska | 288 | $2,594,049 | 0.5% |
| Nevada | 206 | $3,354,123 | 0.7% |
| New Hampshire | 186 | $1,794,394 | 0.4% |
| New Jersey | 963 | $11,327,981 | 2.3% |
| New Mexico | 172 | $1,688,053 | 0.3% |
| New York | 3,226 | $29,490,998 | 5.9% |
| North Carolina | 886 | $9,244,230 | 1.8% |
| North Dakota | 65 | $612,542 | 0.1% |
| Ohio | 3,530 | $32,392,307 | 6.4% |
| Oklahoma | 850 | $8,012,347 | 1.6% |
| Oregon | 436 | $4,796,691 | 1.0% |
| Pennsylvania | 5,135 | $42,747,309 | 8.5% |
| Rhode Island | 102 | $917,522 | 0.2% |
| South Carolina | 456 | $4,648,851 | 0.9% |
| South Dakota | 73 | $661,713 | 0.1% |
| Tennessee | 564 | $5,861,499 | 1.2% |
| Texas | 5,205 | $54,592,501 | 10.8% |
| Utah | 208 | $2,599,181 | 0.5% |
| Vermont | 57 | $616,062 | 0.1% |
| Virginia | 1,223 | $12,014,743 | 2.4% |
| Washington | 838 | $8,862,836 | 1.8% |
| West Virginia | 406 | $3,906,608 | 0.8% |
| Wisconsin | 1,338 | $10,585,824 | 2.1% |
| Wyoming | 84 | $1,100,591 | 0.2% |
| Other | 125 | $1,878,945 | 0.4% |

```
-----------------------------------  ----------------------  ------------------------  ----------------------
------------
Total                                        50,160                $503,446,069                 100.0%
===================================  ======================  ========================  ======================
===================================
</TABLE>
```

S-40