```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b401322_424b5.txt
<DESCRIPTION>PROSPECTUS SUPPLEMENT
<TEXT>
<PAGE>
```

[THE FIRST MARBLEHEAD CORPORATION LOGO]

PROSPECTUS SUPPLEMENT
(To Prospectus dated October 6, 2004)

$1,122,789,000

THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2
NCF GRANTOR TRUST 2004-2
ISSUERS

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR

STUDENT LOAN ASSET BACKED NOTES AND CERTIFICATES

SECURITIES OFFERED

o   Classes of notes and certificates listed in the table below

ASSETS

o   Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT

o   Excess interest on the student loans

o   Subordination of the class C notes and class B notes to the class A securities and subordination of the class C notes to the class B notes to the extent more fully described in this prospectus supplement o Reserve account

o   The Education Resources Institute, Inc. guaranty on the student loans together with certain guaranty fees pledged to secure payments of claims on defaulted student loans

----------------------------------
You should carefully consider the risk factors beginning on page S-13.

The notes and certificates are asset backed securities issued by separate trusts and are obligations of the respective trust only.

Neither the notes nor the certificates are obligations of the depositor, The First Marblehead Corporation, The Education Resources Institute, Inc., the sellers or the servicer.

Neither the notes nor the certificates are guaranteed or insured by the United States or any governmental agency.
----------------------------------

[EXHIBIT K stamp]

```
<TABLE>
<CAPTION>
                                  INITIAL CLASS    INTEREST RATE                                                  DISCOUNTS
AND          PROCEEDS TO THE
                                     BALANCE       (per annum)    FINAL MATURITY DATE        PRICE
COMMISSIONS(1)     TRUST
                                  --------------   -------------  --------------------      -------      -----------
---          ----------------
<S>                               <C>              <C>            <C>                       <C>
<C>          <C>
                                                   One-month
Class A-1 Notes         $         290,569,000      LIBOR plus     April 25, 2023            100.000%
0.300%            99.700%
```

| | | | | | |
|---|---|---|---|---|---|
| Class A-2 Notes 0.310% | 99.690% | $ 149,830,000 | 0.11% One-month LIBOR plus | October 27, 2025 | 100.000% |
| Class A-3 Notes 0.320% | 99.680% | $ 187,338,000 | 0.15% One-month LIBOR plus | April 26, 2027 | 100.000% |
| Class A-4 Notes 0.330% | 99.670% | $ 194,695,000 | 0.21% One-month LIBOR plus | November 27, 2028 | 100.000% |
| Class A-5-1 Certificates 0.325% | 99.675% | $ 187,757,000 | 0.31% One-month LIBOR plus 0.48% | December 26, 2033 | 100.000% |
| Class A-IO Certificates 1.000% | 55.186% | (2) | 9.75% | October 27, 2014 | 56.186% |
| Class B Notes 0.400% | 99.600% | $ 55,800,000 | One-month LIBOR plus 0.54% | December 26, 2033 | 100.000% |
| Class C Notes 0.410% | 99.590% | $ 56,800,000 | One-month LIBOR plus 0.80% | December 26, 2033 | 100.000% |
| Total | | $ 1,122,789,000 $ 1,174,768,524(3) | | | |

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Initial notional amount equal to $100,000,000.
(3) Before deducting expenses estimated to be $3,214,046 and excluding proceeds from the class A-5-2 certificates and the structuring advisory fee paid to The First Marblehead Corporation.

NCF Grantor Trust 2004-2 will also issue class A-5-2 certificates, which will be sold by the depositor in a privately negotiated transaction. The aggregate initial principal balance for the offered securities (excluding the class A-IO certificates) and the class A-5-2 certificates is equal to $1,122,902,000.

The offered securities are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered securities will be made in book-entry-only form on or about October 28, 2004.

Application will be made to list the offered securities on the Irish Stock Exchange. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered securities is not conditioned on the listing of the offered securities on the Irish Stock Exchange.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS

SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

| DEUTSCHE BANK SECURITIES | GOLDMAN, SACHS & CO. | UBS INVESTMENT BANK |
|---|---|---|
| Joint Book-Runner | Joint Book-Runner | Joint Book-Runner |
| CITIGROUP | | JPMORGAN |

----------
Sole Book-Runner of the Class A-IO Certificates
DEUTSCHE BANK SECURITIES
----------

October 26, 2004

```
<TABLE>
<CAPTION>
            DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
                          (as of September 30, 2004)
```

|  |  |  | Percentage of Trust Student |
|---|---|---|---|
| | | Outstanding Principal | Loans by Outstanding Principal |
| State | Number of Loans | Balance | Balance |
| ----- | --------------- | --------------------- | ------------------------------ |
| <S> | <C> | <C> | <C> |
| Alabama | 1,089 | $ 12,064,111 | 1.5% |
| Alaska | 37 | 620,039 | 0.1% |
| Arizona | 1,060 | 13,388,158 | 1.7% |
| Arkansas | 736 | 8,236,070 | 1.0% |
| California | 3,296 | 49,485,219 | 6.1% |
| Colorado | 1,110 | 14,805,511 | 1.8% |
| Connecticut | 529 | 7,113,109 | 0.9% |
| Delaware | 162 | 2,123,635 | 0.3% |
| District of Columbia | 89 | 1,181,161 | 0.1% |
| Florida | 2,786 | 36,814,299 | 4.6% |
| Georgia | 1,605 | 20,137,254 | 2.5% |
| Hawaii | 149 | 2,136,630 | 0.3% |
| Idaho | 211 | 2,571,520 | 0.3% |
| Illinois | 4,028 | 48,869,811 | 6.0% |
| Indiana | 2,831 | 32,101,207 | 4.0% |
| Iowa | 542 | 5,975,810 | 0.7% |
| Kansas | 692 | 7,799,034 | 1.0% |
| Kentucky | 1,032 | 10,545,341 | 1.3% |
| Louisiana | 2,060 | 21,546,005 | 2.7% |
| Maine | 281 | 3,004,622 | 0.4% |
| Maryland | 1,239 | 15,612,511 | 1.9% |
| Massachusetts | 1,266 | 16,241,087 | 2.0% |
| Michigan | 3,644 | 40,205,047 | 5.0% |
| Minnesota | 887 | 10,945,213 | 1.4% |
| Mississippi | 503 | 5,091,080 | 0.6% |
| Missouri | 1,125 | 12,224,238 | 1.5% |
| Montana | 184 | 1,975,895 | 0.2% |
| Nebraska | 411 | 4,085,479 | 0.5% |
| Nevada | 218 | 3,172,682 | 0.4% |
| New Hampshire | 277 | 3,691,080 | 0.5% |
| New Jersey | 1,269 | 16,896,701 | 2.1% |
| New Mexico | 272 | 3,463,967 | 0.4% |
| New York | 3,259 | 39,932,453 | 4.9% |
| North Carolina | 1,593 | 18,153,599 | 2.2% |
| North Dakota | 102 | 965,739 | 0.1% |
| Ohio | 5,408 | 63,370,844 | 7.8% |
| Oklahoma | 1,067 | 11,435,606 | 1.4% |
| Oregon | 583 | 7,809,956 | 1.0% |

| | | | |
|---|---:|---:|---:|
| Pennsylvania | 6,077 | $ 51,932,458 | 6.4% |
| Rhode Island | 206 | $ 2,451,946 | 0.3% |
| South Carolina | 753 | $ 8,459,969 | 1.0% |
| South Dakota | 120 | $ 1,253,950 | 0.2% |
| Tennessee | 920 | $ 10,761,875 | 1.3% |
| Texas | 7,607 | $ 89,671,693 | 11.1% |

`</TABLE>`

`<PAGE>`

S-41

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of September 30, 2004)
(continued)

`<TABLE>`
`<CAPTION>`

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---:|---:|---:|
| <S> | <C> | <C> | <C> |
| Utah | 375 | $ 4,643,362 | 0.6% |
| Vermont | 94 | $ 1,062,221 | 0.1% |
| Virginia | 1,654 | $ 19,851,089 | 2.5% |
| Washington | 838 | $ 11,472,904 | 1.4% |
| West Virginia | 618 | $ 6,287,952 | 0.8% |
| Wisconsin | 2,052 | $ 21,110,375 | 2.6% |
| Wyoming | 133 | $ 1,649,546 | 0.2% |
| Other* | 141 | $ 2,489,416 | 0.3% |
| Total | 69,220 | $ 808,890,478 | 100.0% |

`</TABLE>`

\* Other includes two military designations (Armed Forces Africa and Armed Forces Pacific), U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others not located in the United States.

S-42