```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b404282_424b5.txt
<DESCRIPTION>FORM 424B5
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT                                    [FirstMarblehead LOGO]
(To Prospectus dated October 6, 2004)
                              $951,500,000
              THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1
                         NCF GRANTOR TRUST 2005-1
                                 Issuers

                     THE NATIONAL COLLEGIATE FUNDING LLC
                                 Depositor

              Student Loan Asset Backed Notes and Certificates

Securities Offered

  o Classes of notes and certificates listed in the table below

Assets

  o Private student loans guaranteed by The Education Resources Institute, Inc.

Credit Enhancement

  o Excess interest on the student loans
  o Subordination of the class C notes and class B notes to the class A securities and subordination of the class C notes to the class B notes to the extent more fully described in this prospectus supplement
  o Reserve account
  o The Education Resources Institute, Inc. guaranty on the student loans together with certain guaranty fees pledged to secure payments of claims on defaulted student loans

---

You should carefully consider the risk factors beginning on page S-13.

The notes and certificates are asset backed securities issued by separate trusts and are obligations of the respective trust only.

Neither the notes nor the certificates are obligations of the depositor, The First Marblehead Corporation, The Education Resources Institute, Inc., the sellers or the servicers.

Neither the notes nor the certificates are guaranteed or insured by the United States or any governmental agency.

---

EXHIBIT L

```
<TABLE>
<CAPTION>
```

|  | Initial Class Balance | Interest Rate (per annum) | Final Maturity Date | Price | Discounts and Commissions(1) | Proceeds to the Trust |
|---|---|---|---|---|---|---|
| `<S>` `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Class A-1 Notes | $248,980,000 | One-month LIBOR plus 0.06% | November 25, 2020 | 100.000% | 0.300% | 99.700% |
| Class A-2 Notes | $127,000,000 | One-month LIBOR plus 0.09% | February 26, 2024 | 100.000% | 0.310% | 99.690% |
| Class A-3 Notes | $157,240,000 | One-month LIBOR plus 0.14% | October 26, 2026 | 100.000% | 0.320% | 99.680% |

| | | | | |
|---|---|---|---|---|
| Class A-4 Notes 0.330%  99.670% | $159,720,000 | One-month LIBOR plus 0.24% | November 27, 2028 | 100.000% |
| Class A-5-1 Certificates 0.325%  99.675% | $163,731,700 | One-month LIBOR plus 0.48% | March 26, 2035 | 100.000% |
| Class A-5-2 Certificates 0.325%  99.675% | $       98,300 | One-month LIBOR plus 0.48% | March 26, 2035 | 100.000% |
| Class A-IO Certificates 0.289%  28.582% | (2) | 6.75% | December 28, 2009 | 28.871% |
| Class B Notes 0.400%  99.600% | $ 46,360,000 | One-month LIBOR plus 0.38% | March 26, 2035 | 100.000% |
| Class C Notes 0.410%  99.590% | $ 48,370,000 | One-month LIBOR plus 0.70% | March 26, 2035 | 100.000% |
| Total $995,238,588(3) | $951,500,000 | | | |

</TABLE>

---------------

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Initial notional amount equal to $163,830,000.
(3) Before deducting expenses estimated to be $2,803,778 and excluding proceeds from the structuring advisory fee paid to The First Marblehead Corporation.

   The offered securities are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered securities will be made in book-entry-only form on or about February 23, 2005.

   Application will be made to list the offered securities on the Irish Stock Exchange. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered securities is not conditioned on the listing of the offered securities on the Irish Stock Exchange.

   Neither the Securities and Exchange Commission nor any other federal regulatory authority or state securities commission has approved or recommended the securities described in this prospectus supplement or determined if this prospectus supplement is truthful or complete. No securities commission or regulatory authority has reviewed the accuracy or adequacy of this prospectus supplement. Any representation to the contrary is a criminal offense.

| | | |
|---|---|---|
| UBS Investment Bank<br>Joint Book-Runner | Deutsche Bank Securities<br>Joint Book-Runner | JPMorgan<br>Joint Book-Runner |
| Citigroup | Goldman, Sachs & Co. | Lehman Brothers |

February 18, 2005

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of December 31, 2004)

```
<TABLE>
<CAPTION>
```

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Alabama | 591 | $5,747,994 | 1.1% |
| Alaska | 53 | $742,892 | 0.1% |
| Arizona | 891 | $10,070,269 | 1.8% |
| Arkansas | 476 | $4,177,993 | 0.8% |
| California | 4,887 | $63,158,002 | 11.6% |
| Colorado | 641 | $7,989,697 | 1.5% |
| Connecticut | 457 | $5,594,924 | 1.0% |
| Delaware | 87 | $960,589 | 0.2% |
| District of Columbia | 95 | $1,252,610 | 0.2% |
| Florida | 2,731 | $30,487,093 | 5.6% |
| Georgia | 1,309 | $13,995,224 | 2.6% |
| Hawaii | 121 | $1,585,568 | 0.3% |
| Idaho | 210 | $2,053,224 | 0.4% |
| Illinois | 2,772 | $29,238,205 | 5.4% |
| Indiana | 1,473 | $13,682,492 | 2.5% |
| Iowa | 450 | $4,316,235 | 0.8% |
| Kansas | 635 | $5,708,527 | 1.0% |
| Kentucky | 570 | $5,018,231 | 0.9% |
| Louisiana | 1,089 | $10,868,287 | 2.0% |
| Maine | 208 | $2,244,062 | 0.4% |
| Maryland | 1,208 | $12,781,156 | 2.3% |
| Massachusetts | 1,126 | $13,462,946 | 2.5% |
| Michigan | 2,331 | $22,509,890 | 4.1% |
| Minnesota | 723 | $7,164,231 | 1.3% |
| Mississippi | 275 | $2,352,819 | 0.4% |
| Missouri | 967 | $8,589,830 | 1.6% |
| Montana | 94 | $987,499 | 0.2% |
| Nebraska | 331 | $3,076,039 | 0.6% |
| Nevada | 237 | $3,075,733 | 0.6% |
| New Hampshire | 232 | $2,943,772 | 0.5% |
| New Jersey | 850 | $10,789,967 | 2.0% |
| New Mexico | 249 | $2,437,282 | 0.4% |
| New York | 2,256 | $26,186,537 | 4.8% |
| North Carolina | 1,126 | $10,993,095 | 2.0% |
| North Dakota | 79 | $635,620 | 0.1% |
| Ohio | 3,523 | $33,146,111 | 6.1% |
| Oklahoma | 751 | $7,134,256 | 1.3% |
| Oregon | 879 | $8,575,864 | 1.6% |
| Pennsylvania | 3,243 | $29,556,164 | 5.4% |
| Rhode Island | 133 | $1,595,720 | 0.3% |
| South Carolina | 533 | $5,275,069 | 1.0% |
| South Dakota | 86 | $789,440 | 0.1% |
| Tennessee | 724 | $7,152,522 | 1.3% |
| Texas | 5,278 | $54,010,437 | 9.9% |

```
</TABLE>
```

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of December 31, 2004)

```
<TABLE>
<CAPTION>
```

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Alabama | 591 | $5,747,994 | 1.1% |
| Alaska | 53 | $742,892 | 0.1% |
| Arizona | 891 | $10,070,269 | 1.8% |
| Arkansas | 476 | $4,177,993 | 0.8% |
| California | 4,887 | $63,158,002 | 11.6% |
| Colorado | 641 | $7,989,697 | 1.5% |
| Connecticut | 457 | $5,594,924 | 1.0% |
| Delaware | 87 | $960,589 | 0.2% |
| District of Columbia | 95 | $1,252,610 | 0.2% |
| Florida | 2,731 | $30,487,093 | 5.6% |
| Georgia | 1,309 | $13,995,224 | 2.6% |
| Hawaii | 121 | $1,585,568 | 0.3% |
| Idaho | 210 | $2,053,224 | 0.4% |
| Illinois | 2,772 | $29,238,205 | 5.4% |
| Indiana | 1,473 | $13,682,492 | 2.5% |
| Iowa | 450 | $4,316,235 | 0.8% |
| Kansas | 635 | $5,708,527 | 1.0% |
| Kentucky | 570 | $5,018,231 | 0.9% |
| Louisiana | 1,089 | $10,868,287 | 2.0% |
| Maine | 208 | $2,244,062 | 0.4% |
| Maryland | 1,208 | $12,781,156 | 2.3% |
| Massachusetts | 1,126 | $13,462,946 | 2.5% |
| Michigan | 2,331 | $22,509,890 | 4.1% |
| Minnesota | 723 | $7,164,231 | 1.3% |
| Mississippi | 275 | $2,352,819 | 0.4% |
| Missouri | 967 | $8,589,830 | 1.6% |
| Montana | 94 | $987,499 | 0.2% |
| Nebraska | 331 | $3,076,039 | 0.6% |
| Nevada | 237 | $3,075,733 | 0.6% |
| New Hampshire | 232 | $2,943,772 | 0.5% |
| New Jersey | 850 | $10,789,967 | 2.0% |
| New Mexico | 249 | $2,437,282 | 0.4% |
| New York | 2,256 | $26,186,537 | 4.8% |
| North Carolina | 1,126 | $10,993,095 | 2.0% |
| North Dakota | 79 | $635,620 | 0.1% |
| Ohio | 3,523 | $33,146,111 | 6.1% |
| Oklahoma | 751 | $7,134,256 | 1.3% |
| Oregon | 879 | $8,575,864 | 1.6% |
| Pennsylvania | 3,243 | $29,556,164 | 5.4% |
| Rhode Island | 133 | $1,595,720 | 0.3% |
| South Carolina | 533 | $5,275,069 | 1.0% |
| South Dakota | 86 | $789,440 | 0.1% |
| Tennessee | 724 | $7,152,522 | 1.3% |
| Texas | 5,278 | $54,010,437 | 9.9% |

```
</TABLE>
```

S-42

```
<PAGE>
```

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of December 31, 2004)

(continued)

```
<TABLE>
<CAPTION>
                                                                    Percentage of Trust
                                                                     Student Loans by
                                                Outstanding         Outstanding Principal
State                        Number of Loans   Principal Balance          Balance
---------------------------  ----------------  -----------------   ------------------------
<S>                              <C>               <C>                      <C>
Utah                                 187          $2,152,620                0.4%
Vermont                               63            $637,791       -       0.1%
Virginia                           1,678         $15,878,348                2.9%
Washington                         1,648         $16,901,776                3.1%
West Virginia                        342          $3,257,812                0.6%
Wisconsin                          1,270         $10,797,990                2.0%
Wyoming                               73          $1,042,691                0.2%
Other*                               281          $4,430,503                0.8%
                             ----------------  -----------------   ------------------------
Total                             52,522        $549,213,652              100.0%
                             ================  =================   ========================
</TABLE>
```

* Other includes two military designations (Armed Forces Africa and Armed Forces Pacific), U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others not located in the United States.