```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b406868_424b5.txt
<DESCRIPTION>PROSPECTUS SUPPLEMENT
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT                                    [FIRST MARBLEHEAD LOGO]
(TO PROSPECTUS DATED MAY 20, 2005)

$618,000,000
THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2
NCF GRANTOR TRUST 2005-2
ISSUERS

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR

STUDENT LOAN ASSET BACKED NOTES AND CERTIFICATES

SECURITIES OFFERED

  o Classes of notes and certificates listed in the table below

ASSETS

  o Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT

  o Excess interest on the student loans

  o Subordination of the class C notes and class B notes to the class A securities and subordination of the class C notes to the class B notes to the extent more fully described in this prospectus supplement

  o Reserve account

  o The Education Resources Institute, Inc. guaranty on the student loans together with certain guaranty fees pledged to secure payments of claims on defaulted student loans

---

You should carefully consider the risk factors beginning on page S-14.

The notes and certificates are asset backed securities issued by separate trusts and are obligations of the respective trust only.

Neither the notes nor the certificates are obligations of the depositor, The First Marblehead Corporation, The Education Resources Institute, Inc., the sellers or the servicers.

Neither the notes nor the certificates are guaranteed or insured by the United States or any governmental agency.

---

```
<TABLE>
<CAPTION>
```

| | INITIAL CLASS PROCEEDS TO | INTEREST RATE | FINAL | |
| DISCOUNTS AND COMMISSIONS(1) | BALANCE / THE TRUST | (PER ANNUM) | MATURITY DATE | PRICE |
| --- | --- | --- | --- | --- |
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` |

[EXHIBIT M stamp — PENGAD 800-631-6989]

```
<C>                  <C>
Class A-1 Notes       $162,400,000   One-month LIBOR plus 0.06%   December 27, 2022   100.000%
0.300%                99.700%
Class A-2 Notes       $ 82,000,000   One-month LIBOR plus 0.15%   February 25, 2026   100.000%
0.310%                99.690%
Class A-3 Notes       $113,000,000   One-month LIBOR plus 0.19%   February 25, 2028   100.000%
0.320%                99.680%
Class A-4 Notes       $105,000,000   One-month LIBOR plus 0.27%   September 25, 2029  100.000%
0.325%                99.675%
Class A-5-1
  Certificates        $ 93,930,000   One-month LIBOR plus 0.37%   June 27, 2033       100.000%
0.330%                99.670%
Class A-5-2
  Certificates        $     70,000   One-month LIBOR plus 0.37%   June 27, 2033       100.000%
0.330%                99.670%
Class A-IO
  Certificates              (2)                7.73%              March 26, 2012      32.927%
0.329%                32.598%
Class B Notes         $ 30,200,000   One-month LIBOR plus 0.37%   September 26, 2033  100.000%
0.400%                99.600%
Class C Notes         $ 31,400,000   One-month LIBOR plus 0.67%   December 27, 2033   100.000%
0.410%                99.590%
Total                 $618,000,000
$646,638,130(3)
</TABLE>
```

----------------

(1)  Subject to indemnification and expense reimbursement arrangements with
     the underwriters.
(2)  Initial notional amount equal to $94,000,000.
(3)  Before deducting expenses estimated to be $2,143,197 and excluding
     proceeds from the structuring advisory fee paid to The First Marblehead
     Corporation.

   The offered securities are offered by the underwriters named below, subject
to prior sale, when, as and if accepted by the underwriters, subject to
approval of certain legal matters by counsel for the underwriters. The
underwriters reserve the right to withdraw, cancel or modify the offer and to
reject orders in whole or in part. It is expected that delivery of the offered
securities will be made in book-entry-only form on or about June 9, 2005.

   Application will be made to list the offered securities on the Irish Stock
Exchange. There can be no assurance that this listing will be obtained. The
issuance and settlement of the offered securities are not conditioned on the
listing of the offered securities on the Irish Stock Exchange.

   NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL
REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR
RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR
DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO
SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR
ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS
A CRIMINAL OFFENSE.

```
DEUTSCHE BANK SECURITIES      GOLDMAN, SACHS & CO.              JPMORGAN
Joint Book-Runner              Joint Book-Runner          Joint Book-Runner

   CITIGROUP                                              UBS INVESTMENT BANK
```

                    DEUTSCHE BANK SECURITIES
   Sole Book-Runner of the Class A-5-1 Certificates and Class A-5-2 Certificates

                            June 7, 2005

```
<TABLE>
<CAPTION>

       DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
                         (as of April 30, 2005)
```

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Alabama | 371 | $4,012,122 | 1.3% |
| Alaska | 31 | $536,432 | 0.2% |
| Arizona | 481 | $6,002,757 | 2.0% |
| Arkansas | 256 | $2,503,837 | 0.8% |
| California | 1,720 | $26,084,579 | 8.5% |
| Colorado | 492 | $5,692,842 | 1.9% |
| Connecticut | 187 | $2,009,452 | 0.7% |
| Delaware | 58 | $641,546 | 0.2% |
| District of Columbia | 28 | $293,475 | 0.1% |
| Florida | 1,284 | $15,844,247 | 5.2% |
| Georgia | 591 | $6,592,300 | 2.2% |
| Hawaii | 66 | $1,087,474 | 0.4% |
| Idaho | 93 | $894,873 | 0.3% |
| Illinois | 1,539 | $15,732,290 | 5.1% |
| Indiana | 1,073 | $10,416,132 | 3.4% |
| Iowa | 196 | $1,930,887 | 0.6% |
| Kansas | 234 | $2,068,247 | 0.7% |
| Kentucky | 391 | $3,541,639 | 1.2% |
| Louisiana | 820 | $7,774,772 | 2.5% |
| Maine | 92 | $848,843 | 0.3% |
| Maryland | 435 | $4,767,503 | 1.6% |
| Massachusetts | 446 | $4,886,121 | 1.6% |
| Michigan | 1,644 | $16,131,579 | 5.3% |
| Minnesota | 445 | $4,128,151 | 1.3% |
| Mississippi | 164 | $1,567,874 | 0.5% |
| Missouri | 449 | $4,505,279 | 1.5% |
| Montana | 71 | $674,761 | 0.2% |
| Nebraska | 190 | $1,531,803 | 0.5% |
| Nevada | 133 | $2,451,191 | 0.8% |
| New Hampshire | 89 | $1,240,338 | 0.4% |
| New Jersey | 542 | $6,797,394 | 2.2% |
| New Mexico | 144 | $1,451,769 | 0.5% |
| New York | 3,209 | $26,190,216 | 8.6% |
| North Carolina | 540 | $5,680,310 | 1.9% |
| North Dakota | 41 | $282,970 | 0.1% |
| Ohio | 2,281 | $21,192,452 | 6.9% |
| Oklahoma | 571 | $5,497,888 | 1.8% |
| Oregon | 261 | $2,749,188 | 0.9% |

| | | |
|---|---:|---:|
| Pennsylvania | 2,039 | $16,631,606 | 5.4% |
| Rhode Island | 74 | $642,370 | 0.2% |
| South Carolina | 268 | $2,934,411 | 1.0% |
| South Dakota | 57 | $578,441 | 0.2% |
| Tennessee | 344 | $3,946,331 | 1.3% |
| Texas | 2,791 | $30,017,149 | 9.8% |

</TABLE>

S-43

<PAGE>

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of April 30, 2005)
(continued)

<TABLE>
<CAPTION>

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---:|---:|---:|
| <S> | <C> | <C> | <C> |
| Utah | 153 | $2,496,764 | 0.8% |
| Vermont | 31 | $322,041 | 0.1% |
| Virginia | 527 | $5,807,344 | 1.9% |
| Washington | 406 | $5,149,408 | 1.7% |
| West Virginia | 238 | $2,409,387 | 0.8% |
| Wisconsin | 806 | $6,896,351 | 2.3% |
| Wyoming | 57 | $574,395 | 0.2% |
| Other* | 77 | $1,270,421 | 0.4% |
| Total | 29,526 | $305,911,953 | 100.0% |

</TABLE>

* Other includes two military designations (Armed Forces Africa and Armed Forces Pacific), U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others not located in the United States

S-44