Case 1:16-cv-00229-JDL   Document 202-14   Filed 06/14/17   Page 1 of 5   PageID #: 1771

6/7/2017   https://www.sec.gov/Archives/edgar/data/1338373/000112528205005228/b408670_424b5.txt

```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b408670_424b5.txt
<DESCRIPTION>424B5
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT          [THE FIRST MARBLEHEAD CORPORATION LOGO]
(TO PROSPECTUS DATED MAY 20, 2005)

$1,676,640,000

THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3
NCF GRANTOR TRUST 2005-3
ISSUERS

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR

STUDENT LOAN ASSET BACKED NOTES AND CERTIFICATES



| SECURITIES OFFERED | |
|---|---|
| o Classes of notes and certificates listed in the table below | You should carefully consider the risk factors beginning on page S-15. |
| ASSETS | The notes and certificates are asset securities issued by separate trusts obligations of the respective trust |
| o Private student loans guaranteed by The Education Resources Institute, Inc. | |
| CREDIT ENHANCEMENT | Neither the notes nor the certificates obligations of the depositor, The First Marblehead Corporation, The Education Resources Institute, Inc., the sellers the servicer. |
| o Excess interest on the student loans | |
| o Subordination of the class C notes and class B notes to the class A securities and subordination of the class C notes to the class B notes to the extent more fully described in this prospectus supplement | Neither the notes nor the certificates guaranteed or insured by the United States |

(backed and are only.

are or

are States

```
o    Reserve account                              | or any governmental agency
|
o    The Education Resources Institute, Inc.      |
|
     guaranty on the student loans together with  |
|
     certain guaranty fees pledged to secure      |
|
     payments of claims on defaulted student loans|
|
                                                  |----------------------------------------
------|
</TABLE>

<TABLE>
<CAPTION>
```

| DISCOUNTS AND COMMISSIONS(1) | PROCEEDS TO THE TRUST | INITIAL CLASS BALANCE | INTEREST RATE (PER ANNUM) | FINAL MATURITY DATE | PRICE |
|---|---|---|---|---|---|
| `<S>` `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Class A-1 Notes 0.300% | 99.700% | $213,375,000 | One-month LIBOR plus 0.07% | March 26, 2018 | 100.000% |
| Class A-2 Notes 0.310% | 99.690% | $415,110,000 | One-month LIBOR plus 0.20% | September 25, 2025 | 100.000% |
| Class A-3 Notes 0.315% | 99.685% | $302,434,000 | One-month LIBOR plus 0.24% | July 25, 2028 | 100.000% |
| Class A-4 Notes 0.320% | 99.680% | $137,008,000 | One-month LIBOR plus 0.28% | April 25, 2029 | 100.000% |
| Class A-5-1 Certificates 0.325% | 99.675% | $440,948,000 | One-month LIBOR plus 0.38% | October 25, 2033 | 100.000% |
| Class A-5-2 Certificates 0.325% | 99.675% | $265,000 | One-month LIBOR plus 0.38% | October 25, 2033 | 100.000% |
| Class A-IO-1 Certificates 0.152% | 20.223% | (2) | 4.80% | July 25, 2012 | 20.376% |
| Class A-IO-2 Certificates 0.152% | 20.221% | (3) | 4.80% | July 25, 2012 | 20.374% |
| Class B Notes 0.400% | 99.600% | $83,000,000 | One-month LIBOR plus 0.50% | July 27, 2037 | 100.000% |

| | | | | | |
|---|---|---|---|---|---|
| Class C Notes<br>0.410%        99.590% | | $84,500,000 | One-month<br>LIBOR plus<br>0.71% | August 25, 2037 | 100.000% |
| Total | | $1,676,640,000 | | | |
| $1,760,436,049((4)) | | | | | |

</TABLE>

---

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Initial notional amount equal to $440,948,000.
(3) Initial notional amount equal to $265,000.
(4) Before deducting expenses estimated to be $4,300,000 and excluding proceeds from the structuring advisory fee paid to The First Marblehead Corporation.

The offered securities are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered securities will be made in book-entry-only form on or about October 12, 2005.

This prospectus supplement and the accompanying prospectus constitute the Irish prospectus (the "Irish Prospectus") for the purpose of Directive 2003/71/EC (the "Prospectus Directive"). Reference throughout this document to the prospectus supplement and the accompanying prospectus shall be taken to read "Irish Prospectus" for such purpose. Application has been made to the Irish Financial Services Regulatory Authority (the "Financial Regulator in Ireland"), as competent authority under the Prospectus Directive for the Irish Prospectus to be approved. THE APPROVAL RELATES ONLY TO THE OFFERED SECURITIES WHICH ARE TO BE ADMITTED TO TRADING ON THE REGULATED MARKET OF THE IRISH STOCK EXCHANGE LIMITED (THE "IRISH STOCK Exchange"). Application has been made to the Irish Stock Exchange for the offered securities to be admitted to the Official List and to trading on its regulated market. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered securities is not conditioned on the listing of the offered securities on the Irish Stock Exchange.

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

| | | |
|---|---|---|
| DEUTSCHE BANK SECURITIES<br>Joint Book-Runner | GOLDMAN, SACHS & CO.<br>Joint Book-Runner | JPMORGAN<br>Joint Book-Runner |
| CITIGROUP | CREDIT SUISSE FIRST BOSTON | |
| RBS GREENWICH CAPITAL | UBS INVESTMENT BANK | |

October 10, 2005

```
<TABLE>
<CAPTION>
               DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
                              (as of August 31, 2005)

                                                                     Percentage of Trust Student
                                            Outstanding Principal    Loans by Outstanding Principal
State                     Number of Loans               Balance                             Balance
-----------------------   ---------------   ---------------------    ------------------------------
<S>                       <C>                                 <C>                               <C>
Alabama                             1,086            $11,545,364                               1.2%
Alaska                                 72             $1,004,629                               0.1%
Arizona                             1,366            $16,392,839                               1.7%
Arkansas                              818             $8,715,466                               0.9%
California                          6,921            $96,078,581                               9.8%
Colorado                            1,155            $15,505,831                               1.6%
Connecticut                         1,064            $13,279,188                               1.4%
Delaware                              167             $2,196,135                               0.2%
District of Columbia                  160             $2,520,182                               0.3%
Florida                             4,039            $50,942,797                               5.2%
Georgia                             2,323            $27,597,138                               2.8%
Hawaii                                158             $2,304,452                               0.2%
Idaho                                 386             $3,652,903                               0.4%
Illinois                            4,311            $52,370,510                               5.3%
Indiana                             2,432            $29,375,612                               3.0%
Iowa                                  678             $6,885,579                               0.7%
Kansas                              1,118            $10,900,919                               1.1%
Kentucky                              893             $9,739,135                               1.0%
Louisiana                               0                     $0                               0.0%
Maine                                 478             $4,734,988                               0.5%
Maryland                            2,206            $25,971,865                               2.7%
Massachusetts                       2,478            $29,981,171                               3.1%
Michigan                            3,432            $40,228,721                               4.1%
Minnesota                             969            $11,347,367                               1.2%
Mississippi                             0                     $0                               0.0%
Missouri                            1,613            $16,775,569                               1.7%
Montana                               146             $1,685,423                               0.2%
Nebraska                              504             $4,844,142                               0.5%
Nevada                                368             $5,079,189                               0.5%
New Hampshire                         449             $5,684,101                               0.6%
New Jersey                          1,773            $24,165,280                               2.5%
New Mexico                            366             $4,163,818                               0.4%
New York                            4,939            $58,673,315                               6.0%
North Carolina                      1,927            $21,167,719                               2.2%
North Dakota                          112             $1,173,629                               0.1%
Ohio                                4,942            $60,702,413                               6.2%
Oklahoma                            1,143            $12,179,991                               1.2%
Oregon                              1,114            $12,247,313                               1.3%
```

```
Pennsylvania                    4,802          $49,521,120      5.1%
Rhode Island                      293           $3,496,336      0.4%
South Carolina                  1,033          $11,322,250      1.2%
South Dakota                      137           $1,438,780      0.1%
Tennessee                       1,248          $13,865,154      1.4%
Texas                           8,873          $99,790,594     10.2%
</TABLE>
                                    S-44
<PAGE>

          DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
                          (as of August 31, 2005)
                                 (continued)
<TABLE>
<CAPTION>
                                                              Percentage of Trust Student
                                         Outstanding Principal  Loans by Outstanding Principal
State                   Number of Loans          Balance                 Balance
---------------------   ---------------  ---------------------  -----------------------------
<S>                          <C>                  <C>                       <C>
Utah                          343            $4,758,042                    0.5%
Vermont                       111            $1,401,615                    0.1%
Virginia                    2,935           $30,948,762                    3.2%
Washington                  2,523           $26,036,318                    2.7%
West Virginia                 627            $6,701,363                    0.7%
Wisconsin                   1,724           $18,125,000                    1.9%
Wyoming                        96            $1,284,705                    0.1%
Other*                        552            $8,794,714                    0.9%
                       ---------------  ---------------------  -----------------------------
Total                      83,403          $979,298,024                  100.0%
                       ===============  =====================  =============================
</TABLE>

* Other includes two military designations (Armed Forces Africa and Armed Forces
Pacific), U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others
not located in the United States

                                    S-45
```