6/7/2017
https://www.sec.gov/Archives/edgar/data/1352760/000095011606000714/b412004_424b5.txt

```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b412004_424b5.txt
<DESCRIPTION>FORM 424B5
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT
   (To Prospectus dated February 10, 2006)            [FIRST MARBLEHEAD LOGO]


$900,697,000
THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1
ISSUING ENTITY
THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR AND SPONSOR
STUDENT LOAN ASSET BACKED NOTES

SECURITIES OFFERED
o  Classes of notes listed in the table below

ASSETS
o  Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT
o  Excess interest on the student loans

o  Subordination of the class C notes and class B notes to the class A notes
   and subordination of the class C notes to the class B notes to the extent
   more fully described in this prospectus supplement

o  Reserve account

o  Liquidity note agreement

o  The Education Resources Institute, Inc. guaranty on the student loans
   together with certain guaranty fees pledged to secure payments of claims on
   defaulted student loans

```
<TABLE>
<CAPTION>
```

| | INITIAL CLASS PROCEEDS TO BALANCE THE TRUST | INTEREST RATE (PER ANNUM) | FINAL MATURITY DATE | PRICE | DISCOUNTS AND COMMISSIONS(1) |
|---|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> | <C> |
| Class A-1 Notes | $ 83,979,000 | One-month LIBOR plus 0.05% | February 25, 2019 | 100.000% | 0.230% 99.770% |
| Class A-2 Notes | $ 170,071,000 | One-month LIBOR plus 0.14% | August 25, 2023 | 100.000% | 0.260% 99.740% |
| Class A-3 Notes | $ 185,823,000 | One-month LIBOR plus 0.19% | May 25, 2026 | 100.000% | 0.280% 99.720% |
| Class A-4 Notes | $ 139,591,000 | One-month LIBOR plus 0.25% | March 27, 2028 | 100.000% | 0.310% 99.690% |
| Class A-5 Notes | $ 226,675,000 | One-month LIBOR plus 0.35% | March 25, 2033 | 100.000% | 0.330% 99.670% |
| Class A-IO Notes | (2) | 5.50% | April 25, 2011 | 23.351% | 0.163% 23.188% |
| Class B Notes | $ 46,276,000 | One-month LIBOR plus 0.42% | May 25, 2037 | 100.000% | 0.390% 99.610% |



6/7/2017                           https://www.sec.gov/Archives/edgar/data/1352760/000095011606000714/b412004_424b5.txt

```
Class C Notes        $   48,282,000   One-month LIBOR plus 0.60%   May 25, 2037   100.000%
0.420%          99.580%
                     --------------
-------------
Total                $  900,697,000
$950,537,702(3)
</TABLE>

-------------
```

(1) Subject to indemnification and expense reimbursement arrangements with the
    underwriters.
(2) Initial reference amount equal to $226,675,000.
(3) Before deducting expenses estimated to be $3,643,861 and excluding proceeds
    from the structuring advisory fee paid to First Marblehead Corporation.

   The offered notes are offered by the underwriters named below, subject to
prior sale, when, as and if accepted by the underwriters, subject to approval
of certain legal matters by counsel for the underwriters. The underwriters
reserve the right to withdraw, cancel or modify the offer and to reject orders
in whole or in part. It is expected that delivery of the offered notes will be
made in book-entry-only form on or about March 9, 2006.

   This prospectus supplement and the accompanying prospectus constitute the
Irish prospectus (the "Irish Prospectus") for the purpose of Directive 2003/
71/EC (the "Prospectus Directive"). Reference throughout this document to the
prospectus supplement and the accompanying prospectus shall be taken to read
"Irish Prospectus" for such purpose. Application has been made to the Irish
Financial Services Regulatory Authority (the "Financial Regulator in
Ireland"), as competent authority under the Prospectus Directive for the Irish
Prospectus to be approved. THE APPROVAL RELATES ONLY TO THE OFFERED NOTES
WHICH ARE TO BE ADMITTED TO TRADING ON THE REGULATED MARKET OF THE IRISH STOCK
EXCHANGE LIMITED (THE "IRISH STOCK EXCHANGE"). Application has been made to
the Irish Stock Exchange for the offered notes to be admitted to the Official
List and to trading on its regulated market. There can be no assurance that
this listing will be obtained. The issuance and settlement of the offered
notes is not conditioned on the listing of the offered notes on the Irish
Stock Exchange.

   NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL
REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR
RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR
DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO
SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR
ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS
A CRIMINAL OFFENSE.


UBS INVESTMENT BANK                                         CREDIT SUISSE
Joint Book-Runner                                        Joint Book-Runner

CITIGROUP                        JPMORGAN            RBC CAPITAL MARKETS

                         March 7, 2006


----------------------------------------------------------------------------
You should carefully consider the risk factors beginning on page S-15.

The notes offered hereby represent obligations of the Issuing Entity only and
do not represent an interest in or obligations of the sponsor, the depositor,
First Marblehead Corporation, The Education Resources Institute, Inc., the
originators, the servicers or any of their affiliates.

The notes are not guaranteed or insured by the United States or any
governmental agency.

6/7/2017                    https://www.sec.gov/Archives/edgar/data/1352760/000095011606000714/b412004_424b5.txt

Distributions on the notes will be made on the 25th calendar day of each month
or if the 25th is not a business day, the next business day. The first
distribution date for the notes is May 25, 2006.
--------------------------------------------------------------------------------

<TABLE>
<CAPTION>

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of December 31, 2005)

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Alabama | 475 | $5,113,156 | 1.0% |
| Alaska | 13 | $208,081 | 0.0% |
| Arizona | 622 | $7,432,904 | 1.4% |
| Arkansas | 424 | $4,638,529 | 0.9% |
| California | 2,037 | $31,277,165 | 6.1% |
| Colorado | 540 | $6,592,204 | 1.3% |
| Connecticut | 376 | $5,095,298 | 1.0% |
| Delaware | 114 | $1,292,186 | 0.3% |
| District of Columbia | 44 | $678,596 | 0.1% |
| Florida | 1,764 | $23,318,032 | 4.5% |
| Georgia | 957 | $11,659,368 | 2.3% |
| Hawaii | 87 | $1,266,206 | 0.2% |
| Idaho | 125 | $1,708,420 | 0.3% |
| Illinois | 1,919 | $20,943,409 | 4.1% |
| Indiana | 1,326 | $12,788,450 | 2.5% |
| Iowa | 272 | $2,848,887 | 0.6% |
| Kansas | 335 | $3,373,156 | 0.7% |
| Kentucky | 595 | $5,286,935 | 1.0% |
| Louisiana | 2,580 | $28,969,961 | 5.6% |
| Maine | 174 | $1,666,292 | 0.3% |
| Maryland | 651 | $8,168,366 | 1.6% |
| Massachusetts | 1,166 | $14,898,053 | 2.9% |
| Michigan | 2,476 | $24,552,843 | 4.8% |
| Minnesota | 569 | $5,608,120 | 1.1% |
| Mississippi | 737 | $8,227,518 | 1.6% |
| Missouri | 559 | $6,073,848 | 1.2% |
| Montana | 74 | $954,063 | 0.2% |
| Nebraska | 261 | $2,281,068 | 0.4% |
| Nevada | 153 | $2,489,864 | 0.5% |
| New Hampshire | 250 | $3,032,912 | 0.6% |
| New Jersey | 967 | $13,020,610 | 2.5% |
| New Mexico | 125 | $1,806,922 | 0.4% |
| New York | 4,382 | $45,558,950 | 8.9% |
| North Carolina | 814 | $9,344,198 | 1.8% |
| North Dakota | 68 | $536,502 | 0.1% |
| Ohio | 3,560 | $34,901,183 | 6.8% |
| Oklahoma | 590 | $6,093,066 | 1.2% |
| Oregon | 288 | $3,497,773 | 0.7% |

https://www.sec.gov/Archives/edgar/data/1352760/000095011606000714/b412004_424b5.txt

| | | | |
|---|---|---|---|
| Pennsylvania | 6,160 | $57,037,908 | 11.1% |
| Rhode Island | 189 | $2,199,571 | 0.4% |
| South Carolina | 395 | $4,737,515 | 0.9% |
| South Dakota | 57 | $517,240 | 0.1% |
| Tennessee | 669 | $6,990,733 | 1.4% |
| Texas | 3,232 | $38,903,255 | 7.6% |

</TABLE>

<PAGE>

S-50

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of December 31, 2005)
(continued)

<TABLE>
<CAPTION>

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Utah | 186 | $2,401,183 | 0.5% |
| Vermont | 43 | $461,166 | 0.1% |
| Virginia | 902 | $10,388,168 | 2.0% |
| Washington | 500 | $6,663,895 | 1.3% |
| West Virginia | 329 | $3,156,598 | 0.6% |
| Wisconsin | 999 | $9,315,764 | 1.8% |
| Wyoming | 44 | $525,368 | 0.1% |
| Other* | 146 | $2,567,035 | 0.5% |
| Total | 46,320 | $513,068,490 | 100.0% |

</TABLE>
* Other includes two military states (Armed Forces Africa and Armed Forces Pacific), U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others not located in the United States.