6/7/2017
https://www.sec.gov/Archives/edgar/data/1374067/000112528206005971/b414977_424b5.txt

```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b414977_424b5.txt
<DESCRIPTION>FROM 424B5
<TEXT>
<PAGE>
```

[FirstMarblehead Corporation LOGO]

PROSPECTUS SUPPLEMENT
(TO PROSPECTUS DATED SEPTEMBER 7, 2006)

$1,843,390,000
THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3
ISSUING ENTITY

THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR AND SPONSOR

STUDENT LOAN ASSET BACKED NOTES

--------------------------------------------------------------------

You should carefully consider the risk factors beginning on page 14.

The notes offered hereby represent obligations of the issuing entity only and do
not represent an interest in or obligations of the sponsor, the depositor, First
Marblehead Corporation, The Education Resources Institute, Inc., the
originators, the servicers or any of their affiliates.

The notes are not guaranteed or insured by the United States or any governmental
agency.

Distributions on the notes will be made on the 25th calendar day of each month
or if the 25th is not a business day, the next business day. The first
distribution date for the notes is November 27, 2006.

--------------------------------------------------------------------

SECURITIES OFFERED

o    Classes of notes listed in the table below

ASSETS

o    Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT

o    Excess interest on the student loans

o    Subordination of the class B notes, class C notes and class D notes to the
     class A notes and subordination of the class C notes and class D notes to
     the class B notes and subordination of the class D notes to the class C
     notes to the extent more fully described in this prospectus supplement

o    Reserve account

o    Liquidity note agreement

o    The Education Resources Institute, Inc. guaranty on the student loans
     together with certain guaranty fees pledged to secure payments of claims on
     defaulted student loans



```
<TABLE>
<CAPTION>
```

| | INITIAL CLASS PROCEEDS TO | INTEREST RATE | FINAL MATURITY | | |
|---|---|---|---|---|---|
| DISCOUNTS AND COMMISSIONS(1) | BALANCE THE TRUST | (PER ANNUM) | DATE | PRICE | |

```
<S>                  <C>              <C>                          <C>                 <C>            <C>
```

| | | | | | |
|---|---|---|---|---|---|
| Class A-1 Notes 0.2200% | $ 323,600,000 99.7800% | One-month LIBOR plus 0.03% | September 25, 2019 | 100.0000% | |
| Class A-2 Notes 0.2500% | $ 306,230,000 99.7500% | One-month LIBOR plus 0.11% | March 25, 2026 | 100.0000% | |
| Class A-3 Notes 0.2900% | $ 322,790,000 99.7100% | One-month LIBOR plus 0.15% | October 25, 2027 | 100.0000% | |
| Class A-4 Notes 0.3200% | $ 294,510,000 99.6800% | One-month LIBOR plus 0.27% | March 26, 2029 | 100.0000% | |
| Class A-5 Notes 0.3400% | $ 325,130,000 99.6600% | One-month LIBOR plus 0.32% | October 27, 2031 | 100.0000% | |
| Class A-IO Notes 0.1877% | (2) 31.1107% | 7.10% | January 25, 2012 | 31.2984% | |
| Class B Notes 0.3800% | $ 94,810,000 99.6200% | One-month LIBOR plus 0.36% | January 26, 2032 | 100.0000% | |
| Class C Notes 0.4100% | $ 92,450,000 99.5900% | One-month LIBOR plus 0.47% | February 25, 2032 | 100.0000% | |
| Class D Notes 0.7500% | $ 83,870,000 99.2500% | One-month LIBOR plus 1.15% | March 25, 2032 | 100.0000% | |
| Total $1,938,710,411(3) | $1,843,390,000 | | | | |

```
</TABLE>
```

----------

(1)  Subject to indemnification and expense reimbursement arrangements with the
     underwriters.

(2)  Initial notional amount equal to $325,130,000.

(3)  Before deducting expenses estimated to be $2,000,000 and the structuring
     advisory fee paid to First Marblehead Corporation.

       The offered notes are offered by the underwriters named below, subject
to prior sale, when, as and if accepted by the underwriters, subject to approval
of certain legal matters by counsel for the underwriters. The underwriters
reserve the right to withdraw, cancel or modify the offer or to reject orders
in whole or in part. It is expected that delivery of the offered notes will be
made in book-entry-only form on or about September 28, 2006.

       This prospectus supplement and the accompanying prospectus constitute
the Irish prospectus (the "Irish Prospectus") for the purpose of Directive
2003/71/EC (the "Prospectus Directive"). Reference throughout this document to
the prospectus supplement and the accompanying prospectus shall be taken to read
"Irish Prospectus" for such purpose. Application has been made to the Irish
Financial Services Regulatory Authority (the "Financial Regulator in Ireland"),
as competent authority under the Prospectus Directive for the Irish Prospectus
to be approved. THE APPROVAL RELATES ONLY TO THE OFFERED NOTES WHICH ARE TO BE
ADMITTED TO TRADING ON THE REGULATED MARKET OF THE IRISH STOCK EXCHANGE LIMITED
(THE "IRISH STOCK EXCHANGE"). Application has been made to the Irish Stock
Exchange for the offered notes to be admitted to the Official List and to
trading on its regulated market. There can be no assurance that this listing
will be obtained. The issuance and settlement of the offered notes is not
conditioned on the listing of the offered notes on the Irish Stock Exchange.

6/7/2017                           https://www.sec.gov/Archives/edgar/data/1374067/000112528206005971/b414977_424b5.txt

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL
REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED
THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS
PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR
REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS
SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

DEUTSCHE BANK SECURITIES                              CREDIT SUISSE
Joint Book-Runner                                  Joint Book-Runner

GOLDMAN, SACHS & CO.        RBS GREENWICH CAPITAL        UBS INVESTMENT BANK

September 26, 2006

6/7/2017                                  https://www.sec.gov/Archives/edgar/data/1374067/000112528206005971/b414977_424b5.txt

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of August 31, 2006)

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| Alabama | 1,571 | $ 19,282,575 | 1.4% |
| Alaska | 61 | $ 906,777 | 0.1% |
| Arizona | 1,622 | $ 22,415,156 | 1.7% |
| Arkansas | 1,277 | $ 14,325,123 | 1.1% |
| California | 7,985 | $128,765,550 | 9.5% |
| Colorado | 1,407 | $ 20,223,191 | 1.5% |
| Connecticut | 1,309 | $ 19,056,352 | 1.4% |
| Delaware | 219 | $ 3,224,081 | 0.2% |
| District of Columbia | 227 | $ 3,471,836 | 0.3% |
| Florida | 5,034 | $ 73,043,267 | 5.4% |
| Georgia | 3,192 | $ 41,120,629 | 3.0% |
| Hawaii | 229 | $ 3,563,217 | 0.3% |
| Idaho | 413 | $ 5,069,053 | 0.4% |
| Illinois | 5,088 | $ 67,080,565 | 5.0% |
| Indiana | 2,781 | $ 34,539,737 | 2.6% |
| Iowa | 830 | $ 9,440,516 | 0.7% |
| Kansas | 1,181 | $ 12,575,165 | 0.9% |
| Kentucky | 1,227 | $ 13,869,754 | 1.0% |
| Louisiana | 1,662 | $ 20,463,338 | 1.5% |
| Maine | 648 | $ 7,099,187 | 0.5% |
| Maryland | 2,391 | $ 32,049,978 | 2.4% |
| Massachusetts | 3,209 | $ 43,108,863 | 3.2% |
| Michigan | 4,484 | $ 55,412,651 | 4.1% |
| Minnesota | 1,131 | $ 13,344,342 | 1.0% |
| Mississippi | 713 | $ 7,968,665 | 0.6% |
| Missouri | 2,071 | $ 24,614,740 | 1.8% |
| Montana | 194 | $ 2,271,536 | 0.2% |
| Nebraska | 542 | $ 5,760,192 | 0.4% |
| Nevada | 462 | $ 7,245,986 | 0.5% |
| New Hampshire | 557 | $ 7,136,359 | 0.5% |
| New Jersey | 2,575 | $ 39,399,536 | 2.9% |
| New Mexico | 415 | $ 5,846,407 | 0.4% |
| New York | 6,851 | $ 87,646,188 | 6.5% |
| North Carolina | 2,391 | $ 29,656,688 | 2.2% |
| North Dakota | 134 | $ 1,295,356 | 0.1% |
| Ohio | 6,393 | $ 81,895,476 | 6.0% |
| Oklahoma | 1,438 | $ 16,815,204 | 1.2% |
| Oregon | 1,309 | $ 16,357,144 | 1.2% |
| Pennsylvania | 6,960 | $ 75,784,620 | 5.6% |
| Rhode Island | 421 | $ 5,378,019 | 0.4% |
| South Carolina | 1,426 | $ 17,390,960 | 1.3% |
| South Dakota | 179 | $ 2,068,607 | 0.2% |
| Tennessee | 1,649 | $ 19,062,539 | 1.4% |
| Texas | 9,667 | $121,648,493 | 9.0% |

45

<PAGE>

DISTRIBUTION OF THE TRUST STUDENT LOANS BY BORROWER STATE
(as of August 31, 2006)
(continued)

```
<TABLE>
<S>                          <C>                <C>                         <C>
Utah                               403          $     5,892,528                  0.4%
Vermont                            129          $     1,709,861                  0.1%
Virginia                         2,975          $    37,338,142                  2.8%
Washington                       2,450          $    29,072,727                  2.1%
West Virginia                      670          $     7,702,049                  0.6%
Wisconsin                        1,750          $    20,550,723                  1.5%
Wyoming                            121          $     1,438,970                  0.1%
Other*                             635          $    11,503,222                  0.8%
                               -------          --------------                  -----
TOTAL                          104,658          $1,353,901,838                  100.0%
                               =======          ==============                  =====
</TABLE>
```

*    Other includes Armed Forces Africa, U.S. Territories (Guam, Puerto Rico and
     the Virgin Islands) and others not located in the United States.