```
<DOCUMENT>
<TYPE>424B5
<SEQUENCE>1
<FILENAME>b415971_424b5.txt
<DESCRIPTION>FORM 424B5
<TEXT>
<PAGE>
```

PROSPECTUS SUPPLEMENT                                      [THE FIRST MARBLEHEAD
(To Prospectus dated September 7, 2006)                      CORPORATION LOGO]

$1,025,000,000
THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4
ISSUING ENTITY
THE NATIONAL COLLEGIATE FUNDING LLC
DEPOSITOR AND SPONSOR
STUDENT LOAN ASSET BACKED NOTES

--------------------------------------------------------------------------------
You should carefully consider the risk factors beginning on page S-13.

The notes offered hereby represent obligations of the issuing entity only and
do not represent an interest in or obligations of the sponsor, the depositor,
The First Marblehead Corporation, The Education Resources Institute, Inc., the
originators, the servicers or any of their affiliates.

The notes are not guaranteed or insured by the United States or any
governmental agency.

Distributions on the notes will be made on the 25th calendar day of each month
or if the 25th is not a business day, the next business day. The first
distribution date for the notes is February 26, 2007.
--------------------------------------------------------------------------------

SECURITIES OFFERED
o  Classes of notes listed in the table below

ASSETS
o  Private student loans guaranteed by The Education Resources Institute, Inc.

CREDIT ENHANCEMENT
o  Excess interest on the student loans

o  Subordination of the class B notes, class C notes and class D notes to the
   class A notes, subordination of the class C notes and class D notes to the
   class B notes and subordination of the class D notes to the class C notes,
   each to the extent more fully described in this prospectus supplement

o  Reserve account

o  The Education Resources Institute, Inc. guaranty on the student loans
   together with certain guaranty fees pledged to secure payments of claims on
   defaulted student loans

```
<TABLE>
<CAPTION>
```

|  | INITIAL CLASS | INTEREST RATE | FINAL MATURITY |  |
| DISCOUNTS AND | PROCEEDS TO |  |  |  |
|  | BALANCE | (PER ANNUM) | DATE | PRICE |
| COMMISSIONS(1) | THE TRUST |  |  |  |
| ------------ | --------------- | ---------------- | ----------------- | -------- |

EXHIBIT R
PENGAD 800-631-6989

| <S> | <C> | <C> | <C> | <C> |
|---|---|---|---|---|
| <C> | <C> | | | |
| Class A-1 Notes 0.2100% | $ 285,000,000 99.7900% | One-month LIBOR plus 0.03% | March 25, 2025 | 100.0000% |
| Class A-2 Notes 0.2600% | $ 256,000,000 99.7400% | One-month LIBOR plus 0.14% | December 27, 2027 | 100.0000% |
| Class A-3 Notes 0.3000% | $ 134,000,000 99.7000% | One-month LIBOR plus 0.26% | February 26, 2029 | 100.0000% |
| Class A-4 Notes 0.3200% | $ 200,000,000 99.6800% | One-month LIBOR plus 0.31% | May 25, 2032 | 100.0000% |
| Class A-IO Notes 0.1557% | (2) 28.1461% | 6.35% | February 27, 2012 | 28.3018% |
| Class B Notes 0.3700% | $ 52,000,000 99.6300% | One-month LIBOR plus 0.34% | May 25, 2032 | 100.0000% |
| Class C Notes 0.4100% | $ 51,000,000 99.5900% | One-month LIBOR plus 0.45% | May 25, 2032 | 100.0000% |
| Class D Notes 0.7000% | $ 47,000,000 99.3000% | One-month LIBOR plus 1.10% | May 25, 2032 | 100.0000% |
| Total $1,078,255,680(3) | $1,025,000,000 | | | |

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Initial notional amount equal to $200,000,000.
(3) Before deducting expenses estimated to be $2,000,000 and the structuring advisory fee paid to The First Marblehead Corporation.

   The offered notes are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered notes will be made in book-entry-only form on or about December 7, 2006.

   This prospectus supplement and the accompanying prospectus constitute the Irish prospectus (the "Irish Prospectus") for the purpose of Directive 2003/71/EC (the "Prospectus Directive"). Reference throughout this document to the prospectus supplement and the accompanying prospectus shall be taken to read "Irish Prospectus" for such purpose. Application has been made to the Irish Financial Services Regulatory Authority (the "Financial Regulator in Ireland"), as competent authority under the Prospectus Directive for the Irish Prospectus to be approved. THE APPROVAL RELATES ONLY TO THE OFFERED NOTES WHICH ARE TO BE ADMITTED TO TRADING ON THE REGULATED MARKET OF THE IRISH STOCK EXCHANGE LIMITED (THE "IRISH STOCK EXCHANGE"). Application has been made to the Irish Stock Exchange for the offered notes to be admitted to the Official List and to trading on its regulated market. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered notes is not conditioned on the listing of the offered notes on the Irish Stock Exchange.

   NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY OTHER FEDERAL REGULATORY AUTHORITY OR STATE SECURITIES COMMISSION HAS APPROVED OR RECOMMENDED THE SECURITIES DESCRIBED IN THIS PROSPECTUS SUPPLEMENT OR DETERMINED IF THIS PROSPECTUS SUPPLEMENT IS TRUTHFUL OR COMPLETE. NO SECURITIES COMMISSION OR REGULATORY AUTHORITY HAS REVIEWED THE ACCURACY OR ADEQUACY OF THIS PROSPECTUS SUPPLEMENT. ANY REPRESENTATION TO THE CONTRARY IS

A CRIMINAL OFFENSE.

| GOLDMAN, SACHS & CO. | JPMORGAN | RBS GREENWICH CAPITAL |
|---|---|---|
| Joint Book-Runner | Joint Book-Runner | Joint Book-Runner |

December 5, 2006

```
<TABLE>
<CAPTION>
           Distribution of the Trust Student Loans by Borrower State
                          (as of September 30, 2006)

                                                       Percentage of Trust Student
                                                      Loans by Outstanding Principal
State                 Number of Loans    Outstanding Principal        Balance
                                              Balance
------------------    ---------------    ---------------------    ---------------------
<S>                         <C>                   <C>                      <C>
Alabama                         603          $7,274,669                   1.4%
Alaska                           37            $573,387                   0.1%
Arizona                         548          $7,812,422                   1.5%
Arkansas                        494          $5,435,193                   1.1%
California                    2,339         $39,330,371                   7.7%
Colorado                        570          $7,780,538                   1.5%
Connecticut                     383          $5,958,032                   1.2%
Delaware                        116          $1,615,918                   0.3%
District of Columbia             59            $913,754                   0.2%
Florida                       1,781         $25,269,833                   5.0%
Georgia                       1,065         $13,455,798                   2.6%
Hawaii                           93          $1,295,392                   0.3%
Idaho                           137          $1,509,737                   0.3%
Illinois                      2,189         $28,632,101                   5.6%
Indiana                       1,321         $14,554,275                   2.9%
Iowa                            326          $3,767,160                   0.7%
Kansas                          351          $3,866,926                   0.8%
Kentucky                        550          $5,788,417                   1.1%
Louisiana                       704          $7,723,091                   1.5%
Maine                           223          $2,474,019                   0.5%
Maryland                        614          $8,383,435                   1.6%
Massachusetts                   868         $12,121,588                   2.4%
Michigan                      2,871         $33,957,004                   6.7%
Minnesota                       589          $6,821,978                   1.3%
Mississippi                     317          $3,688,528                   0.7%
Missouri                        699          $8,728,115                   1.7%
Montana                         110          $1,312,515                   0.3%
Nebraska                        186          $2,027,391                   0.4%
Nevada                          170          $2,762,688                   0.5%
New Hampshire                   139          $2,062,082                   0.4%
New Jersey                      914         $13,423,527                   2.6%
New Mexico                      127          $1,584,446                   0.3%
New York                      2,977         $37,549,021                   7.4%
North Carolina                  770          $9,388,753                   1.8%
North Dakota                     58            $568,873                   0.1%
Ohio                          3,428         $39,841,355                   7.8%
Oklahoma                        579          $6,330,107                   1.2%
Oregon                          383          $5,339,532                   1.0%
```

```
Pennsylvania                             2,863         $30,923,006      6.1%
Rhode Island                               138          $1,672,564      0.3%
South Carolina                             466          $5,566,742      1.1%
South Dakota                                95            $973,913      0.2%
Tennessee                                  577          $6,927,475      1.4%
Texas                                    3,448         $42,777,470      8.4%

</TABLE>

                                          S-44
<PAGE>
            Distribution of the Trust Student Loans by Borrower State
                              (as of September 30, 2006)
                                      (continued)
Utah                           168       $2,263,449                     0.4%
Vermont                         39         $500,665                     0.1%
Virginia                       813      $11,023,146                     2.2%
Washington                     555       $7,746,645                     1.5%
West Virginia                  328       $3,750,148                     0.7%
Wisconsin                    1,152      $12,358,401                     2.4%
Wyoming                         50         $709,572                     0.1%
Other*                         107       $1,979,987                     0.4%
                           -------     ------------                  --------
Total                       40,487     $510,095,149                   100.0%
                           =======     ============                  ========
* Other includes Armed Forces Africa, U.S. Territories (Guam, Puerto Rico and
the Virgin Islands) and others not located in the United States.
```