424B5 1 ncslt20072-ps_061207.htm

[THE FIRST MARBLEHEAD CORPORATION LOGO]

PROSPECTUS SUPPLEMENT
(To Prospectus dated June 12, 2007)

# $1,041,000,000
## The National Collegiate Student Loan Trust 2007-2
### Issuing Entity

### The National Collegiate Funding LLC
### Depositor and Sponsor

### Student Loan Asset Backed Notes

## Securities Offered

- Classes of notes listed in the table below

## Assets

- Private student loans guaranteed by The Education Resources Institute, Inc.

## Credit Enhancement

- Excess interest on the student loans
- Subordination of the class B notes, class C notes and class D notes to the class A notes, subordination of the class C notes and class D notes to the class B notes and subordination of the class D notes to the class C notes, each to the extent more fully described in this prospectus supplement
- Reserve account
- The Education Resources Institute, Inc. guaranty on the student loans together with certain guaranty fees pledged to secure payments of claims on defaulted student loans

---

You should carefully consider the risk factors beginning on page S-13.

The notes offered hereby represent obligations of the issuing entity only and do not represent an interest in or obligations of the sponsor, the depositor, The First Marblehead Corporation, The Education Resources Institute, Inc., the originators, the servicers or any of their affiliates.

The notes are not guaranteed or insured by the United States or any governmental agency.

Distributions on the notes will be made on the 25th calendar day of each month or if the 25th is not a business day, the next business day. The first distribution date for the notes is August 27, 2007.

---

|  | Initial Class Balance | Interest Rate (per annum) | Final Maturity Date | Price | Discounts and Commissions(1) | Proceeds to the Trust |
|---|---|---|---|---|---|---|
| Class A-1 Notes | $268,016,000 | One-month LIBOR plus 0.040% | January 27, 2025 | 100.000% | 0.200% | 99.800% |



EXHIBIT T

| Class | Principal Amount | Interest Rate | Maturity | Price to Public | Underwriting Discount | Proceeds |
|---|---|---|---|---|---|---|
| Class A-2 Notes | $308,734,000 | One-month LIBOR plus 0.130% | June 26, 2028 | 100.000% | 0.250% | 99.750% |
| Class A-3 Notes | $ 94,225,000 | One-month LIBOR plus 0.230% | March 26, 2029 | 100.000% | 0.300% | 99.700% |
| Class A-4 Notes | $213,875,000 | One-month LIBOR plus 0.290% | January 25, 2033 | 100.000% | 0.310% | 99.690% |
| Class A-IO Notes | (2) | 6.70% | July 25, 2012 | 29.1120% | 0.1456% | 28.9664% |
| Class B Notes | $ 31,230,000 | One-month LIBOR plus 0.390% | January 25, 2033 | 100.000% | 0.360% | 99.640% |
| Class C Notes | $ 62,460,000 | One-month LIBOR plus 0.650% | January 25, 2033 | 100.000% | 0.410% | 99.590% |
| Class D Notes | $ 62,460,000 | One-month LIBOR plus 1.350% | January 25, 2033 | 100.000% | 0.650% | 99.350% |
| Total | $1,041,000,000 | | | | | $1,099,923,915(3) |

(1) Subject to indemnification and expense reimbursement arrangements with the underwriters.
(2) Initial notional amount equal to $213,875,000.
(3) Before deducting expenses estimated to be $1,750,000 and the structuring advisory fee paid to The First Marblehead Corporation.

The offered notes are offered by the underwriters named below, subject to prior sale, when, as and if accepted by the underwriters, subject to approval of certain legal matters by counsel for the underwriters. The underwriters reserve the right to withdraw, cancel or modify the offer and to reject orders in whole or in part. It is expected that delivery of the offered notes will be made in book-entry-only form on or about June 14, 2007.

This prospectus supplement and the accompanying prospectus constitute the Irish prospectus (the "Irish Prospectus") for the purpose of Directive 2003/71/EC (the "Prospectus Directive"). Reference throughout this document to the prospectus supplement and the accompanying prospectus shall be taken to read "Irish Prospectus" for such purpose. Application has been made to the Irish Financial Services Regulatory Authority (the "Financial Regulator in Ireland"), as competent authority under the Prospectus Directive for the Irish Prospectus to be approved. **The approval relates only to the offered notes which are to be admitted to trading on the regulated market of The Irish Stock Exchange Limited (the "Irish Stock Exchange").**Application has been made to the Irish Stock Exchange for the offered notes to be admitted to the Official List and to trading on its regulated market. There can be no assurance that this listing will be obtained. The issuance and settlement of the offered notes is not conditioned on the listing of the offered notes on the Irish Stock Exchange.

Neither the Securities and Exchange Commission nor any other federal regulatory authority or state securities commission has approved or recommended the securities described in this prospectus supplement or determined if this prospectus supplement is truthful or complete. No securities commission or regulatory authority has reviewed the accuracy or adequacy of this prospectus supplement. Any representation to the contrary is a criminal offense.

**Goldman, Sachs & Co.**
Joint Book-Runner

**Credit Suisse**
Joint Book-Runner

**Banc of America Securities LLC**

JPMorgan

June 12, 2007

## Distribution of the Trust Student Loans by Borrower State
(as of April 30, 2007)

| State | Number of Loans | Outstanding Principal Balance | Percentage of Trust Student Loans by Outstanding Principal Balance |
|---|---|---|---|
| Alabama | 726 | $8,167,282 | 1.3% |
| Alaska | 43 | $614,781 | 0.1% |
| Arizona | 728 | $9,897,910 | 1.6% |
| Arkansas | 577 | $6,313,799 | 1.0% |
| California | 3,242 | $52,629,697 | 8.4% |
| Colorado | 725 | $9,592,351 | 1.5% |
| Connecticut | 541 | $6,848,864 | 1.1% |
| Delaware | 136 | $1,646,722 | 0.3% |
| District of Columbia | 67 | $817,445 | 0.1% |
| Florida | 2,208 | $32,101,816 | 5.1% |
| Georgia | 1,467 | $17,869,018 | 2.9% |
| Hawaii | 136 | $2,253,058 | 0.4% |
| Idaho | 185 | $2,436,299 | 0.4% |
| Illinois | 2,593 | $30,978,469 | 5.0% |
| Indiana | 1,537 | $16,032,912 | 2.6% |
| Iowa | 393 | $4,003,109 | 0.6% |
| Kansas | 437 | $4,885,103 | 0.8% |
| Kentucky | 723 | $6,870,900 | 1.1% |
| Louisiana | 824 | $9,554,289 | 1.5% |
| Maine | 238 | $2,557,127 | 0.4% |
| Maryland | 786 | $10,294,159 | 1.7% |
| Massachusetts | 1,598 | $19,010,176 | 3.0% |
| Michigan | 3,430 | $36,586,049 | 5.9% |
| Minnesota | 714 | $7,447,978 | 1.2% |
| Mississippi | 391 | $5,292,312 | 0.8% |
| Missouri | 813 | $9,427,839 | 1.5% |
| Montana | 118 | $1,353,222 | 0.2% |
| Nebraska | 220 | $2,377,617 | 0.4% |
| Nevada | 261 | $4,479,127 | 0.7% |
| New Hampshire | 392 | $4,454,337 | 0.7% |
| New Jersey | 1,125 | $15,175,393 | 2.4% |
| New Mexico | 212 | $2,900,623 | 0.5% |
| New York | 3,950 | $42,449,751 | 6.8% |
| North Carolina | 982 | $11,738,837 | 1.9% |
| North Dakota | 81 | $789,608 | 0.1% |
| Ohio | 4,894 | $50,256,855 | 8.1% |
| Oklahoma | 712 | $7,645,149 | 1.2% |
| Oregon | 394 | $5,351,166 | 0.9% |
| Pennsylvania | 5,632 | $52,206,876 | 8.4% |
| Rhode Island | 327 | $3,344,556 | 0.5% |
| South Carolina | 530 | $6,141,582 | 1.0% |
| South Dakota | 90 | $1,028,725 | 0.2% |
| Tennessee | 737 | $8,572,620 | 1.4% |
| Texas | 3,774 | $44,776,200 | 7.2% |
| Utah | 238 | $3,450,624 | 0.6% |
| Vermont | 76 | $762,371 | 0.1% |
| Virginia | 986 | $11,332,645 | 1.8% |
| Washington | 619 | $8,398,304 | 1.3% |
| West Virginia | 437 | $4,307,503 | 0.7% |
| Wisconsin | 1,028 | $10,724,730 | 1.7% |
| Wyoming | 53 | $832,167 | 0.1% |
| Other* | 273 | $4,654,943 | 0.7% |
| Total | 53,399 | $623,634,991 | 100.0% |

\* Other includes Armed Forces Africa, U.S. Territories (Guam, Puerto Rico and the Virgin Islands) and others not located in the United States.

Case 1:16-cv-00229-JDL   Document 202-20   Filed 06/14/17   Page 4 of 4   PageID #: 1802