# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

---

JANE C. FORRESTER WINNE, et al.,   CIVIL ACTION

       Plaintiffs        Docket No: 1:16-cv-229-JDL

-versus-

NATIONAL COLLEGIATE STUDENT

LOAN TRUSTS, et al.,

       Defendants

---

Transcript of Proceedings

Pursuant to notice, the above-entitled matter came on for **Oral Argument** held before **THE HONORABLE JON D. LEVY**, United States District Court Judge, in the United States District Court, Edward T. Gignoux Courthouse, 156 Federal Street, Portland, Maine on the 1st day of August, 2017 at 10:00 a.m. as follows:

(Appearances on next page)

Dennis R. Ford
Official Court Reporter

(Prepared from manual stenography
and computer aided transcription)

Appearances:

For the Plaintiffs:   Cynthia A. Dill, Esquire

For Defendant National Collegiate Trusts:

        Michael D. Alltmont, Esquire

        Bryan C. Shartle, Esquire

For Defendant Turnstile Capital:

        Adam J. Shub, Esquire

For Defendant U.S. Bank:

        John J. Aromando, Esquire

For Defendant Wilmington Trust:

        Roy Arnold, Esquire

        Rebecca G. Klotzle, Esquire

For Defendant First Marblehead:

        Amanda R. Lawrence, Esquire

        John W. Van Lonkhuyzen, Esquire

1   Marblehead to make their arguments about not having
2   notice, but with all due respect, when I noticed the
3   deposition, I had no idea that Transworld Systems was
4   going to appear as the 30(b)(6) representative of the
5   trusts.  It was a surprise to me.
6           THE COURT:  Putting aside for the moment the
7   question of whether I should -- whether it's
8   permissible under Rule 32, and I'll just tell you right
9   now that I'm -- first I want to hear from the
10  defendants -- but I lean toward the view that I am
11  permitted to consider the deposition.  My question to
12  you is why does it matter?
13          MS. DILL:  Well, I think it matters because
14  Transworld System knows that the plaintiffs' theory of
15  the case is that TERI purchased these loans and
16  therefore the trusts don't own them and therefore the
17  lawsuits are fraudulent, and nonetheless, when the
18  representative who's called to give information about
19  that has no idea, really has no idea whether TERI
20  purchased the loans.
21       Here's somebody who has no legal training who says
22  well, I know TERI didn't purchase the loans because I
23  looked at the docket and because some guys at First
24  Marblehead told me.
25          THE COURT:  Okay.  So is it your view that the