2643815

08/30/17                                            Transworld Systems Inc. EDGV1 (EDGV1)
                                        PAGE 1
    9:51 AM  1SO                                              SELECTED

--------------------------------------------------------------------------------
------------------------------------------------
STATUS              Acct: 5806   Disposition:9999 INACTIVE
Wait: 10/31/15

DEBTOR              Name:KIEF GINGER R                       Ssn: 8780   Cbr:
Ph:
                    Adr1:                     POE:                       Lgl:    POE
Ph: B
                    City:HANCOCK              Cty:                       Canc:01
Born: /1985
                     St: ME  Zip:04640         St:    Zip:               COF:
Sal:

                    Clnt:NCO001 NATIONAL COLLEGIATE TRUST, HORSHAM PA,
     8780-002-PHEA     Org:    3547.16
                    List:11/07/14 Srv:03/22/14 Ltrs:1   Time:0   Calls:0   Con:0
Bal:     0.00

MULTIPLE ACCOUNTS
RM# Acct      Name / Client      Chk# / Lst   Srv     Lpy   Col Disp      Bal
Check Reason          Drivers License #
     PRN      INT       LI3       LI4     AIN      CC     ATY     MS1    PJI
1   63605806* KIEF,GINGER R

     8780-002-PHEA/NCO001/NATIO  11/07/14 03/22/14         Returned      0.00
     0.00      0.00      0.00      0.00     0.00     0.00     0.00     0.00   0.00
2   63605805* KIEF,GINGER R

     8780-001-PHEA/NCO001/NATIO  11/07/14 03/22/14         Returned      0.00
     0.00      0.00      0.00      0.00     0.00     0.00     0.00     0.00   0.00


PAYMENTS No payments.


NOTES                      pac 11/07/14  9:13  PRIN =       3545.00  INT =
  2.16
                           pac 11/07/14  9:13  CURRENT: 11/03/2014
                           pac 11/07/14  9:13  HEADER DATE: 11/03/2014
                           pac 11/07/14  9:13  FULL DEBTOR NAME: KIEF/GINGER
                           pac 11/07/14  9:13  R
                           pac 11/07/14  9:13  LAST PAY DATE: 04/08/2014

```
                        2643815
        pac 11/07/14  9:13  LAST PAY AMOUNT: 25.00
        pac 11/07/14  9:13  FORBEARANCE REMAINING: 0012
        pac 11/07/14  9:13  INITIAL PAYMENT AMOUNT: 175.00
        pac 11/07/14  9:13  LOAN TYPE: UNGRAD
        pac 11/07/14  9:13  TFSI FLAG: N
        pac 11/07/14  9:13  GUARANTOR: I00002
        pac 11/07/14  9:13  EMAIL: ██████████████
        pac 11/07/14  9:13  REPAY TERMS: 175
        pac 11/07/14  9:13  PAYOFF DATE: 05/22/2029
        pac 11/07/14  9:13  MONTHLY PAY AMOUNT: 25.00
        pac 11/07/14  9:13  BOND ISSUE: NCT20063
        pac 11/07/14  9:13  REHAB FLAG: N
        pac 11/07/14  9:13  HOLDER CODE: 122962
        pac 11/07/14  9:13  AES INTERNAL: COLAGY122962UN00
        pac 11/07/14  9:13  01
        pac 11/07/14  9:13  ORIGINAL SCHOOL NAME: UNIVERSI
        pac 11/07/14  9:13  TY OF MAINE - MACHIAS
        pac 11/07/14  9:13  CURRENT BILL TYPE: P
        pac 11/07/14  9:13  REPAYMENT SCHEDULE TYPE: L
        pac 11/07/14  9:13  NEXT PAYMENT DUE DATE: 10/22/2
        pac 11/07/14  9:13  014
        pac 11/07/14  9:13  NEXT PAYMENT DUE AMOUNT: 25.00
        pac 11/07/14  9:13  ORIGINAL LENDER NAME: BANK OF
        pac 11/07/14  9:13  AMERICA
```

〖

08/30/17                                Transworld Systems Inc. EDGV1 (EDGV1)
                            PAGE 2

  9:51 AM  1SO                                       SELECTED
```
        pac 11/07/14  9:13  ORIGINAL LENDER CODE: 801871UG
        pac 11/07/14  9:13  BASE INTEREST RATE: 0.160
        pac 11/07/14  9:13  MARGIN INTEREST RATE: 3.550
        pac 11/07/14  9:13  MGRS TIME REMAINING: 0
        pac 11/07/14  9:13  MGRS APP IN PROCESS: N
        pac 11/07/14  9:13  FORB APP IN PROCESS: N
        pac 11/07/14  9:13  COMMONLINE ID: 824421000003253
        pac 11/07/14  9:13  58
        pac 11/07/14  9:13  COMMONLINE SEQ NUM: 01
        pac 11/07/14  9:13  INTEREST RATE TYPE CODE: V2
        pac 11/07/14  9:13  ORIGINAL SCHOOL CODE: 00205500
        pac 11/07/14  9:13  ENHANCED BILL TYPE IND: DP
        pac 11/07/14  9:13  TOTAL AMOUNT BILLED: 25.00
        pac 11/07/14  9:13  DISBURSEMENT AMOUNT: 2500
        pac 11/07/14  9:13  VALID ADDRESS: Y
        pac 11/07/14  9:13  CM1 VALID ADDRESS IND: Y
        pac 11/07/14  9:13  CURRENT SCHOOL CODE: 00204300
        pac 11/07/14  9:13  SERVICING REGION: PA
        pac 11/07/14  9:13  REPAY START DATE: 11/04/2011
        pac 11/07/14  9:13  INTEREST PER DIEM: 0.35
```

```
                              2643815
              pac 11/07/14  9:13  LAST CONTACT DATE: 08/22/2011
              pac 11/07/14  9:13  VARIABLE RATE TYPE: LIBOR QUAR
              pac 11/07/14  9:13  TERLY
              pac 11/07/14  9:13  AES TIER: P01
              pac 11/07/14  9:13  ORIGINAL PROGRAM YEAR: 200506
              pac 11/07/14  9:13  MAX TERM PER PROM NOTE: 0240
              pac 11/07/14  9:13  MIN PAYMENT PER PROM NOTE: 25.
              pac 11/07/14  9:13  00
              pac 11/07/14  9:13  LATE FEES: 000875
              pac 11/07/14  9:13  SEGMENTATION RANKING: 79
              pac 11/07/14  9:13  PREV SEGMENTATION RANKING: 000
              pac 11/07/14  9:13  MOVE UP UNIT: PD3
              pac 11/07/14  9:13  MOVE UP DATE: 07/21/2014
              pac 11/07/14  9:13  MOVE UP BALANCE: 3508.04
              pac 11/07/14  9:13  PREVIOUS TIER LEVEL: 2
              pac 11/07/14  9:13  CLAIMS SUBMIT DATE: 10/10/2014
              pac 11/07/14  9:13  CLAIMS SUBMIT INTEREST: 58.81
              pac 11/07/14  9:13  CLAIMS SUBMIT PRINCIPAL: 3471.
              pac 11/07/14  9:13  03
              pac 11/07/14  9:13  PRE CLAIM MASTER: 689561
              pac 11/07/14  9:13  SERVICER CHARGE OFF PRI: 3471.
              pac 11/07/14  9:13  SERVICER CHARGE OFF INT: 73.97
              pac 11/07/14  9:13  SOL DATE : 03/22/20
              pac 11/07/14  9:13  SOL DT CO-MAKER 01: 03/22/2020
              pac 11/07/14  9:13  NCO PRINCIPAL BAL: 3545.00
              pac 11/07/14  9:13  NCO INTEREST BAL: 2.16
              pac 11/07/14  9:13  NCO COST BAL: 0.00
              pac 11/07/14  9:13  NCO CKCHG/FEE BAL: 0.00
              pac 11/07/14  9:13  NCO OTHER BAL: 0.00
              pac 11/07/14  9:13  NCO INTEREST%: 3.71
```

```
              pac 11/07/14  9:13  NCO TOTAL BALANCE: 3547.16
              pac 11/07/14  9:13  Interest Rate: 3.71
              pac 11/07/14  9:13  MasterAccount: 0000695141
              pac 11/07/14  9:13  DebtorMailReturn: N
              pac 11/07/14  9:13  PlacementLevel: ASLMSA
              pac 11/07/14  9:13  CurrentLenderId: 777063
              pac 11/07/14  9:13  CurrentLenderName: NATIONAL
COLLEGIATE STUDENT LOAN TRUST 2
              pac 11/07/14  9:13  ServicerId: 2
              pac 11/07/14  9:13  ServicerName: PHEA
              pac 11/07/14  9:13  DisbursementAmount:        3545.00
              pac 11/07/14  9:15  NB Approval Route Tied to 63605805 by
Dbt SSN
              pac 11/07/14  9:15  New Account Received 63605806.  Tied
```

                                        2643815
by Dbt SSN 63605805
                      pac 11/07/14  9:15   Created a Link request using Service
Type L26AHCO et LNCSGN
                      pac 11/07/14  9:15   index 984524935 (A-63605806)
                      pac 11/07/14  9:15   Updated udw 546,5 with 11/07/2014 et
LNCSGN index 984524936
                      pac 11/07/14  9:15   (A-63605806)
                      pac 11/07/14  9:15   LN (L26ADD) Created skiptrace request
for 'debtor' window 2
                      pac 11/07/14  9:15   (TID #581915940).
                      pac 11/07/14  9:15   LN (L26AHCO) Created skiptrace
request for 'CO-MAKER'
                      pac 11/07/14  9:15   window 21 (TID #581915957).
                      pac 11/07/14  9:15   LN (L26AHCO) Created skiptrace
request for 'CO-MAKER'
                      pac 11/07/14  9:15   window 21 (TID #581915958).
                      pac 11/07/14 10:06   Phone Num:      3484 tp909
                      pac 11/07/14 10:06   Consent: Can use a dialer tp909
                      pac 11/07/14 10:06   Owner: Co-debtor tp909
                      pac 11/07/14 10:06   Location: Home tp909
                      pac 11/07/14 10:06   Switch Type: Unknown tp909
                      pac 11/07/14 10:06   Phone Num:      3484 tp909
                      pac 11/07/14 10:06   Consent: Can use a dialer tp909
                      pac 11/07/14 10:06   Owner: Co-debtor tp909
                      pac 11/07/14 10:06   Location: Home tp909
                      pac 11/07/14 10:06   Switch Type: Unknown tp909
                      pac 11/07/14 10:58   References phone flag changed from
to C
                      pac 11/07/14 10:58   UPD Ref 6 PHN FLG   TO C
                      pac 11/07/14 10:58   LN (L26ADD) Received skiptrace
results for 'debtor' window
                      pac 11/07/14 10:58   2 (TID #581915940).
                      pac 11/07/14 10:58   Account active in daily Bankruptcy,
Deceased, and Phone
                      pac 11/07/14 10:58   warehouse et LNADDR index 984560013
                      pac 11/07/14 10:58   lr #6808 et LR6808 index 984560014 1
                      pac 11/07/14 10:58   lr #6809 et LR6809 index 984560019 5
                      pac 11/07/14 10:58   ***LETTER 6809 (COSIGNER PL95) SENT
ON THIS LOAN*** et
                      pac 11/07/14 10:58   LR6809 index 984560020
                      pac 11/07/14 10:58   Updated udw 887,14 with 11/07/2014 et
LR6809 index
                      pac 11/07/14 10:58   984560021 (A-63605805)
                      pac 11/07/14 10:58   Updated udw 887,10 with 11/07/2014 et
LRPL95 index
                      pac 11/07/14 10:58   984560022 (R-63605805)
                      pac 11/07/14 10:58   Updated udw 887,10 with 11/07/2014 et
LRPL95 index

```
                         2643815
              pac 11/07/14 10:58  984560023 (R-63605805)
              pac 11/07/14 11:17  LN (L26AHCO) Received skiptrace
results for 'CO-MAKER'
              pac 11/07/14 11:17  window 21 (TID #581915957).
▯
   08/30/17                        Transworld Systems Inc. EDGV1 (EDGV1)
                          PAGE 4
   9:51 AM  1SO                              SELECTED
              pac 11/07/14 11:17  Updated udw 546,6 with 11/07/2014 et
LNCOADD index
              pac 11/07/14 11:17  984561681 (A-63605805)
              pac 11/07/14 11:17  Cosigner Account active in daily
Bankruptcy, Deceased, and
              pac 11/07/14 11:17  Phone et LNCOADD index 984561682
              pac 11/07/14 11:17  Updated udw 540,2 with 11/07/2014 et
LNCOADD index
              pac 11/07/14 11:17  984561683 (S-63605805)
              pac 11/07/14 11:17  LN (L26AHCO) Received skiptrace
results for 'CO-MAKER'
              pac 11/07/14 11:17  window 21 (TID #581915958).
              V1B 11/07/14 12:57P ls #6808
              V1B 11/07/14 12:57P Updated udw 604,5 with lb BLANK et
PCW100 index 984569768
              V1B 11/07/14 12:57P (R-63605805)
              V1B 11/07/14 12:57P Updated udw 604,5 with lb BLANK et
PCW100 index 984569769
              V1B 11/07/14 12:57P (R-63605805)
              V1B 11/07/14 12:57P Updated udw 604,5 with lb pcW100 et
PCW100 index 984569770
              V1B 11/07/14 12:57P (R-63605805)
              V1B 11/07/14 12:57P Updated udw 604,5 with lb pcW100 et
PCW100 index 984569771
              V1B 11/07/14 12:57P Updated udw 604,16 with 11/07/2014 et
PCW100 index
              V1B 11/07/14 12:57P 984569772 (R-63605805)
              V1B 11/07/14 12:57P Updated udw 604,16 with 11/07/2014 et
PCW100 index
              V1B 11/07/14 12:57P 984569773 (R-63605805)
              V1B 11/07/14 12:57P 2999 LTR SERIES COMPLETE et ROLL6808
index 984569774
              V1B 11/07/14 12:57P ***LETTER 6808 (PL95) SENT ON SEED
ACCOUNT*** et ROLL6808
              V1B 11/07/14 12:57P index 984569775
              V1B 11/07/14 12:57P ***LETTER 6808 (PL95) SENT ON SEED
ACCOUNT*** et ROLL6808
              V1B 11/07/14 12:57P index 984569776
              V1B 11/07/14 12:58P 3000 BEGIN REG COLLECT sys
              P2E 11/07/14  3:42P SEG Flag updated to R by TU tape 4501
```

```
                          2643815
         P2E 11/07/14  3:42P SEG Flag updated to R by TU tape 4501
         V1B 11/07/14  3:55P References phone flag changed from
to C
         V1B 11/07/14  3:55P DRPF updated from  to C by CELL FILE.
         433 11/07/14  4:54P 3TUI TRANS UNION REQUEST
         433 11/07/14  5:08P 3TUI TRANS UNION REQUEST
         V1B 11/07/14  5:08P DU60535 updated from  to C by CELL
FILE.
         V1B 11/07/14  5:08P DU60535 updated from  to C by CELL
FILE.
         433 11/07/14  5:25P Transferred from WNN to 19W
         V1B 11/07/14  6:45P Debtor phone flag changed from   to C
         V1B 11/07/14  6:45P Udw 995-25 phone flag changed from
to C
         V1B 11/07/14  6:45P DU60517 updated from  to C by CELL
FILE.
         V1B 11/07/14  6:45P Debtor phone flag changed from   to C
         V1B 11/07/14  6:45P DU60517 updated from  to C by CELL
FILE.
         V1B 11/07/14  8:06P ls #6809
         V1B 11/07/14  8:06P Updated udw 604,5 with lb BLANK et
PCW100 index 985469945
         V1B 11/07/14  8:06P (R-63605805)
         V1B 11/07/14  8:06P Updated udw 604,5 with lb BLANK et
PCW100 index 985469946
         V1B 11/07/14  8:06P (R-63605805)
         V1B 11/07/14  8:06P Updated udw 604,5 with lb pcW100 et
PCW100 index 985469947
         V1B 11/07/14  8:06P Updated udw 604,5 with lb pcW100 et
PCW100 index 985469948
         V1B 11/07/14  8:06P Updated udw 604,16 with 11/07/2014 et
PCW100 index
         V1B 11/07/14  8:06P 985469949 (R-63605805)
         V1B 11/07/14  8:06P Updated udw 604,16 with 11/07/2014 et
PCW100 index
▯
  08/30/17                        Transworld Systems Inc. EDGV1 (EDGV1)
                        PAGE 5
   9:51 AM  1SO                          SELECTED
         V1B 11/07/14  8:06P 985469950 (R-63605805)
         V1B 11/07/14  9:41P Set DU57301 to ████-5777
         V1B 11/07/14  9:41P Set DU57303 to ████-8925
         V1B 11/07/14  9:41P Set DU57305 to ████-5779
         V1B 11/07/14  9:41P Set DU57307 to ████-1576
         V1B 11/07/14  9:41P Set DU57401 to ████-5124
         V1B 11/07/14  9:41P Set DU57309 to ████-5521
         V1B 11/07/14 11:24P enDI LIMISS changed DSLTRS from 0 to
1
```

```
                              2643815
              V1B 11/08/14  5:07  DU25121 updated from  to C by CELL
FILE.
              V1B 11/08/14  5:07  DU25121 updated from  to C by CELL
FILE.
              V1B 11/08/14  6:00  Interest assessed thru 11/08/2014 -
$0.73 added.
              V1B 11/08/14  6:00  Interest assessed thru 11/08/2014 -
$0.36 added.
              V1B 11/08/14  6:28  References phone flag changed from
to C
              V1B 11/08/14  6:28  Udw 573-10 phone flag changed from
to C
              V1B 11/08/14  6:28  DRPF updated from  to C by CELL FILE.
              V1B 11/08/14  6:28  References phone flag changed from
to C
              V1B 11/08/14  6:28  DRPF updated from  to C by CELL FILE.
              V1B 11/08/14  6:29  References phone flag changed from
to C
              V1B 11/08/14  6:29  Udw 573-4 phone flag changed from  to
C
              V1B 11/08/14  6:29  DRPF updated from  to C by CELL FILE.
              V1B 11/09/14  6:47  Interest assessed thru 11/09/2014 -
$0.73 added.
              V1B 11/09/14  6:47  Interest assessed thru 11/09/2014 -
$0.36 added.
              V1B 11/10/14  6:45  Interest assessed thru 11/10/2014 -
$0.73 added.
              V1B 11/10/14  6:45  Interest assessed thru 11/10/2014 -
$0.36 added.
              ZNH 11/10/14  2:08P REV
              V1B 11/10/14  3:25P SEG Flag updated to SS by NB TU SEG
rpt, record sent to
              V1B 11/10/14  3:25P seg. service
              V1B 11/10/14  3:25P SEG Flag updated to SS by NB TU SEG
rpt, record sent to
              V1B 11/10/14  3:25P seg. service
              ZNH 11/10/14  3:38P Account accessed;No activity
              P2E 11/10/14  4:49P TU Credit Report Requested by TAPE
4501
              P2E 11/10/14  4:49P Updated udw 457,12 with 11/10/2014 et
EXCDSP index
              P2E 11/10/14  4:49P 987735215 (S-63605805)
              P2E 11/10/14  4:49P Updated udw 502,8 with 11/10/2014 et
NCTTUR index 987735216
              P2E 11/10/14  4:49P (A-63605805)
              P2E 11/10/14  4:49P COMAKER TU RETURNED et NCTTUR index
987735217
              P2E 11/10/14  4:49P 3TUR AWAITING TU RETURN by TAPE 4501
```

```
                               2643815
              P2E 11/10/14  4:49P 3TUR AWAITING TU RETURN TP 4501
              ZNH 11/10/14  6:40P Account accessed;No activity
              ZNH 11/10/14  8:25P Updated udw 457,12 with 11/10/2014 et
EXCDSP index
              ZNH 11/10/14  8:25P 988107004 (S-63605805)
              ZNH 11/10/14  8:25P 3TUC TU REQUEST CMKR
              V1B 11/11/14  6:18  Interest assessed thru 11/11/2014 -
$0.73 added.
              V1B 11/11/14  6:18  Interest assessed thru 11/11/2014 -
$0.36 added.
              ZNH 11/11/14  2:33P Account accessed;No activity
              ZNH 11/11/14  4:30P Account accessed;No activity
              ZNH 11/11/14  6:14P Account accessed;No activity
              ZNH 11/11/14  7:30P Account accessed;No activity
              P2E 11/11/14  8:12P No TU report; SEG Flag updated to MTR
by TU tape 4500
              P2E 11/11/14  8:12P No TU report; SEG Flag updated to MTR
by TU tape 4500
◌
   08/30/17                     Transworld Systems Inc. EDGV1 (EDGV1)
                        PAGE 6
    9:51 AM  1SO                              SELECTED
              P2E 11/11/14  8:24P TU Credit Report Requested by TAPE
4501
              P2E 11/11/14  8:24P Updated udw 457,12 with 11/11/2014 et
EXCDSP index
              P2E 11/11/14  8:24P 989100111 (S-63605805)
              P2E 11/11/14  8:24P Updated udw 502,8 with 11/11/2014 et
NCTTUR index 989100112
              P2E 11/11/14  8:24P (A-63605805)
              P2E 11/11/14  8:24P COMAKER TU RETURNED et NCTTUR index
989100113
              P2E 11/11/14  8:24P 3TUR AWAITING TU RETURN by TAPE 4501
              P2E 11/11/14  8:24P 3TUR AWAITING TU RETURN TP 4501
              ZNH 11/11/14  8:42P Account accessed;No activity
              V1B 11/12/14  6:36  Interest assessed thru 11/12/2014 -
$0.73 added.
              V1B 11/12/14  6:36  Interest assessed thru 11/12/2014 -
$0.36 added.
              ZNH 11/12/14 11:52  Account accessed;No activity
              V1B 11/12/14  2:40P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
              V1B 11/12/14  2:57P DU69503 updated from  to C by CELL
FILE.
              V1B 11/12/14  4:14P SEG Flag updated to MSS by NB TU SEG
rpt, record sent to
              V1B 11/12/14  4:14P seg. service
              V1B 11/12/14  4:14P SEG Flag updated to MSS by NB TU SEG
```

```
                                    2643815
rpt, record sent to
                    V1B 11/12/14  4:14P seg. service
                    V1B 11/12/14  4:30P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 11/12/14  6:04P DU69507 updated from  to C by CELL
FILE.
                    V1B 11/13/14  7:16  Interest assessed thru 11/13/2014 -
$0.73 added.
                    V1B 11/13/14  7:16  Interest assessed thru 11/13/2014 -
$0.36 added.
                    ZPI 11/13/14  8:08  Account accessed;No activity
                    ZNH 11/13/14  8:35  MC        -3518 W2 NA NML
                    ZNH 11/13/14  8:36  MC        -3484 W21 NIS
                    ZNH 11/13/14  8:36  Co phone flag changed from  to B
                    ZNH 11/13/14  8:36  Co phone flag changed from  to B
                    ZNH 11/13/14  8:37  MC        -5777 W573 NA NML
                    ZNH 11/13/14  8:38  MC        -8925 W573 NA NML
                    ZNH 11/13/14  8:40  MC        5779 W573 NA NML
                    ZNH 11/13/14  8:40  3TUR AWAITING TU RETURN
                    ZNH 11/13/14  8:40  Telephone contact attempted today.
                    ZNH 11/13/14  8:40  Updated udw 604,5 with lb BLANK et
PCW118 index 990345351
                    ZNH 11/13/14  8:40  (R-63605805)
                    ZNH 11/13/14  8:40  Updated udw 604,5 with lb BLANK et
PCW118 index 990345352
                    ZNH 11/13/14  8:40  (R-63605805)
                    ZNH 11/13/14  8:40  Updated udw 604,5 with lb pcW118 et
PCW118 index 990345353
                    ZNH 11/13/14  8:40  Updated udw 604,5 with lb pcW118 et
PCW118 index 990345354
                    ZNH 11/13/14  8:40  Updated udw 604,16 with 11/13/2014 et
PCW118 index
                    ZNH 11/13/14  8:40  990345355 (R-63605805)
                    ZNH 11/13/14  8:40  Updated udw 604,16 with 11/13/2014 et
PCW118 index
                    ZNH 11/13/14  8:40  990345356 (R-63605805)
                    ZNH 11/13/14  9:18  Account accessed;No activity
                    V1B 11/14/14  7:31  Interest assessed thru 11/14/2014 -
$0.73 added.
                    V1B 11/14/14  7:31  Interest assessed thru 11/14/2014 -
$0.36 added.
                    P2E 11/14/14 12:29P TU Credit Report Returned, processed
by TAPE 4500
                    P2E 11/14/14  1:24P TU PHONE   UPDATED IN WINDOW 876 et
TUPHN index 991223892
                    P2E 11/14/14  1:24P TU PHONE  UPDATED IN WINDOW 876 et
TUPHN index 991223893
                    P2E 11/14/14  1:24P TU Credit Report Returned, processed
```

2643815

by TAPE 4500

ZNH 11/14/14  5:55P Timed call back 11/14/14 05:56PM -
ZNH
⬚
   08/30/17                           Transworld Systems Inc. EDGV1 (EDGV1)
                              PAGE 7
     9:51 AM  1SO                                   SELECTED
                   ZNH 11/14/14  5:55P 3TUR AWAITING TU RETURN
                   ZNH 11/14/14  5:57P Timed call back 11/14/14 05:58PM -
ZNH
                   ZNH 11/14/14  5:57P 3TUR AWAITING TU RETURN
                   ZNH 11/14/14  5:59P Timed call back 11/14/14 06:00PM -
ZNH
                   ZNH 11/14/14  5:59P 3TUR AWAITING TU RETURN
                   V1B 11/15/14  7:59  Interest assessed thru 11/15/2014 -
$0.73 added.
                   V1B 11/15/14  7:59  Interest assessed thru 11/15/2014 -
$0.36 added.
                   V1B 11/15/14  8:04  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                   V1B 11/15/14  8:04  AUTOMATED SKIP TRACE SEARCH***
                   V1B 11/16/14  8:45  Interest assessed thru 11/16/2014 -
$0.73 added.
                   V1B 11/16/14  8:45  Interest assessed thru 11/16/2014 -
$0.36 added.
                   V1B 11/17/14 10:13  Interest assessed thru 11/17/2014 -
$0.73 added.
                   V1B 11/17/14 10:13  Interest assessed thru 11/17/2014 -
$0.36 added.
                   ZNH 11/17/14  1:23P rev
                   V1B 11/17/14  1:44P Created a Link request using Service
Type TUADD026 et
                   V1B 11/17/14  1:44P TU026GER index 994073367 (A-63605805)
                   V1B 11/17/14  1:44P TU (TUADD026) Created credit-report
request for 'TU
                   V1B 11/17/14  1:44P Triggers' window 2 (TID #583949658).
                   ZNH 11/17/14  6:07P Account accessed;No activity
                   V1B 11/17/14  9:42P POE phone flag changed from  to C
                   V1B 11/17/14  9:42P DBPPF updated from  to C by CELL
FILE.
                   V1B 11/17/14  9:42P POE phone flag changed from  to C
                   V1B 11/17/14  9:42P DBPPF updated from  to C by CELL
FILE.
                   V1B 11/18/14  6:28  Interest assessed thru 11/18/2014 -
$0.73 added.
                   V1B 11/18/14  6:28  Interest assessed thru 11/18/2014 -
$0.36 added.
                   V1B 11/19/14  6:30  Interest assessed thru 11/19/2014 -

                                        2643815
$0.73 added.
                        V1B 11/19/14  6:30  Interest assessed thru 11/19/2014 -
$0.36 added.
                        ZNH 11/19/14  1:43P Account accessed;No activity
                        V1B 11/19/14  1:55P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                        V1B 11/19/14  3:23P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                        ZNH 11/19/14  4:15P MC          3518 W2 NA NML
                        ZNH 11/19/14  4:16P 3TUR AWAITING TU RETURN
                        ZNH 11/19/14  4:16P Telephone contact attempted today.
                        ZNH 11/19/14  4:16P Updated udw 604,5 with lb BLANK et
PCW118 index 995571485
                        ZNH 11/19/14  4:16P (R-63605805)
                        ZNH 11/19/14  4:16P Updated udw 604,5 with lb BLANK et
PCW118 index 995571486
                        ZNH 11/19/14  4:16P (R-63605805)
                        ZNH 11/19/14  4:16P Updated udw 604,5 with lb pcW118 et
PCW118 index 995571487
                        ZNH 11/19/14  4:16P (R-63605805)
                        ZNH 11/19/14  4:16P Updated udw 604,5 with lb pcW118 et
PCW118 index 995571488
                        ZNH 11/19/14  4:16P Updated udw 604,16 with 11/19/2014 et
PCW118 index
                        ZNH 11/19/14  4:16P 995571489 (R-63605805)
                        ZNH 11/19/14  4:16P Updated udw 604,16 with 11/19/2014 et
PCW118 index
                        ZNH 11/19/14  4:16P 995571490 (R-63605805)
                        ZNH 11/19/14  4:16P Work statistic @WRK was updated.
                        V1B 11/20/14  6:27  Interest assessed thru 11/20/2014 -
$0.73 added.
                        V1B 11/20/14  6:27  Interest assessed thru 11/20/2014 -
$0.36 added.
                        V1B 11/21/14  6:35  Interest assessed thru 11/21/2014 -
$0.73 added.
                        V1B 11/21/14  6:35  Interest assessed thru 11/21/2014 -
$0.36 added.
                        V1B 11/22/14  6:08  Interest assessed thru 11/22/2014 -
$0.73 added.
▯
   08/30/17                             Transworld Systems Inc. EDGV1 (EDGV1)
                              PAGE 8
      9:51 AM  1SO                                    SELECTED
                        V1B 11/22/14  6:08  Interest assessed thru 11/22/2014 -
$0.36 added.
                        V1B 11/23/14  7:05  Interest assessed thru 11/23/2014 -
$0.73 added.
                        V1B 11/23/14  7:05  Interest assessed thru 11/23/2014 -

```
                                      2643815
$0.36 added.
                      V1B 11/24/14  6:41  Interest assessed thru 11/24/2014 -
$0.73 added.
                      V1B 11/24/14  6:41  Interest assessed thru 11/24/2014 -
$0.36 added.
                      V1B 11/25/14  7:31  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                      V1B 11/25/14  7:31  AUTOMATED SKIP TRACE SEARCH***
                      V1B 11/25/14  7:31  Interest assessed thru 11/25/2014 -
$0.73 added.
                      V1B 11/25/14  7:31  Interest assessed thru 11/25/2014 -
$0.36 added.
                      ZNH 11/25/14  2:23P Updated udw 457,12 with 11/25/2014 et
EXCDSP index
                      ZNH 11/25/14  2:23P 1000491261 (S-63605805)
                      ZNH 11/25/14  2:23P 3000 BEGIN REG COLLECT
                      V1B 11/26/14  6:26  Interest assessed thru 11/26/2014 -
$0.73 added.
                      V1B 11/26/14  6:26  Interest assessed thru 11/26/2014 -
$0.36 added.
                      V1B 11/26/14 12:18P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                      V1B 11/26/14  2:05P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                      V1B 11/27/14  6:16  Interest assessed thru 11/27/2014 -
$0.73 added.
                      V1B 11/27/14  6:16  Interest assessed thru 11/27/2014 -
$0.36 added.
                      V1B 11/28/14  6:23  Interest assessed thru 11/28/2014 -
$0.73 added.
                      V1B 11/28/14  6:23  Interest assessed thru 11/28/2014 -
$0.36 added.
                      V1B 11/29/14  6:05  Interest assessed thru 11/29/2014 -
$0.73 added.
                      V1B 11/29/14  6:05  Interest assessed thru 11/29/2014 -
$0.36 added.
                      V1B 11/30/14  7:05  Interest assessed thru 11/30/2014 -
$0.73 added.
                      V1B 11/30/14  7:05  Interest assessed thru 11/30/2014 -
$0.36 added.
                      V1B 12/01/14  7:16  Interest assessed thru 12/01/2014 -
$0.73 added.
                      V1B 12/01/14  7:16  Interest assessed thru 12/01/2014 -
$0.36 added.
                      ZNH 12/01/14  4:16P Updated udw 457,12 with 12/01/2014 et
EXCDSP index
                      ZNH 12/01/14  4:16P 1005668455 (S-63605805)
                      ZNH 12/01/14  4:16P 3SAT SATURDAY CALLS
```

```
                                    2643815
                    V1B 12/02/14  6:33   Interest assessed thru 12/02/2014 -
$0.73 added.
                    V1B 12/02/14  6:33   Interest assessed thru 12/02/2014 -
$0.36 added.
                    V1B 12/03/14  6:34   Interest assessed thru 12/03/2014 -
$0.73 added.
                    V1B 12/03/14  6:34   Interest assessed thru 12/03/2014 -
$0.36 added.
                    ZNH 12/03/14  8:57   Account accessed;No activity
                    ZNH 12/03/14  9:48   Account accessed;No activity
                    ZNH 12/03/14 11:32   MC      -3518 W2 NA,CALL DROPPED,OR
PUHU
                    ZNH 12/03/14 11:33   MC      -5777 W573 MRD TT UIM ASKD
FOR COS OR BOR SAID
                    ZNH 12/03/14 11:33   DOESNT KNOW EITHER SAID WRONG NUM
                    ZNH 12/03/14 11:34   Window 573 copied from 63605805.
                    ZNH 12/03/14 11:34   Window 573 field 2 changed from C to
B.
                    ZNH 12/03/14 11:34   Reference phone flag changed from C
to B
                    ZNH 12/03/14 11:35   MC      -8925 W573 NA NML
                    ZNH 12/03/14 11:36   MC      -5779 W573 NA NML
                    ZNH 12/03/14 11:36   MC      -5521 W573 NA NML
                    ZNH 12/03/14 11:38   3SAT SATURDAY CALLS
                    ZNH 12/03/14 11:38   Telephone contact attempted today.
                    ZNH 12/03/14 11:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1007306668
                    ZNH 12/03/14 11:38   (R-63605805)
                    ZNH 12/03/14 11:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1007306669
                    ZNH 12/03/14 11:38   (R-63605805)
⌷
   08/30/17                              Transworld Systems Inc. EDGV1 (EDGV1)
                               PAGE 9
    9:51 AM  1SO                                  SELECTED
                    ZNH 12/03/14 11:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1007306670
                    ZNH 12/03/14 11:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1007306671
                    ZNH 12/03/14 11:38   Updated udw 604,16 with 12/03/2014 et
PCW118 index
                    ZNH 12/03/14 11:38   1007306672 (R-63605805)
                    ZNH 12/03/14 11:38   Updated udw 604,16 with 12/03/2014 et
PCW118 index
                    ZNH 12/03/14 11:38   1007306673 (R-63605805)
                    ZNH 12/03/14 11:38   Work statistic @WRK was updated.
                    V1B 12/03/14  5:27P  ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
```

```
                                     2643815
                    V1B 12/03/14  6:16P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 12/04/14  6:26  Interest assessed thru 12/04/2014 -
$0.73 added.
                    V1B 12/04/14  6:26  Interest assessed thru 12/04/2014 -
$0.36 added.
                    433 12/04/14  3:39P Transferred from 19W to 05W
                    433 12/04/14  4:07P Transferred from 05W to 19W
                    V1B 12/05/14  6:38  Interest assessed thru 12/05/2014 -
$0.73 added.
                    V1B 12/05/14  6:38  Interest assessed thru 12/05/2014 -
$0.36 added.
                    V1B 12/05/14  7:03  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                    V1B 12/05/14  7:03  AUTOMATED SKIP TRACE SEARCH***
                    ZNH 12/05/14  8:57  MC          -3518 W2 NA NML
                    ZNH 12/05/14  9:05  MC          -3216 W2 NA NML
                    ZNH 12/05/14  9:08  MC          -8925 W573 NA NML
                    ZNH 12/05/14  9:11  MC          -5779 W573 MRD TT UIM ASKD
FOR BOR OR COS SAID
                    ZNH 12/05/14  9:11  WRONG NUMBER THANKD E/C
                    ZNH 12/05/14  9:12  3SAT SATURDAY CALLS
                    ZNH 12/05/14  9:12  Telephone contact attempted today.
                    ZNH 12/05/14  9:12  Updated udw 604,5 with lb BLANK et
PCW118 index 1008632304
                    ZNH 12/05/14  9:12  (R-63605805)
                    ZNH 12/05/14  9:12  Updated udw 604,5 with lb BLANK et
PCW118 index 1008632305
                    ZNH 12/05/14  9:12  (R-63605805)
                    ZNH 12/05/14  9:12  Updated udw 604,5 with lb pcW118 et
PCW118 index 1008632306
                    ZNH 12/05/14  9:12  Updated udw 604,5 with lb pcW118 et
PCW118 index 1008632307
                    ZNH 12/05/14  9:12  Updated udw 604,16 with 12/05/2014 et
PCW118 index
                    ZNH 12/05/14  9:12  1008632308 (R-63605805)
                    ZNH 12/05/14  9:12  Updated udw 604,16 with 12/05/2014 et
PCW118 index
                    ZNH 12/05/14  9:12  1008632309 (R-63605805)
                    ZNH 12/05/14  9:12  Work statistic @WRK was updated.
                    V1B 12/06/14  6:03  Interest assessed thru 12/06/2014 -
$0.73 added.
                    V1B 12/06/14  6:03  Interest assessed thru 12/06/2014 -
$0.36 added.
                    V1B 12/07/14  7:14  Interest assessed thru 12/07/2014 -
$0.73 added.
                    V1B 12/07/14  7:14  Interest assessed thru 12/07/2014 -
$0.36 added.
```

```
                                     2643815
                       V1B 12/08/14  6:58   Interest assessed thru 12/08/2014 -
$0.73 added.
                       V1B 12/08/14  6:58   Interest assessed thru 12/08/2014 -
$0.36 added.
                       ZNH 12/08/14  8:29P MC        3518 W2 NA NML
                       ZNH 12/08/14  8:29P ****CORRECTION NIS
                       ZNH 12/08/14  8:29P Debtor phone flag changed from C to B
                       ZNH 12/08/14  8:29P Udw 605-17 phone flag changed from C
to B
                       ZNH 12/08/14  8:29P Udw 995-25 phone flag changed from C
to B
                       ZNH 12/08/14  8:29P Dbt phone# changed from 207-852-3518
C to
                       ZNH 12/08/14  8:29P Debtor phone flag changed from C to B
                       ZNH 12/08/14  8:29P Udw 605-17 phone flag changed from C
to B
                       ZNH 12/08/14  8:29P Dbt phone# changed from       -3518
to
▯
   08/30/17                                  Transworld Systems Inc. EDGV1 (EDGV1)
                              PAGE 10
     9:51 AM  1SO                                    SELECTED
                       ZNH 12/08/14  8:30P MC      -3216 W2 MRD TT UIF ASKD
FOR BOR SAID WRONG
                       ZNH 12/08/14  8:30P NUMBER
                       ZNH 12/08/14  8:30P POE phone flag changed from C to B
                       ZNH 12/08/14  8:30P Udw 605-35 phone flag changed from C
to B
                       ZNH 12/08/14  8:30P POE phone# changed from 207-730-3216
C to   C
                       ZNH 12/08/14  8:30P POE phone# changed from 207-730-3216
C to
                       ZNH 12/08/14  8:30P POE phone flag changed from C to B
                       ZNH 12/08/14  8:31P MC      8925 W573 NA NML
                       ZNH 12/08/14  8:33P MC      -5779 W573 NA NML
                       ZNH 12/08/14  8:33P MC      -1576 W573 NA NML
                       ZNH 12/08/14  8:34P MC      -5521 W573 NA NML
                       ZNH 12/08/14  8:36P MC      -3642 W695 NIS
                       ZNH 12/08/14  8:36P Window 695 field 3 changed from C to
B.
                       ZNH 12/08/14  8:37P MC      -4669 W695 NA NML
                       ZNH 12/08/14  8:38P MC      1220 W695 NA NML
                       ZNH 12/08/14  8:38P MC      -4745 W695 NIS
                       ZNH 12/08/14  8:39P Window 695 field 14 changed from  to
B.
                       ZNH 12/08/14  8:40P 3SAT SATURDAY CALLS
                       ZNH 12/08/14  8:40P Telephone contact attempted today.
                       ZNH 12/08/14  8:40P Updated udw 604,5 with lb BLANK et
```

```
                                         2643815
PCW118 index 1012324611
                    ZNH 12/08/14  8:40P (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb BLANK et
PCW118 index 1012324612
                    ZNH 12/08/14  8:40P (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb pcW118 et
PCW118 index 1012324613
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb pcW118 et
PCW118 index 1012324614
                    ZNH 12/08/14  8:40P Updated udw 604,16 with 12/08/2014 et
PCW118 index
                    ZNH 12/08/14  8:40P 1012324615 (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,16 with 12/08/2014 et
PCW118 index
                    ZNH 12/08/14  8:40P 1012324616 (R-63605805)
                    ZNH 12/08/14  8:40P 3SAT SATURDAY CALLS
                    ZNH 12/08/14  8:40P Telephone contact attempted today.
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb BLANK et
PCW118 index 1012324617
                    ZNH 12/08/14  8:40P (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb BLANK et
PCW118 index 1012324618
                    ZNH 12/08/14  8:40P (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb pcW118 et
PCW118 index 1012324619
                    ZNH 12/08/14  8:40P Updated udw 604,5 with lb pcW118 et
PCW118 index 1012324620
                    ZNH 12/08/14  8:40P Updated udw 604,16 with 12/08/2014 et
PCW118 index
                    ZNH 12/08/14  8:40P 1012324621 (R-63605805)
                    ZNH 12/08/14  8:40P Updated udw 604,16 with 12/08/2014 et
PCW118 index
                    ZNH 12/08/14  8:40P 1012324622 (R-63605805)
                    ZNH 12/08/14  8:40P Work statistic @WRK was updated.
                    ZNH 12/08/14  9:08P Account accessed;No activity
                    V1B 12/09/14  6:34  Interest assessed thru 12/09/2014 -
$0.73 added.
                    V1B 12/09/14  6:34  Interest assessed thru 12/09/2014 -
$0.36 added.
                    ZNH 12/09/14  6:46P Account accessed;No activity
                    V1B 12/10/14  6:30  Interest assessed thru 12/10/2014 -
$0.73 added.
                    V1B 12/10/14  6:30  Interest assessed thru 12/10/2014 -
$0.36 added.
                    V1B 12/10/14  2:37P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                    V1B 12/10/14  4:17P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
```

2643815

⬚

                        V1B 12/11/14  6:21  Interest assessed thru 12/11/2014 -
$0.73 added.
                        V1B 12/11/14  6:21  Interest assessed thru 12/11/2014 -
$0.36 added.
                        ZNH 12/11/14  3:41P Account accessed;No activity
                        V1B 12/12/14  6:19  Interest assessed thru 12/12/2014 -
$0.73 added.
                        V1B 12/12/14  6:19  Interest assessed thru 12/12/2014 -
$0.36 added.
                        ZNH 12/12/14  2:25P MC        8925 W573 MRD TT UIF ASKD
FOR BOR SAID WRONG
                        ZNH 12/12/14  2:25P NUMBER ASKD IF KNOWS BOR SAID NO SAID
WANTS SUP SAID THAT
                        ZNH 12/12/14  2:25P THIS IS 3RD CALL IN 24 HOURS SAID
EVERY PERSON SAYS THEY
                        ZNH 12/12/14  2:25P WILL REMOVE NUM ADVSD TAHT SHE HASNT
HAD CALL FROM THIS
                        ZNH 12/12/14  2:26P OFFICE ADVSD NO CALLS ON THIS SINCE
8TH FML SAID BELIEVES
                        ZNH 12/12/14  2:26P THIS ADVSD WILL STILL GET TO SUP
                        Z27 12/12/14  2:30P Window 573 copied from 63605805.
                        Z27 12/12/14  2:30P Window 573 field 4 changed from C to
!.
                        Z27 12/12/14  2:30P Reference phone flag changed from C
to !
                        Z27 12/12/14  2:30P **SUP CALL**
                        Z27 12/12/14  2:30P TT FEMALE STATED DOESNT WNAT ANYMORE
CALLS, STATED SHE
                        Z27 12/12/14  2:30P DOESNT KNOW BORR BUT GETS CALLS ALL
THE TIME, ADVISED HER
                        Z27 12/12/14  2:31P NUMBER WAS REMOVED AND SHE WILL NOT
BE HEARING FROM TSI
                        Z27 12/12/14  2:31P ANYMORE, NO FURTHER ?'S EC
                        Z27 12/12/14  2:28P Account accessed;No activity
                        V1B 12/13/14  6:05  Interest assessed thru 12/13/2014 -
$0.73 added.
                        V1B 12/13/14  6:05  Interest assessed thru 12/13/2014 -
$0.36 added.
                        V1B 12/14/14  7:08  Interest assessed thru 12/14/2014 -
$0.73 added.
                        V1B 12/14/14  7:08  Interest assessed thru 12/14/2014 -
$0.36 added.
                        V1B 12/15/14  6:54  Interest assessed thru 12/15/2014 -
$0.73 added.

                                    2643815
                V1B 12/15/14  6:54  Interest assessed thru 12/15/2014 -
$0.36 added.
                V1B 12/15/14  7:24  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                V1B 12/15/14  7:24  AUTOMATED SKIP TRACE SEARCH***
                V1B 12/16/14  6:32  Interest assessed thru 12/16/2014 -
$0.73 added.
                V1B 12/16/14  6:32  Interest assessed thru 12/16/2014 -
$0.36 added.
                V1B 12/17/14  6:26  Interest assessed thru 12/17/2014 -
$0.73 added.
                V1B 12/17/14  6:26  Interest assessed thru 12/17/2014 -
$0.36 added.
                V1B 12/17/14  4:35P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                V1B 12/17/14  6:56P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                V1B 12/18/14  6:21  Interest assessed thru 12/18/2014 -
$0.73 added.
                V1B 12/18/14  6:21  Interest assessed thru 12/18/2014 -
$0.36 added.
                ZNH 12/18/14  3:59P Account accessed;No activity
                V1B 12/19/14  7:16  Interest assessed thru 12/19/2014 -
$0.73 added.
                V1B 12/19/14  7:16  Interest assessed thru 12/19/2014 -
$0.36 added.
                V1B 12/20/14  6:15  Interest assessed thru 12/20/2014 -
$0.73 added.
                V1B 12/20/14  6:15  Interest assessed thru 12/20/2014 -
$0.36 added.
                V1B 12/20/14 10:35  lr #6763 et NCTLT1 index 1022568652 1
                V1B 12/21/14  7:08  Interest assessed thru 12/21/2014 -
$0.73 added.
                V1B 12/21/14  7:08  Interest assessed thru 12/21/2014 -
$0.36 added.
                V1B 12/21/14 10:38  lr #6763 et NCTLT1 index 1023543789 1
                V1B 12/21/14  8:01P ld #6763 dup ltr (i)
                V1B 12/21/14  8:02P ls #6763
                V1B 12/21/14  8:02P Updated udw 604,5 with lb BLANK et
PCW113 index 1024463796
                V1B 12/21/14  8:02P (R-63605805)
                V1B 12/21/14  8:02P Updated udw 604,5 with lb BLANK et
PCW113 index 1024463797
▯
   08/30/17                          Transworld Systems Inc. EDGV1 (EDGV1)
                              PAGE 12
   9:51 AM  1SO                                      SELECTED
                V1B 12/21/14  8:02P (R-63605805)

                                    2643815
                    V1B 12/21/14  8:02P Updated udw 604,5 with lb pcW113 et
PCW113 index 1024463799
                    V1B 12/21/14  8:02P Updated udw 604,5 with lb pcW113 et
PCW113 index 1024463801
                    V1B 12/21/14  8:02P Updated udw 604,16 with 12/21/2014 et
PCW113 index
                    V1B 12/21/14  8:02P 1024463802 (R-63605805)
                    V1B 12/21/14  8:02P Updated udw 604,16 with 12/21/2014 et
PCW113 index
                    V1B 12/21/14  8:02P 1024463805 (R-63605805)
                    V1B 12/22/14  6:37  Interest assessed thru 12/22/2014 -
$0.73 added.
                    V1B 12/22/14  6:37  Interest assessed thru 12/22/2014 -
$0.36 added.
                    ZNH 12/22/14  9:16P Account accessed;No activity
                    V1B 12/23/14  6:33  Interest assessed thru 12/23/2014 -
$0.73 added.
                    V1B 12/23/14  6:33  Interest assessed thru 12/23/2014 -
$0.36 added.
                    V1B 12/24/14  6:25  Interest assessed thru 12/24/2014 -
$0.73 added.
                    V1B 12/24/14  6:25  Interest assessed thru 12/24/2014 -
$0.36 added.
                    V1B 12/24/14  3:12P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                    V1B 12/24/14  4:05P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 12/25/14  6:27  Interest assessed thru 12/25/2014 -
$0.73 added.
                    V1B 12/25/14  6:27  Interest assessed thru 12/25/2014 -
$0.36 added.
                    V1B 12/25/14  6:46  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                    V1B 12/25/14  6:46  AUTOMATED SKIP TRACE SEARCH***
                    V1B 12/26/14  6:32  Interest assessed thru 12/26/2014 -
$0.73 added.
                    V1B 12/26/14  6:32  Interest assessed thru 12/26/2014 -
$0.36 added.
                    V1B 12/27/14  6:12  Interest assessed thru 12/27/2014 -
$0.73 added.
                    V1B 12/27/14  6:12  Interest assessed thru 12/27/2014 -
$0.36 added.
                    V1B 12/28/14  8:09  Interest assessed thru 12/28/2014 -
$0.73 added.
                    V1B 12/28/14  8:09  Interest assessed thru 12/28/2014 -
$0.36 added.
                    V1B 12/29/14  6:46  Interest assessed thru 12/29/2014 -
$0.73 added.

```
                                    2643815
                     V1B 12/29/14  6:46   Interest assessed thru 12/29/2014 -
$0.36 added.
                     ZNH 12/29/14  9:12P Account accessed;No activity
                     V1B 12/30/14  6:31   Interest assessed thru 12/30/2014 -
$0.73 added.
                     V1B 12/30/14  6:31   Interest assessed thru 12/30/2014 -
$0.36 added.
                     V1B 12/31/14  6:36   Interest assessed thru 12/31/2014 -
$0.73 added.
                     V1B 12/31/14  6:36   Interest assessed thru 12/31/2014 -
$0.36 added.
                     V1B 12/31/14  5:07P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                     V1B 12/31/14  5:57P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                     V1B 01/01/15  6:49   Interest assessed thru 01/01/2015 -
$0.73 added.
                     V1B 01/01/15  6:49   Interest assessed thru 01/01/2015 -
$0.36 added.
                     V1B 01/02/15  6:39   Interest assessed thru 01/02/2015 -
$0.73 added.
                     V1B 01/02/15  6:39   Interest assessed thru 01/02/2015 -
$0.36 added.
                     V1B 01/03/15  6:29   Interest assessed thru 01/03/2015 -
$0.73 added.
                     V1B 01/03/15  6:29   Interest assessed thru 01/03/2015 -
$0.36 added.
                     V1B 01/04/15  7:34   Interest assessed thru 01/04/2015 -
$0.73 added.
                     V1B 01/04/15  7:34   Interest assessed thru 01/04/2015 -
$0.36 added.
                     V1B 01/05/15  7:14   Interest assessed thru 01/05/2015 -
$0.73 added.
                     V1B 01/05/15  7:14   Interest assessed thru 01/05/2015 -
$0.36 added.
                     V1B 01/05/15  7:15   ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                     V1B 01/05/15  7:15   AUTOMATED SKIP TRACE SEARCH***
                     ZNH 01/05/15  3:22P Updated udw 457,12 with 01/05/2015 et
EXCDSP index
                     ZNH 01/05/15  3:22P 1038255167 (S-63605805)
                     ZNH 01/05/15  3:22P 3NEW NEW BUS. UNTIL CNTC
▯
   08/30/17                               Transworld Systems Inc. EDGV1 (EDGV1)
                               PAGE 13
     9:51 AM  1SO                                        SELECTED
                     V1B 01/06/15  6:59   Interest assessed thru 01/06/2015 -
$0.73 added.
```

```
                              2643815
                 V1B 01/06/15  6:59   Interest assessed thru 01/06/2015 -
$0.36 added.
                 V1B 01/07/15  6:31   Interest assessed thru 01/07/2015 -
$0.73 added.
                 V1B 01/07/15  6:31   Interest assessed thru 01/07/2015 -
$0.36 added.
                 433 01/07/15  8:55   Transferred from 19W to 03W
                 433 01/07/15  9:11   Transferred from 03W to 02W
                 433 01/07/15  9:14   Transferred from 02W to 12W
                 ZW0 01/07/15  1:28P  REV
                 V1B 01/07/15  4:29P  ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                 V1B 01/07/15 10:14P  ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                 V1B 01/08/15  6:17   Interest assessed thru 01/08/2015 -
$0.73 added.
                 V1B 01/08/15  6:17   Interest assessed thru 01/08/2015 -
$0.36 added.
                 ZW0 01/08/15  2:12P  REV
                 ZW0 01/08/15  3:40P  REV
                 V1B 01/09/15  6:29   Interest assessed thru 01/09/2015 -
$0.73 added.
                 V1B 01/09/15  6:29   Interest assessed thru 01/09/2015 -
$0.36 added.
                 V1B 01/10/15  6:09   Interest assessed thru 01/10/2015 -
$0.73 added.
                 V1B 01/10/15  6:09   Interest assessed thru 01/10/2015 -
$0.36 added.
                 V1B 01/11/15  6:57   Interest assessed thru 01/11/2015 -
$0.73 added.
                 V1B 01/11/15  6:57   Interest assessed thru 01/11/2015 -
$0.36 added.
                 V1B 01/12/15  6:31   Interest assessed thru 01/12/2015 -
$0.73 added.
                 V1B 01/12/15  6:31   Interest assessed thru 01/12/2015 -
$0.36 added.
                 ZW0 01/12/15 11:13   LV      5779 W573 NA NML
                 ZW0 01/12/15 11:13   3NEW NEW BUS. UNTIL CNTC
                 ZW0 01/12/15 11:13   Telephone contact attempted today.
                 ZW0 01/12/15 11:13   Updated udw 604,5 with lb BLANK et
PCW118 index 1044631542
                 ZW0 01/12/15 11:13   (R-63605805)
                 ZW0 01/12/15 11:13   Updated udw 604,5 with lb BLANK et
PCW118 index 1044631543
                 ZW0 01/12/15 11:13   (R-63605805)
                 ZW0 01/12/15 11:13   Updated udw 604,5 with lb pcW118 et
PCW118 index 1044631544
                 ZW0 01/12/15 11:13   (R-63605805)
```

```
                                  2643815
                 ZW0 01/12/15 11:13  Updated udw 604,5 with lb pcW118 et
PCW118 index 1044631545
                 ZW0 01/12/15 11:13  Updated udw 604,16 with 01/12/2015 et
PCW118 index
                 ZW0 01/12/15 11:13  1044631546 (R-63605805)
                 ZW0 01/12/15 11:13  Updated udw 604,16 with 01/12/2015 et
PCW118 index
                 ZW0 01/12/15 11:13  1044631547 (R-63605805)
                 ZW0 01/12/15 11:13  Work statistic @WRK was updated.
                 V1B 01/13/15  6:23  Interest assessed thru 01/13/2015 -
$0.73 added.
                 V1B 01/13/15  6:23  Interest assessed thru 01/13/2015 -
$0.36 added.
                 V1B 01/14/15  6:24  Interest assessed thru 01/14/2015 -
$0.73 added.
                 V1B 01/14/15  6:24  Interest assessed thru 01/14/2015 -
$0.36 added.
                 ZW0 01/14/15  9:40  3NEW NEW BUS. UNTIL CNTC
                 ZW0 01/14/15  9:40  Telephone contact attempted today.
                 ZW0 01/14/15  9:40  Updated udw 604,5 with lb BLANK et
PCW118 index 1048559221
                 ZW0 01/14/15  9:40  (R-63605805)
                 ZW0 01/14/15  9:40  Updated udw 604,5 with lb BLANK et
PCW118 index 1048559222
                 ZW0 01/14/15  9:40  (R-63605805)
                 ZW0 01/14/15  9:40  Updated udw 604,5 with lb pcW118 et
PCW118 index 1048559223
                 ZW0 01/14/15  9:40  Updated udw 604,5 with lb pcW118 et
PCW118 index 1048559224
                 ZW0 01/14/15  9:40  Updated udw 604,16 with 01/14/2015 et
PCW118 index
```

08/30/17                          Transworld Systems Inc. EDGV1 (EDGV1)
                       PAGE 14
  9:51 AM  1SO                                 SELECTED
```
                 ZW0 01/14/15  9:40  1048559225 (R-63605805)
                 ZW0 01/14/15  9:40  Updated udw 604,16 with 01/14/2015 et
PCW118 index
                 ZW0 01/14/15  9:40  1048559226 (R-63605805)
                 ZW0 01/14/15  9:40  Work statistic @WRK was updated.
                 V1B 01/14/15  4:51P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                 V1B 01/14/15  6:19P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                 V1B 01/15/15  6:27  Interest assessed thru 01/15/2015 -
$0.73 added.
                 V1B 01/15/15  6:27  Interest assessed thru 01/15/2015 -
$0.36 added.
```

```
                                    2643815
                      V1B 01/15/15  6:35  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                      V1B 01/15/15  6:35  AUTOMATED SKIP TRACE SEARCH***
                      pac 01/16/15  1:41  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1        1576 ON
                      pac 01/16/15  1:41  01/15/2015 14:28:20 ET.   RESULT:
No_Answer. SKILL: QC.
                      pac 01/16/15  1:41  Updated udw 604,5 with lb BLANK et
PCW118 index 1050460227
                      pac 01/16/15  1:41  (R-63605805)
                      pac 01/16/15  1:41  Updated udw 604,5 with lb BLANK et
PCW118 index 1050460228
                      pac 01/16/15  1:41  (R-63605805)
                      pac 01/16/15  1:41  Updated udw 604,5 with lb pcW118 et
PCW118 index 1050460230
                      pac 01/16/15  1:41  Updated udw 604,5 with lb pcW118 et
PCW118 index 1050460231
                      pac 01/16/15  1:41  Updated udw 604,16 with 01/16/2015 et
PCW118 index
                      pac 01/16/15  1:41  1050460234 (R-63605805)
                      pac 01/16/15  1:41  Updated udw 604,16 with 01/16/2015 et
PCW118 index
                      pac 01/16/15  1:41  1050460236 (R-63605805)
                      V1B 01/16/15  6:19  Interest assessed thru 01/16/2015 -
$0.73 added.
                      V1B 01/16/15  6:19  Interest assessed thru 01/16/2015 -
$0.36 added.
                      V1B 01/17/15  6:20  Interest assessed thru 01/17/2015 -
$0.73 added.
                      V1B 01/17/15  6:20  Interest assessed thru 01/17/2015 -
$0.36 added.
                      V1B 01/18/15  6:52  Interest assessed thru 01/18/2015 -
$0.73 added.
                      V1B 01/18/15  6:52  Interest assessed thru 01/18/2015 -
$0.36 added.
                      V1B 01/19/15  6:45  Interest assessed thru 01/19/2015 -
$0.73 added.
                      V1B 01/19/15  6:45  Interest assessed thru 01/19/2015 -
$0.36 added.
                      pac 01/20/15  1:47  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1        1220 ON
                      pac 01/20/15  1:47  01/19/2015 14:11:32 ET.   RESULT:
                      pac 01/20/15  1:47  Answering_Machine_(Hung_Up). SKILL:
QC.
                      pac 01/20/15  1:47  Updated udw 604,5 with lb BLANK et
PCW118 index 1054951086
                      pac 01/20/15  1:47  (R-63605805)
                      pac 01/20/15  1:47  Updated udw 604,5 with lb BLANK et
```

2643815

PCW118 index 1054951087
                       pac 01/20/15  1:47  (R-63605805)
                       pac 01/20/15  1:47  Updated udw 604,5 with lb pcW118 et
PCW118 index 1054951088
                       pac 01/20/15  1:47  Updated udw 604,5 with lb pcW118 et
PCW118 index 1054951089
                       pac 01/20/15  1:47  Updated udw 604,16 with 01/20/2015 et
PCW118 index
                       pac 01/20/15  1:47  1054951090 (R-63605805)
                       pac 01/20/15  1:47  Updated udw 604,16 with 01/20/2015 et
PCW118 index
                       pac 01/20/15  1:47  1054951091 (R-63605805)
                       V1B 01/20/15  6:19  Interest assessed thru 01/20/2015 -
$0.73 added.
                       V1B 01/20/15  6:19  Interest assessed thru 01/20/2015 -
$0.36 added.
                       V1B 01/21/15  6:29  Interest assessed thru 01/21/2015 -
$0.73 added.
                       V1B 01/21/15  6:29  Interest assessed thru 01/21/2015 -
$0.36 added.
                       V1B 01/21/15  3:22P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                       V1B 01/21/15  5:09P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                       V1B 01/22/15  6:22  Interest assessed thru 01/22/2015 -
$0.73 added.
▯
   08/30/17                           Transworld Systems Inc. EDGV1 (EDGV1)
                           PAGE 15
     9:51 AM   1SO                          SELECTED
                       V1B 01/22/15  6:22  Interest assessed thru 01/22/2015 -
$0.36 added.
                       pac 01/23/15  1:40  ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE.  RESULT:
                       pac 01/23/15  1:40
Excluded_via_Dialing_Sequence_(Not_Made)
                       V1B 01/23/15  6:34  Interest assessed thru 01/23/2015 -
$0.73 added.
                       V1B 01/23/15  6:34  Interest assessed thru 01/23/2015 -
$0.36 added.
                       V1B 01/24/15  6:08  Interest assessed thru 01/24/2015 -
$0.73 added.
                       V1B 01/24/15  6:08  Interest assessed thru 01/24/2015 -
$0.36 added.
                       V1B 01/25/15  7:17  Interest assessed thru 01/25/2015 -
$0.73 added.
                       V1B 01/25/15  7:17  Interest assessed thru 01/25/2015 -
$0.36 added.

```
                                    2643815
                     V1B 01/25/15  7:28   ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                     V1B 01/25/15  7:28   AUTOMATED SKIP TRACE SEARCH***
                     V1B 01/26/15  7:00   Interest assessed thru 01/26/2015 -
$0.73 added.
                     V1B 01/26/15  7:00   Interest assessed thru 01/26/2015 -
$0.36 added.
                     V1B 01/26/15 10:35   lr #6763 et NCTLT1 index 1061240797 1
                     V1B 01/26/15  8:03P  ls #6763
                     V1B 01/26/15  8:03P  Updated udw 604,5 with lb BLANK et
PCW113 index 1061623557
                     V1B 01/26/15  8:03P  (R-63605805)
                     V1B 01/26/15  8:03P  Updated udw 604,5 with lb BLANK et
PCW113 index 1061623558
                     V1B 01/26/15  8:03P  (R-63605805)
                     V1B 01/26/15  8:03P  Updated udw 604,5 with lb pcW113 et
PCW113 index 1061623559
                     V1B 01/26/15  8:03P  Updated udw 604,5 with lb pcW113 et
PCW113 index 1061623560
                     V1B 01/26/15  8:03P  Updated udw 604,16 with 01/26/2015 et
PCW113 index
                     V1B 01/26/15  8:03P  1061623561 (R-63605805)
                     V1B 01/26/15  8:03P  Updated udw 604,16 with 01/26/2015 et
PCW113 index
                     V1B 01/26/15  8:03P  1061623562 (R-63605805)
                     pac 01/27/15  1:38   ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE.  RESULT:
                     pac 01/27/15  1:38
Excluded_via_Dialing_Sequence_(Not_Made)
                     V1B 01/27/15  6:32   Interest assessed thru 01/27/2015 -
$0.73 added.
                     V1B 01/27/15  6:32   Interest assessed thru 01/27/2015 -
$0.36 added.
                     V1B 01/28/15  6:30   Interest assessed thru 01/28/2015 -
$0.73 added.
                     V1B 01/28/15  6:30   Interest assessed thru 01/28/2015 -
$0.36 added.
                     V1B 01/28/15  4:56P  ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                     V1B 01/28/15  6:05P  ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                     pac 01/29/15  1:38   ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE.  RESULT:
                     pac 01/29/15  1:38
Excluded_via_Dialing_Sequence_(Not_Made)
                     V1B 01/29/15  6:25   Interest assessed thru 01/29/2015 -
$0.73 added.
                     V1B 01/29/15  6:25   Interest assessed thru 01/29/2015 -
```

2643815

$0.36 added.

PHONE +1 ███████1576 ON

Invalid_Phone_Number.

PCW118 index 1064197794

PCW118 index 1064197795

PCW118 index 1064197796

PCW118 index 1064197797

PCW118 index

PCW118 index

⬚

08/30/17

9:51 AM   1SO

$0.73 added.

$0.36 added.

$0.73 added.

$0.36 added.

$0.73 added.

$0.36 added.

$0.73 added.

$0.36 added.

WAS NOT MADE +1 ███████

pac 01/30/15  1:42  ***LIVEVOX CALL MADE TO BORROWER

pac 01/30/15  1:42  01/29/2015 14:30:37 ET.  RESULT:

pac 01/30/15  1:42  SKILL: QC.
pac 01/30/15  1:42  Updated udw 604,5 with lb BLANK et

pac 01/30/15  1:42  (R-63605805)
pac 01/30/15  1:42  Updated udw 604,5 with lb BLANK et

pac 01/30/15  1:42  (R-63605805)
pac 01/30/15  1:42  Updated udw 604,5 with lb pcW118 et

pac 01/30/15  1:42  Updated udw 604,5 with lb pcW118 et

pac 01/30/15  1:42  Updated udw 604,16 with 01/30/2015 et

pac 01/30/15  1:42  1064197798 (R-63605805)
pac 01/30/15  1:42  Updated udw 604,16 with 01/30/2015 et

pac 01/30/15  1:42  1064197799 (R-63605805)

Transworld Systems Inc. EDGV1 (EDGV1)
                    PAGE 16
                          SELECTED
V1B 01/30/15  6:28  Interest assessed thru 01/30/2015 -

V1B 01/30/15  6:28  Interest assessed thru 01/30/2015 -

V1B 01/31/15  6:01  Interest assessed thru 01/31/2015 -

V1B 01/31/15  6:01  Interest assessed thru 01/31/2015 -

V1B 02/01/15  6:55  Interest assessed thru 02/01/2015 -

V1B 02/01/15  6:55  Interest assessed thru 02/01/2015 -

V1B 02/02/15  6:52  Interest assessed thru 02/02/2015 -

V1B 02/02/15  6:52  Interest assessed thru 02/02/2015 -

433 02/02/15  7:06P Transferred from 12W to 04W
433 02/02/15  9:34P Transferred from 04W to 05W
433 02/02/15  9:35P Transferred from 05W to 13W
pac 02/03/15  1:31  ***LIVEVOX ATTEMPT LOADED, BUT CALL

pac 02/03/15  1:31  8324.  RESULT:

```
                                        2643815
Excluded_via_Dialing_Sequence_(Not_Made)
                         V1B 02/03/15  7:05  Interest assessed thru 02/03/2015 -
$0.73 added.
                         V1B 02/03/15  7:05  Interest assessed thru 02/03/2015 -
$0.36 added.
                         Z9D 02/03/15  4:34P LV ████████-5779 W573 VCML NML
                         Z9D 02/03/15  4:34P 3NEW NEW BUS. UNTIL CNTC
                         Z9D 02/03/15  4:34P Telephone contact attempted today.
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326437
                         Z9D 02/03/15  4:34P (R-63605805)
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326438
                         Z9D 02/03/15  4:34P (R-63605805)
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326439
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326440
                         Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                         Z9D 02/03/15  4:34P 1069326442 (R-63605805)
                         Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                         Z9D 02/03/15  4:34P 1069326443 (R-63605805)
                         Z9D 02/03/15  4:34P 3NEW NEW BUS. UNTIL CNTC
                         Z9D 02/03/15  4:34P Telephone contact attempted today.
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326458
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326459
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326460
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326461
                         Z9D 02/03/15  4:34P 1069326463 (R-63605805)
                         Z9D 02/03/15  4:34P 1069326464 (R-63605805)
                         Z9D 02/03/15  4:34P 3NEW NEW BUS. UNTIL CNTC
                         Z9D 02/03/15  4:34P Telephone contact attempted today.
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326484
                         Z9D 02/03/15  4:34P (R-63605805)
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326485
                         Z9D 02/03/15  4:34P (R-63605805)
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326486
                         Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326487
```

```
                                        2643815
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326488 (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326489 (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326499
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326500
```
⍰
```
   08/30/17                                 Transworld Systems Inc. EDGV1 (EDGV1)
                                    PAGE 17
     9:51 AM  1SO                                       SELECTED
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326501
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326502
                    Z9D 02/03/15  4:34P 1069326503 (R-63605805)
                    Z9D 02/03/15  4:34P 1069326505 (R-63605805)
                    Z9D 02/03/15  4:34P 3NEW NEW BUS. UNTIL CNTC
                    Z9D 02/03/15  4:34P Telephone contact attempted today.
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326525
                    Z9D 02/03/15  4:34P (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326526
                    Z9D 02/03/15  4:34P (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326527
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326528
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326530 (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326531 (R-63605805)
                    Z9D 02/03/15  4:34P 3NEW NEW BUS. UNTIL CNTC
                    Z9D 02/03/15  4:34P Telephone contact attempted today.
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326539
                    Z9D 02/03/15  4:34P (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb BLANK et
PCW118 index 1069326541
                    Z9D 02/03/15  4:34P (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326543
```

```
                                   2643815
                    Z9D 02/03/15  4:34P Updated udw 604,5 with lb pcW118 et
PCW118 index 1069326545
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326546 (R-63605805)
                    Z9D 02/03/15  4:34P Updated udw 604,16 with 02/03/2015 et
PCW118 index
                    Z9D 02/03/15  4:34P 1069326547 (R-63605805)
                    Z9D 02/03/15  4:34P Work statistic @WRK was updated.
                    V1B 02/04/15  6:48  Interest assessed thru 02/04/2015 -
$0.73 added.
                    V1B 02/04/15  6:48  Interest assessed thru 02/04/2015 -
$0.36 added.
                    V1B 02/05/15  6:51  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                    V1B 02/05/15  6:51  AUTOMATED SKIP TRACE SEARCH***
                    V1B 02/05/15  7:02  Interest assessed thru 02/05/2015 -
$0.73 added.
                    V1B 02/05/15  7:02  Interest assessed thru 02/05/2015 -
$0.36 added.
                    V1B 02/05/15  4:50P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                    V1B 02/05/15  6:13P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 02/06/15  6:57  Interest assessed thru 02/06/2015 -
$0.73 added.
                    V1B 02/06/15  6:57  Interest assessed thru 02/06/2015 -
$0.36 added.
                    V1B 02/07/15  6:19  Interest assessed thru 02/07/2015 -
$0.73 added.
                    V1B 02/07/15  6:19  Interest assessed thru 02/07/2015 -
$0.36 added.
                    V1B 02/08/15  7:22  Interest assessed thru 02/08/2015 -
$0.73 added.
                    V1B 02/08/15  7:22  Interest assessed thru 02/08/2015 -
$0.36 added.
                    V1B 02/09/15  8:03  Interest assessed thru 02/09/2015 -
$0.73 added.
                    V1B 02/09/15  8:03  Interest assessed thru 02/09/2015 -
$0.36 added.
                    pac 02/10/15  1:46  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1         1220 ON
                    pac 02/10/15  1:46  02/09/2015 14:36:23 ET.  RESULT:
                    pac 02/10/15  1:46  Answering_Machine_(Hung_Up). SKILL:
QC.
                    pac 02/10/15  1:46  Updated udw 604,5 with lb BLANK et
PCW118 index 1075471317
                    pac 02/10/15  1:46  (R-63605805)
```

2643815

᠌

08/30/17                                          Transworld Systems Inc. EDGV1 (EDGV1)
                                         PAGE 18
    9:51 AM  1SO                                            SELECTED
                        pac 02/10/15  1:46  Updated udw 604,5 with lb BLANK et
PCW118 index 1075471318

                        pac 02/10/15  1:46  (R-63605805)
                        pac 02/10/15  1:46  Updated udw 604,5 with lb pcW118 et
PCW118 index 1075471319

                        pac 02/10/15  1:46  Updated udw 604,5 with lb pcW118 et
PCW118 index 1075471320

                        pac 02/10/15  1:46  Updated udw 604,16 with 02/10/2015 et
PCW118 index

                        pac 02/10/15  1:46  1075471321 (R-63605805)
                        pac 02/10/15  1:46  Updated udw 604,16 with 02/10/2015 et
PCW118 index

                        pac 02/10/15  1:46  1075471322 (R-63605805)
                        V1B 02/10/15  6:47  Interest assessed thru 02/10/2015 -
$0.73 added.

                        V1B 02/10/15  6:47  Interest assessed thru 02/10/2015 -
$0.36 added.

                        586 02/10/15  2:09P Udw 266-43 change from  to 021015
tp909

                        586 02/10/15  2:09P Udw 266-43 change from  to 021015
tp909

                        V1B 02/11/15  6:36  Interest assessed thru 02/11/2015 -
$0.73 added.

                        V1B 02/11/15  6:36  Interest assessed thru 02/11/2015 -
$0.36 added.

                        V1B 02/11/15  4:15P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED

                        V1B 02/11/15  5:24P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED

                        V1B 02/12/15  6:28  Interest assessed thru 02/12/2015 -
$0.73 added.

                        V1B 02/12/15  6:28  Interest assessed thru 02/12/2015 -
$0.36 added.

                        Z9D 02/12/15  7:56P Debtor phone flag changed from  to C
                        Z9D 02/12/15  7:56P Dbt phone# changed from     to
   ▓▓▓▓▓5779 C

                        Z9D 02/12/15  8:00P LV ▓▓▓▓▓5779 W2 VCML NML
                        Z9D 02/12/15  8:00P 3NEW NEW BUS. UNTIL CNTC
                        Z9D 02/12/15  8:00P Telephone contact attempted today.
                        Z9D 02/12/15  8:00P Updated udw 604,5 with lb BLANK et
PCW118 index 1078281962

                        Z9D 02/12/15  8:00P (R-63605805)
                        Z9D 02/12/15  8:00P Updated udw 604,5 with lb BLANK et
PCW118 index 1078281963

                                    Page 30

```
                                    2643815
                  Z9D 02/12/15  8:00P (R-63605805)
                  Z9D 02/12/15  8:00P Updated udw 604,5 with lb pcW118 et
PCW118 index 1078281964
                  Z9D 02/12/15  8:00P Updated udw 604,5 with lb pcW118 et
PCW118 index 1078281965
                  Z9D 02/12/15  8:00P Updated udw 604,16 with 02/12/2015 et
PCW118 index
                  Z9D 02/12/15  8:00P 1078281967 (R-63605805)
                  Z9D 02/12/15  8:00P Updated udw 604,16 with 02/12/2015 et
PCW118 index
                  Z9D 02/12/15  8:00P 1078281969 (R-63605805)
                  Z9D 02/12/15  8:00P Work statistic @WRK was updated.
                  V1B 02/13/15  6:27  Interest assessed thru 02/13/2015 -
$0.73 added.
                  V1B 02/13/15  6:27  Interest assessed thru 02/13/2015 -
$0.36 added.
                  V1B 02/14/15  6:11  Interest assessed thru 02/14/2015 -
$0.73 added.
                  V1B 02/14/15  6:11  Interest assessed thru 02/14/2015 -
$0.36 added.
                  V1B 02/15/15  7:17  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                  V1B 02/15/15  7:17  AUTOMATED SKIP TRACE SEARCH***
                  V1B 02/15/15  7:22  Interest assessed thru 02/15/2015 -
$0.73 added.
                  V1B 02/15/15  7:22  Interest assessed thru 02/15/2015 -
$0.36 added.
                  V1B 02/16/15  7:12  Interest assessed thru 02/16/2015 -
$0.73 added.
                  V1B 02/16/15  7:12  Interest assessed thru 02/16/2015 -
$0.36 added.
                  pac 02/17/15  1:30  ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE +1 ██████████
                  pac 02/17/15  1:30  5779.   RESULT:
Not_Attempted_(Not_Made)
                  V1B 02/17/15  6:28  Interest assessed thru 02/17/2015 -
$0.73 added.
                  V1B 02/17/15  6:28  Interest assessed thru 02/17/2015 -
$0.36 added.
                  V1B 02/18/15  6:30  Interest assessed thru 02/18/2015 -
$0.73 added.
                  V1B 02/18/15  6:30  Interest assessed thru 02/18/2015 -
$0.36 added.
```

08/30/17                          Transworld Systems Inc. EDGV1 (EDGV1)
                          PAGE 19
    9:51 AM   1SO                              SELECTED
                  V1B 02/18/15  3:25P ACCT RUN THRU WORK NUMBER VENDOR-NO

2643815

```
HIT RETURNED
                V1B 02/18/15  4:29P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                Z9D 02/18/15  9:41P REV
                V1B 02/19/15  6:35  Interest assessed thru 02/19/2015 -
$0.73 added.
                V1B 02/19/15  6:35  Interest assessed thru 02/19/2015 -
$0.36 added.
                pac 02/20/15  1:38  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1         1576 ON
                pac 02/20/15  1:38  02/19/2015 15:12:41 ET.  RESULT:
No_Answer. SKILL: QC.
                pac 02/20/15  1:38  Updated udw 604,5 with lb BLANK et
PCW118 index 1085337123
                pac 02/20/15  1:38  (R-63605805)
                pac 02/20/15  1:38  Updated udw 604,5 with lb BLANK et
PCW118 index 1085337124
                pac 02/20/15  1:38  (R-63605805)
                pac 02/20/15  1:38  Updated udw 604,5 with lb pcW118 et
PCW118 index 1085337125
                pac 02/20/15  1:38  Updated udw 604,5 with lb pcW118 et
PCW118 index 1085337126
                pac 02/20/15  1:38  Updated udw 604,16 with 02/20/2015 et
PCW118 index
                pac 02/20/15  1:38  1085337127 (R-63605805)
                pac 02/20/15  1:38  Updated udw 604,16 with 02/20/2015 et
PCW118 index
                pac 02/20/15  1:38  1085337128 (R-63605805)
                V1B 02/20/15  6:26  Interest assessed thru 02/20/2015 -
$0.73 added.
                V1B 02/20/15  6:26  Interest assessed thru 02/20/2015 -
$0.36 added.
                Z9D 02/20/15  2:25P LV          -5779 W2 VCML NML
                Z9D 02/20/15  2:25P 3NEW NEW BUS. UNTIL CNTC
                Z9D 02/20/15  2:25P Telephone contact attempted today.
                Z9D 02/20/15  2:25P Updated udw 604,5 with lb BLANK et
PCW118 index 1085464791
                Z9D 02/20/15  2:25P (R-63605805)
                Z9D 02/20/15  2:25P Updated udw 604,5 with lb BLANK et
PCW118 index 1085464792
                Z9D 02/20/15  2:25P (R-63605805)
                Z9D 02/20/15  2:25P Updated udw 604,5 with lb pcW118 et
PCW118 index 1085464793
                Z9D 02/20/15  2:25P Updated udw 604,5 with lb pcW118 et
PCW118 index 1085464794
                Z9D 02/20/15  2:25P Updated udw 604,16 with 02/20/2015 et
PCW118 index
                Z9D 02/20/15  2:25P 1085464795 (R-63605805)
```

```
                                        2643815
                         Z9D 02/20/15  2:25P Updated udw 604,16 with 02/20/2015 et
PCW118 index
                         Z9D 02/20/15  2:25P 1085464796 (R-63605805)
                         Z9D 02/20/15  2:26P Work statistic @WRK was updated.
                         V1B 02/21/15  6:08  Interest assessed thru 02/21/2015 -
$0.73 added.
                         V1B 02/21/15  6:08  Interest assessed thru 02/21/2015 -
$0.36 added.
                         V1B 02/22/15  6:57  Interest assessed thru 02/22/2015 -
$0.73 added.
                         V1B 02/22/15  6:57  Interest assessed thru 02/22/2015 -
$0.36 added.
                         V1B 02/23/15  6:44  Interest assessed thru 02/23/2015 -
$0.73 added.
                         V1B 02/23/15  6:44  Interest assessed thru 02/23/2015 -
$0.36 added.
                         V1B 02/24/15  6:27  Interest assessed thru 02/24/2015 -
$0.73 added.
                         V1B 02/24/15  6:27  Interest assessed thru 02/24/2015 -
$0.36 added.
                         V1B 02/25/15  6:35  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                         V1B 02/25/15  6:35  AUTOMATED SKIP TRACE SEARCH***
                         V1B 02/25/15  6:41  Interest assessed thru 02/25/2015 -
$0.73 added.
                         V1B 02/25/15  6:41  Interest assessed thru 02/25/2015 -
$0.36 added.
                         V1B 02/25/15  5:20P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                         V1B 02/25/15  6:10P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                         V1B 02/26/15  6:20  Interest assessed thru 02/26/2015 -
$0.73 added.
                         V1B 02/26/15  6:20  Interest assessed thru 02/26/2015 -
$0.36 added.
                         V1B 02/27/15  6:29  Interest assessed thru 02/27/2015 -
$0.73 added.
〼
    08/30/17                             Transworld Systems Inc. EDGV1 (EDGV1)
                                PAGE 20
       9:51 AM  1SO                                  SELECTED
                         V1B 02/27/15  6:29  Interest assessed thru 02/27/2015 -
$0.36 added.
                         V1B 02/28/15  6:11  Interest assessed thru 02/28/2015 -
$0.73 added.
                         V1B 02/28/15  6:11  Interest assessed thru 02/28/2015 -
$0.36 added.
                         V1B 03/01/15  6:49  Interest assessed thru 03/01/2015 -
```

2643815

$0.73 added.
                    V1B 03/01/15  6:49   Interest assessed thru 03/01/2015 -
$0.36 added.
                    V1B 03/02/15  6:46   Interest assessed thru 03/02/2015 -
$0.73 added.
                    V1B 03/02/15  6:46   Interest assessed thru 03/02/2015 -
$0.36 added.
                    pac 03/03/15  1:30   ***LIVEVOX CALL MADE TO BORROWER
PHONE +1 [    ] 5779 ON
                    pac 03/03/15  1:30   03/02/2015 16:10:33 ET.  RESULT:
                    pac 03/03/15  1:30   Answering_Machine_(Hung_Up). SKILL:
HCI.
                    pac 03/03/15  1:30   Updated udw 604,5 with lb BLANK et
PCW118 index 1096569144
                    pac 03/03/15  1:30   (R-63605805)
                    pac 03/03/15  1:30   Updated udw 604,5 with lb BLANK et
PCW118 index 1096569146
                    pac 03/03/15  1:30   (R-63605805)
                    pac 03/03/15  1:30   Updated udw 604,5 with lb pcW118 et
PCW118 index 1096569147
                    pac 03/03/15  1:30   Updated udw 604,5 with lb pcW118 et
PCW118 index 1096569148
                    pac 03/03/15  1:30   Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    pac 03/03/15  1:30   1096569149 (R-63605805)
                    pac 03/03/15  1:30   Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    pac 03/03/15  1:30   1096569150 (R-63605805)
                    V1B 03/03/15  6:47   Interest assessed thru 03/03/2015 -
$0.73 added.
                    V1B 03/03/15  6:47   Interest assessed thru 03/03/2015 -
$0.36 added.
                    V1B 03/03/15 10:38   lr #3211 et NCTLT2 index 1096664738 1
                    Z9D 03/03/15  3:42P LV[    ]5779 W2 VCML NML
                    Z9D 03/03/15  3:42P 3NEW NEW BUS. UNTIL CNTC
                    Z9D 03/03/15  3:42P Telephone contact attempted today.
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753455
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753456
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753457
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753458
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index

```
                                        2643815
                     Z9D 03/03/15   3:42P 1096753459 (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                     Z9D 03/03/15   3:42P 1096753460 (R-63605805)
                     Z9D 03/03/15   3:42P 3NEW NEW BUS. UNTIL CNTC
                     Z9D 03/03/15   3:42P Telephone contact attempted today.
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753461
                     Z9D 03/03/15   3:42P (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753462
                     Z9D 03/03/15   3:42P (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753463
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753464
                     Z9D 03/03/15   3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                     Z9D 03/03/15   3:42P 1096753465 (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                     Z9D 03/03/15   3:42P 1096753466 (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753467
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753468
   08/30/17                                    Transworld Systems Inc. EDGV1 (EDGV1)
                                    PAGE 21
      9:51 AM   1SO                                       SELECTED
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753469
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753470
                     Z9D 03/03/15   3:42P 1096753471 (R-63605805)
                     Z9D 03/03/15   3:42P 1096753472 (R-63605805)
                     Z9D 03/03/15   3:42P 3NEW NEW BUS. UNTIL CNTC
                     Z9D 03/03/15   3:42P Telephone contact attempted today.
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753477
                     Z9D 03/03/15   3:42P (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753478
                     Z9D 03/03/15   3:42P (R-63605805)
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753479
                     Z9D 03/03/15   3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753480
```

```
                                    2643815
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    Z9D 03/03/15  3:42P 1096753481 (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    Z9D 03/03/15  3:42P 1096753483 (R-63605805)
                    Z9D 03/03/15  3:42P 3NEW NEW BUS. UNTIL CNTC
                    Z9D 03/03/15  3:42P Telephone contact attempted today.
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753493
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753495
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753496
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753497
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    Z9D 03/03/15  3:42P 1096753498 (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                    Z9D 03/03/15  3:42P 1096753500 (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753510
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753511
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753513
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753514
                    Z9D 03/03/15  3:42P 1096753515 (R-63605805)
                    Z9D 03/03/15  3:42P 1096753517 (R-63605805)
                    Z9D 03/03/15  3:42P 3NEW NEW BUS. UNTIL CNTC
                    Z9D 03/03/15  3:42P Telephone contact attempted today.
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753529
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb BLANK et
PCW118 index 1096753531
                    Z9D 03/03/15  3:42P (R-63605805)
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753532
                    Z9D 03/03/15  3:42P Updated udw 604,5 with lb pcW118 et
PCW118 index 1096753533
                    Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
```

```
                                    2643815
                  Z9D 03/03/15  3:42P 1096753534 (R-63605805)
                  Z9D 03/03/15  3:42P Updated udw 604,16 with 03/03/2015 et
PCW118 index
                  Z9D 03/03/15  3:42P 1096753536 (R-63605805)
                  Z9D 03/03/15  3:42P Work statistic @WRK was updated.
                  V1B 03/03/15  8:05P ls #3211
                  V1B 03/03/15  8:05P Updated udw 604,5 with lb BLANK et
PCW101 index 1097252774
                  V1B 03/03/15  8:05P (R-63605805)
▯
   08/30/17                              Transworld Systems Inc. EDGV1 (EDGV1)
                                PAGE 22
     9:51 AM  1SO                                      SELECTED
                  V1B 03/03/15  8:05P Updated udw 604,5 with lb BLANK et
PCW101 index 1097252775
                  V1B 03/03/15  8:05P (R-63605805)
                  V1B 03/03/15  8:05P Updated udw 604,5 with lb pcW101 et
PCW101 index 1097252776
                  V1B 03/03/15  8:05P Updated udw 604,5 with lb pcW101 et
PCW101 index 1097252777
                  V1B 03/03/15  8:05P Updated udw 604,16 with 03/03/2015 et
PCW101 index
                  V1B 03/03/15  8:05P 1097252778 (R-63605805)
                  V1B 03/03/15  8:05P Updated udw 604,16 with 03/03/2015 et
PCW101 index
                  V1B 03/03/15  8:05P 1097252779 (R-63605805)
                  V1B 03/04/15  6:50  Interest assessed thru 03/04/2015 -
$0.73 added.
                  V1B 03/04/15  6:50  Interest assessed thru 03/04/2015 -
$0.36 added.
                  433 03/04/15  8:44  Transferred from 13W to 03W
                  V1B 03/04/15  4:12P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                  V1B 03/04/15  5:40P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                  V1B 03/05/15  6:47  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                  V1B 03/05/15  6:47  AUTOMATED SKIP TRACE SEARCH***
                  V1B 03/05/15  7:07  Interest assessed thru 03/05/2015 -
$0.73 added.
                  V1B 03/05/15  7:07  Interest assessed thru 03/05/2015 -
$0.36 added.
                  V1B 03/06/15  6:50  Interest assessed thru 03/06/2015 -
$0.73 added.
                  V1B 03/06/15  6:50  Interest assessed thru 03/06/2015 -
$0.36 added.
                  V1B 03/07/15  6:22  Interest assessed thru 03/07/2015 -
$0.73 added.
```

```
                                     2643815
                     V1B 03/07/15  6:22   Interest assessed thru 03/07/2015 -
$0.36 added.
                     V1B 03/08/15  7:27   Interest assessed thru 03/08/2015 -
$0.73 added.
                     V1B 03/08/15  7:27   Interest assessed thru 03/08/2015 -
$0.36 added.
                     V1B 03/09/15  7:25   Interest assessed thru 03/09/2015 -
$0.73 added.
                     V1B 03/09/15  7:25   Interest assessed thru 03/09/2015 -
$0.36 added.
                     pac 03/10/15  1:38   ***LIVEVOX CALL MADE TO BORROWER
PHONE +1        1220 ON
                     pac 03/10/15  1:38   03/09/2015 15:19:31 ET.   RESULT:
                     pac 03/10/15  1:38   Answering_Machine_(Hung_Up). SKILL:
QC.
                     pac 03/10/15  1:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1102602177
                     pac 03/10/15  1:38   (R-63605805)
                     pac 03/10/15  1:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1102602178
                     pac 03/10/15  1:38   (R-63605805)
                     pac 03/10/15  1:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1102602179
                     pac 03/10/15  1:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1102602180
                     pac 03/10/15  1:38   Updated udw 604,16 with 03/10/2015 et
PCW118 index
                     pac 03/10/15  1:38   1102602181 (R-63605805)
                     pac 03/10/15  1:38   Updated udw 604,16 with 03/10/2015 et
PCW118 index
                     pac 03/10/15  1:38   1102602182 (R-63605805)
                     pac 03/10/15  1:38   ***LIVEVOX CALL MADE TO BORROWER
PHONE +1        1576 ON
                     pac 03/10/15  1:38   03/09/2015 15:18:25 ET.   RESULT:
Invalid_Phone_Number.
                     pac 03/10/15  1:38   SKILL: QC.
                     pac 03/10/15  1:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1102602183
                     pac 03/10/15  1:38   Updated udw 604,5 with lb BLANK et
PCW118 index 1102602184
                     pac 03/10/15  1:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1102602185
                     pac 03/10/15  1:38   Updated udw 604,5 with lb pcW118 et
PCW118 index 1102602186
                     pac 03/10/15  1:38   1102602187 (R-63605805)
                     pac 03/10/15  1:38   1102602188 (R-63605805)
                     V1B 03/10/15  6:56   Interest assessed thru 03/10/2015 -
$0.73 added.
```

2643815

V1B 03/10/15  6:56   Interest assessed thru 03/10/2015 -
$0.36 added.

586 03/10/15  3:25P Udw 266-43 change from 021015 to
031015 tp909
⊓

08/30/17                                  Transworld Systems Inc. EDGV1 (EDGV1)
                           PAGE 23
  9:51 AM  1SO                                        SELECTED
586 03/10/15  3:25P Udw 266-43 change from 021015 to
031015 tp909

V1B 03/11/15  6:39   Interest assessed thru 03/11/2015 -
$0.73 added.

V1B 03/11/15  6:39   Interest assessed thru 03/11/2015 -
$0.36 added.

V1B 03/11/15  5:02P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED

V1B 03/11/15  5:51P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED

V1B 03/12/15  6:35   Interest assessed thru 03/12/2015 -
$0.73 added.

V1B 03/12/15  6:35   Interest assessed thru 03/12/2015 -
$0.36 added.

pac 03/13/15  1:30   ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE +1 207 669

pac 03/13/15  1:30   5779 ON 03132015  .  RESULT:
Not_Attempted_(Not_Made).

V1B 03/13/15  6:45   Interest assessed thru 03/13/2015 -
$0.73 added.

V1B 03/13/15  6:45   Interest assessed thru 03/13/2015 -
$0.36 added.

V1B 03/14/15  6:06   Interest assessed thru 03/14/2015 -
$0.73 added.

V1B 03/14/15  6:06   Interest assessed thru 03/14/2015 -
$0.36 added.

V1B 03/15/15  7:05   ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN

V1B 03/15/15  7:05   AUTOMATED SKIP TRACE SEARCH***
V1B 03/15/15  7:24   Interest assessed thru 03/15/2015 -
$0.73 added.

V1B 03/15/15  7:24   Interest assessed thru 03/15/2015 -
$0.36 added.

V1B 03/16/15  7:04   Interest assessed thru 03/16/2015 -
$0.73 added.

V1B 03/16/15  7:04   Interest assessed thru 03/16/2015 -
$0.36 added.

pac 03/17/15  1:31   ***LIVEVOX CALL MADE TO BORROWER
PHONE +1           5779 ON

pac 03/17/15  1:31   03/16/2015 16:02:36 ET.  RESULT:

```
                                    2643815
              pac 03/17/15  1:31  Answering_Machine_(Hung_Up). SKILL:
HCI.
              pac 03/17/15  1:31  Updated udw 604,5 with lb BLANK et
PCW118 index 1109565470
              pac 03/17/15  1:31  (R-63605805)
              pac 03/17/15  1:31  Updated udw 604,5 with lb BLANK et
PCW118 index 1109565471
              pac 03/17/15  1:31  (R-63605805)
              pac 03/17/15  1:31  Updated udw 604,5 with lb pcW118 et
PCW118 index 1109565472
              pac 03/17/15  1:31  Updated udw 604,5 with lb pcW118 et
PCW118 index 1109565473
              pac 03/17/15  1:31  Updated udw 604,16 with 03/17/2015 et
PCW118 index
              pac 03/17/15  1:31  1109565474 (R-63605805)
              pac 03/17/15  1:31  Updated udw 604,16 with 03/17/2015 et
PCW118 index
              pac 03/17/15  1:31  1109565475 (R-63605805)
              V1B 03/17/15  6:41  Interest assessed thru 03/17/2015 -
$0.73 added.
              V1B 03/17/15  6:41  Interest assessed thru 03/17/2015 -
$0.36 added.
              V1B 03/18/15  6:38  Interest assessed thru 03/18/2015 -
$0.73 added.
              V1B 03/18/15  6:38  Interest assessed thru 03/18/2015 -
$0.36 added.
              V1B 03/18/15  3:40P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
              V1B 03/18/15  4:52P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
              V1B 03/19/15  6:42  Interest assessed thru 03/19/2015 -
$0.73 added.
              V1B 03/19/15  6:42  Interest assessed thru 03/19/2015 -
$0.36 added.
              pac 03/20/15  1:41  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1 ██████ 1576 ON
              pac 03/20/15  1:41  03/19/2015 10:41:34 ET.  RESULT:
No_Answer. SKILL: QC.
              pac 03/20/15  1:41  Updated udw 604,5 with lb BLANK et
PCW118 index 1112821550
              pac 03/20/15  1:41  (R-63605805)
              pac 03/20/15  1:41  Updated udw 604,5 with lb BLANK et
PCW118 index 1112821551
              pac 03/20/15  1:41  (R-63605805)
              pac 03/20/15  1:41  Updated udw 604,5 with lb pcW118 et
PCW118 index 1112821552
              pac 03/20/15  1:41  Updated udw 604,5 with lb pcW118 et
PCW118 index 1112821553
```

```
                                    2643815
                      pac 03/20/15  1:41  Updated udw 604,16 with 03/20/2015 et
PCW118 index
                      pac 03/20/15  1:41  1112821554 (R-63605805)
▯
   08/30/17                               Transworld Systems Inc. EDGV1 (EDGV1)
                                PAGE 24
    9:51 AM  1SO                                  SELECTED
                      pac 03/20/15  1:41  Updated udw 604,16 with 03/20/2015 et
PCW118 index
                      pac 03/20/15  1:41  1112821555 (R-63605805)
                      V1B 03/20/15  6:29  Interest assessed thru 03/20/2015 -
$0.73 added.
                      V1B 03/20/15  6:29  Interest assessed thru 03/20/2015 -
$0.36 added.
                      V1B 03/21/15  6:09  Interest assessed thru 03/21/2015 -
$0.73 added.
                      V1B 03/21/15  6:09  Interest assessed thru 03/21/2015 -
$0.36 added.
                      V1B 03/22/15  7:06  Interest assessed thru 03/22/2015 -
$0.73 added.
                      V1B 03/22/15  7:06  Interest assessed thru 03/22/2015 -
$0.36 added.
                      V1B 03/23/15  6:56  Interest assessed thru 03/23/2015 -
$0.73 added.
                      V1B 03/23/15  6:56  Interest assessed thru 03/23/2015 -
$0.36 added.
                      pac 03/24/15  1:43  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1 ▮▮▮▮1576 ON
                      pac 03/24/15  1:43  03/23/2015 16:00:04 ET.  RESULT:
No_Answer. SKILL: QC.
                      pac 03/24/15  1:43  Updated udw 604,5 with lb BLANK et
PCW118 index 1117406783
                      pac 03/24/15  1:43  (R-63605805)
                      pac 03/24/15  1:43  Updated udw 604,5 with lb BLANK et
PCW118 index 1117406784
                      pac 03/24/15  1:43  (R-63605805)
                      pac 03/24/15  1:43  Updated udw 604,5 with lb pcW118 et
PCW118 index 1117406785
                      pac 03/24/15  1:43  Updated udw 604,5 with lb pcW118 et
PCW118 index 1117406786
                      pac 03/24/15  1:43  Updated udw 604,16 with 03/24/2015 et
PCW118 index
                      pac 03/24/15  1:43  1117406787 (R-63605805)
                      pac 03/24/15  1:43  Updated udw 604,16 with 03/24/2015 et
PCW118 index
                      pac 03/24/15  1:43  1117406788 (R-63605805)
                      pac 03/24/15  1:43  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1 ▮▮▮▮1220 ON
```

```
                                2643815
                    pac 03/24/15  1:43   03/23/2015 16:03:55 ET.   RESULT:
                    pac 03/24/15  1:43   Answering_Machine_(Hung_Up). SKILL:
QC.
                    pac 03/24/15  1:43   Updated udw 604,5 with lb BLANK et
PCW118 index 1117406789
                    pac 03/24/15  1:43   Updated udw 604,5 with lb BLANK et
PCW118 index 1117406790
                    pac 03/24/15  1:43   Updated udw 604,5 with lb pcW118 et
PCW118 index 1117406794
                    pac 03/24/15  1:43   Updated udw 604,5 with lb pcW118 et
PCW118 index 1117406798
                    pac 03/24/15  1:43   1117406799 (R-63605805)
                    pac 03/24/15  1:43   1117406802 (R-63605805)
                    V1B 03/24/15  6:31   Interest assessed thru 03/24/2015 -
$0.73 added.
                    V1B 03/24/15  6:31   Interest assessed thru 03/24/2015 -
$0.36 added.
                    V1B 03/25/15  6:28   ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                    V1B 03/25/15  6:28   AUTOMATED SKIP TRACE SEARCH***
                    V1B 03/25/15  6:40   Interest assessed thru 03/25/2015 -
$0.73 added.
                    V1B 03/25/15  6:40   Interest assessed thru 03/25/2015 -
$0.36 added.
                    V1B 03/25/15  5:18P  ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                    V1B 03/25/15  6:25P  ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 03/26/15  6:31   Interest assessed thru 03/26/2015 -
$0.73 added.
                    V1B 03/26/15  6:31   Interest assessed thru 03/26/2015 -
$0.36 added.
                    pac 03/27/15  1:51   ***LIVEVOX ATTEMPT LOADED, BUT CALL
WAS NOT MADE +1 ▓▓▓▓▓▓
                    pac 03/27/15  1:51   5779 ON 03272015  .  RESULT:
Not_Attempted_(Not_Made).
                    V1B 03/27/15  6:32   Interest assessed thru 03/27/2015 -
$0.73 added.
                    V1B 03/27/15  6:32   Interest assessed thru 03/27/2015 -
$0.36 added.
                    V1B 03/28/15  6:11   Interest assessed thru 03/28/2015 -
$0.73 added.
                    V1B 03/28/15  6:11   Interest assessed thru 03/28/2015 -
$0.36 added.
                    V1B 03/29/15  7:08   Interest assessed thru 03/29/2015 -
$0.73 added.
                    V1B 03/29/15  7:08   Interest assessed thru 03/29/2015 -
$0.36 added.
```

```
                                      2643815
                    V1B 03/30/15  7:00  Interest assessed thru 03/30/2015 -
$0.73 added.

   08/30/17                            Transworld Systems Inc. EDGV1 (EDGV1)
                               PAGE 25
     9:51 AM   1SO                                 SELECTED
                    V1B 03/30/15  7:00  Interest assessed thru 03/30/2015 -
$0.36 added.

                    pac 03/31/15  1:30  ***LIVEVOX CALL MADE TO BORROWER
PHONE +1       5779 ON
                    pac 03/31/15  1:30  03/30/2015 16:18:54 ET.  RESULT:
                    pac 03/31/15  1:30  Answering_Machine_(Hung_Up). SKILL:
HCI.
                    pac 03/31/15  1:30  Updated udw 604,5 with lb BLANK et
PCW118 index 1125029710
                    pac 03/31/15  1:30  (R-63605805)
                    pac 03/31/15  1:30  Updated udw 604,5 with lb BLANK et
PCW118 index 1125029711
                    pac 03/31/15  1:30  (R-63605805)
                    pac 03/31/15  1:30  Updated udw 604,5 with lb pcW118 et
PCW118 index 1125029712
                    pac 03/31/15  1:30  Updated udw 604,5 with lb pcW118 et
PCW118 index 1125029713
                    pac 03/31/15  1:30  Updated udw 604,16 with 03/31/2015 et
PCW118 index
                    pac 03/31/15  1:30  1125029714 (R-63605805)
                    pac 03/31/15  1:30  Updated udw 604,16 with 03/31/2015 et
PCW118 index
                    pac 03/31/15  1:30  1125029715 (R-63605805)
                    V1B 03/31/15  6:38  Interest assessed thru 03/31/2015 -
$0.73 added.
                    V1B 03/31/15  6:38  Interest assessed thru 03/31/2015 -
$0.36 added.
                    V1B 04/01/15  7:26  Interest assessed thru 04/01/2015 -
$0.73 added.
                    V1B 04/01/15  7:26  Interest assessed thru 04/01/2015 -
$0.36 added.
                    V1B 04/01/15  5:03P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                    V1B 04/01/15  6:40P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                    V1B 04/02/15  6:40  Interest assessed thru 04/02/2015 -
$0.73 added.
                    V1B 04/02/15  6:40  Interest assessed thru 04/02/2015 -
$0.36 added.
                    V1B 04/03/15  6:26  Interest assessed thru 04/03/2015 -
$0.73 added.
                    V1B 04/03/15  6:26  Interest assessed thru 04/03/2015 -
```

```
                                    2643815
$0.36 added.
                   ZNP 04/03/15  9:40  LV W6952078524669/ TT UIF ADV MRD/ SD
WN
                   ZNP 04/03/15  9:40  Window 695 field 7 changed from C to
B.
                   ZNP 04/03/15  9:46  LV W573         -5779/ NA
                   ZNP 04/03/15  9:46  LV W573         -1576/ FAILED
                   ZNP 04/03/15 10:03  *ACCRNT* BORR RELS
                   ZNP 04/03/15 10:35  LV        -7470/ THOMAS SHIRLEY/ VM/
ID AS DANIEL
                   ZNP 04/03/15 10:35  LV       -5982/ NA
                   ZNP 04/03/15 10:35  LV       -4913/ TT UIM ADV MRD/ SD
WN FR THOMAS NHOB
                   ZNP 04/03/15 10:36  LV       -4189/ CHRISTINA KIEF/ NA
                   ZNP 04/03/15 10:36  LV       -2404/ NA
                   ZNP 04/03/15 10:36  LV       -9949/ NIS
                   ZNP 04/03/15 10:36  3NEW NEW BUS. UNTIL CNTC
                   ZNP 04/03/15 10:36  Telephone contact attempted today.
                   ZNP 04/03/15 10:36  Updated udw 604,5 with lb BLANK et
PCW118 index 1128413690
                   ZNP 04/03/15 10:36  (R-63605805)
                   ZNP 04/03/15 10:36  Updated udw 604,5 with lb BLANK et
PCW118 index 1128413691
                   ZNP 04/03/15 10:36  (R-63605805)
                   ZNP 04/03/15 10:36  Updated udw 604,5 with lb pcW118 et
PCW118 index 1128413692
                   ZNP 04/03/15 10:36  Updated udw 604,5 with lb pcW118 et
PCW118 index 1128413693
                   ZNP 04/03/15 10:36  Updated udw 604,16 with 04/03/2015 et
PCW118 index
                   ZNP 04/03/15 10:36  1128413695 (R-63605805)
                   ZNP 04/03/15 10:36  Updated udw 604,16 with 04/03/2015 et
PCW118 index
                   ZNP 04/03/15 10:36  1128413697 (R-63605805)
                   ZNP 04/03/15 10:36  Work statistic @WRK was updated.
                   pac 04/03/15 10:56  Interest rate has changed from 3.71
to 3.72 tp909
                   pac 04/03/15 10:56  Interest Rate: 3.72 tp909
▯
  08/30/17                            Transworld Systems Inc. EDGV1 (EDGV1)
                          PAGE 26
    9:51 AM  1SO                                 SELECTED
                   pac 04/03/15 10:56  Interest rate has changed from 3.71
to 3.72 tp909
                   pac 04/03/15 10:56  Interest Rate: 3.72 tp909
                   V1B 04/05/15  7:07  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                   V1B 04/05/15  7:07  AUTOMATED SKIP TRACE SEARCH***
```

```
                                2643815
                433 04/06/15  8:35P Transferred from 03W to 10W
                ZVO 04/06/15  9:37P Account accessed;No activity
                ZVO 04/08/15  8:54  MC        -5779 V/M NML
                ZVO 04/08/15  8:56  ACCUINT PAW NO LEADS
                ZVO 04/08/15  9:01  MC        -1220 V/M NML
                ZVO 04/08/15  9:01  3NEW NEW BUS. UNTIL CNTC
                ZVO 04/08/15  9:01  Telephone contact attempted today.
                ZVO 04/08/15  9:01  Updated udw 604,5 with lb BLANK et
PCW118 index 1133975379
                ZVO 04/08/15  9:01  (R-63605805)
                ZVO 04/08/15  9:01  Updated udw 604,5 with lb BLANK et
PCW118 index 1133975380
                ZVO 04/08/15  9:01  (R-63605805)
                ZVO 04/08/15  9:01  Updated udw 604,5 with lb pcW118 et
PCW118 index 1133975381
                ZVO 04/08/15  9:01  Updated udw 604,5 with lb pcW118 et
PCW118 index 1133975382
                ZVO 04/08/15  9:01  Updated udw 604,16 with 04/08/2015 et
PCW118 index
                ZVO 04/08/15  9:01  1133975383 (R-63605805)
                ZVO 04/08/15  9:01  Updated udw 604,16 with 04/08/2015 et
PCW118 index
                ZVO 04/08/15  9:01  1133975384 (R-63605805)
                ZVO 04/08/15  9:01  Work statistic @WRK was updated.
                ZVO 04/08/15 10:35  Account accessed;No activity
                586 04/08/15  4:33P Udw 266-43 change from 031015 to
040815 tp909
                586 04/08/15  4:33P Udw 266-43 change from 031015 to
040815 tp909
                V1B 04/08/15  4:42P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                V1B 04/08/15  5:38P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                ZVO 04/10/15  8:40  Account accessed;No activity
                V1B 04/15/15  6:14  ***SKIP ATTEMPT: LEXIS NEXIS
WAREHOUSE--ACCOUNT ACTIVE IN
                V1B 04/15/15  6:14  AUTOMATED SKIP TRACE SEARCH***
                V1B 04/15/15  9:49  Transferred to collector HVP et PLVP
index 1141401943
                V1B 04/15/15  9:49  (R-63605805)
                V1B 04/15/15  9:49  Transferred to collector HVP et PLVP
index 1141401943
                V1B 04/15/15  9:49  (R-63605805)
                V1B 04/15/15  9:49  Updated udw 700,21 with 04/15/2015 et
PLVP index 1141401945
                V1B 04/15/15  9:49  Updated udw 700,21 with 04/15/2015 et
PLVP index 1141401946
                V1B 04/15/15  9:49  Updated udw 604,5 with lb BLANK et
```

```
                                    2643815
PCS123 index 1141401947
                   V1B 04/15/15  9:49  Updated udw 604,5 with lb BLANK et
PCS123 index 1141401948
                   V1B 04/15/15  9:49  Updated udw 604,5 with lb pcS123 et
PCS123 index 1141401949
                   V1B 04/15/15  9:49  Updated udw 604,5 with lb pcS123 et
PCS123 index 1141401950
                   V1B 04/15/15  9:49  Updated udw 604,16 with 04/15/2015 et
PCS123 index
                   V1B 04/15/15  9:49  1141401951 (R-63605805)
                   V1B 04/15/15  9:49  Updated udw 604,16 with 04/15/2015 et
PCS123 index
                   V1B 04/15/15  9:49  1141401952 (R-63605805)
                   V1B 04/15/15  9:49  3SKP SKIP WORK NEEDED et TOSKP index
1141401942
                   V1B 04/15/15  9:49  Transferred to collector DG0 et TOSKP
index 1141401953
                   V1B 04/15/15  9:49  (R-63605805)
                   V1B 04/15/15  9:49  Transferred to collector DG0 et TOSKP
index 1141401953
                   V1B 04/15/15  9:49  (R-63605805)
                   V1B 04/15/15  9:49  Updated udw 700,21 with 04/15/2015 et
TOSKP index
🗌
   08/30/17                            Transworld Systems Inc. EDGV1 (EDGV1)
                            PAGE 27
      9:51 AM  1SO                                    SELECTED
                   V1B 04/15/15  9:49  1141401954 (A-63605805)
                   V1B 04/15/15 11:24  Transferred to collector DGF et SKDGF
index 1141544239
                   V1B 04/15/15 11:24  (R-63605805)
                   V1B 04/15/15 11:24  Transferred to collector DGF et SKDGF
index 1141544239
                   V1B 04/15/15 11:24  (R-63605805)
                   V1B 04/15/15  5:47P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                   V1B 04/16/15  3:30P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                   V1B 04/16/15  5:12P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                   415 04/21/15  2:02P Transferred from DGF to HVP
                   V1B 04/22/15  1:25P 3000 BEGIN REG COLLECT et SK3000
index 1148714587
                   V1B 04/22/15  4:49P ACCT RUN THRU WORK NUMBER VENDOR-NO
HIT RETURNED
                   V1B 04/22/15  5:56P ACCT RUN THRU WORK NUMBER VENDOR--NO
HIT RETURNED
                   V1B 04/25/15  5:59  ***SKIP ATTEMPT: LEXIS NEXIS
```

```
                                 2643815
WAREHOUSE--ACCOUNT ACTIVE IN
                     V1B 04/25/15  5:59  AUTOMATED SKIP TRACE SEARCH***
                     pac 04/28/15  6:27  Updated udw 438,17 with lb BLNK et
C111 index 1154660738
                     pac 04/28/15  6:27  (A-63605805)
                     pac 04/28/15  6:27  Updated udw 438,15 with lb DSC111 et
C111 index 1154660750
                     pac 04/28/15  6:27  Updated udw 438,18 with lb DDC111 et
C111 index 1154660752
                     pac 04/28/15  6:27  Updated udw 457,12 with 04/28/2015 et
EXCDSP index
                     pac 04/28/15  6:27  1154660761 (S-63605805)
                     pac 04/28/15  6:27  Created a Link request using Service
Type TUDEL026 et
                     pac 04/28/15  6:27  DTUDEL index 1154660762 (A-63605805)
                     pac 04/28/15  6:27  REMOVING ACCOUNT FROM THE TU TRIGGER
PROCESS et DTUDEL
                     pac 04/28/15  6:27  index 1154660763
                     pac 04/28/15  6:27  Marked account for credit bureau
removal et DTUDEL index
                     pac 04/28/15  6:27  1154660765 (A-63605805)
                     pac 04/28/15  6:27  3CLO PENDING CLNT RECALL et C111
index 1154660753
                     pac 04/28/15  6:27  Updated udw 604,5 with lb DSC111 et
C111 index 1154660766
                     pac 04/28/15  6:27  (A-63605805)
                     pac 04/28/15  6:27  Updated udw 438,17 with lb BLNK et
C111 index 1154660770
                     pac 04/28/15  6:27  (A-63605806)
                     pac 04/28/15  6:27  Updated udw 438,15 with lb DSC111 et
C111 index 1154660794
                     pac 04/28/15  6:27  Updated udw 438,18 with lb DDC111 et
C111 index 1154660795
                     pac 04/28/15  6:27  3CLO PENDING CLNT RECALL et C111
index 1154660796
                     pac 04/28/15  6:27  Updated udw 604,5 with lb DSC111 et
C111 index 1154660797
                     pac 04/28/15  6:27  (A-63605806)
                     pac 04/28/15  6:27  TU (TUDEL026) Created credit-report
request for 'TU
                     pac 04/28/15  6:27  Triggers' window 2 (TID #611317886).
                     pac 05/02/15  6:10  63605806 is new seed.  Previous seed:
63605805
                     pac 05/02/15  6:10  Untied account from route 63605806 et
PCCL01 index
                     pac 05/02/15  6:10  1159272589 (A-63605806)
                     pac 05/02/15  6:10  Updated udw 457,12 with 05/02/2015 et
EXCDSP index
```

```
                                   2643815
                 pac 05/02/15  6:10  1159272591 (S-63605806)
                 pac 05/02/15  6:10  Stopped 0 letters et sm9000 index
1159272592
                 pac 05/02/15  6:10  9000 CANCEL set c.c. 01 w/ovrde N et
PCCL01 index
                 pac 05/02/15  6:10  1159272590
                 pac 05/02/15  6:10  9000 Can Desc: Per Client Request
                 pac 05/02/15  6:10  Updated udw 457,12 with 05/02/2015 et
PCCL01 index
                 pac 05/02/15  6:10  1159272593 (A-63605806)
                 V1B 05/04/15  6:05  Created a Link request using Service
Type L26DEL et LNDEL
[]
```

08/30/17                                       Transworld Systems Inc. EDGV1 (EDGV1)
                                    PAGE 28
      9:51 AM  1SO                                       SELECTED

```
                 V1B 05/04/15  6:05  index 1162017262 (A-63605806)
                 V1B 05/04/15  6:05  Lexis warehouse delete request et
LNDEL index 1162017272
                 V1B 05/04/15  6:05  Updated udw 457,12 with 05/04/2015 et
EXCDSP index
                 V1B 05/04/15  6:05  1162017295 (S-63605806)
                 V1B 05/04/15  6:05  Stopped 0 letters et sm9999 index
1162017299
                 V1B 05/04/15  6:05  Marked account for credit bureau
removal et sm9999 index
                 V1B 05/04/15  6:05  1162017302 (A-63605806)
                 V1B 05/04/15  6:05  9999 INACTIVE sys
                 V1B 05/04/15  6:05  Cancel back principal 3545.00
                 V1B 05/04/15  6:05  Cancel back interest 2.16
                 V1B 05/04/15  6:05  Cancel back accumulated interest
52.92
                 V1B 05/04/15  6:05  LN (L26DEL) Created skiptrace request
for 'debtor' window 2
                 V1B 05/04/15  6:05  (TID #612171155).
                 V1B 05/04/15  7:24  LN (L26DEL) Received skiptrace
results for 'debtor' window
                 V1B 05/04/15  7:24  2 (TID #612171155).
                 V1B 05/04/15  7:24  Acct no longer active in daily BKY,
Deceased, and Phone
                 V1B 05/04/15  7:24  Warehouse et LNDELR index 1162032030
                 V1B 05/04/15  7:24  Updated udw 546,14 with 05/04/2015 et
LNDELR index
                 V1B 05/04/15  7:24  1162032031 (A-63605806)
                 V1B 11/19/15 12:32P TU credit report for window 81 - TU
purged.
                 THA 10/05/16  1:55P enDI SCORERF changed DU87623 from  to
655
```

                                    2643815
                        THA 10/05/16  1:55P enDI SCORERF changed DU87624 from  to
9
                        THA 10/05/16  1:55P enDI SCORERF changed DU87625 from  to
09082016


     ** END OF REPORT **

〇