# EXHIBIT F

1

```
 1    STATE OF MAINE                DISTRICT COURT
                                    DISTRICT NINE
 2    CUMBERLAND, ss.               DIV:  S. CUMBERLAND
                                    LOCATION:  PORTLAND
 3                                  CIVIL ACTION
                                    DOCKET NO.   POR-CV-15-324
 4                                               POR-CV-15-326
      NATIONAL COLLEGIATE       :
 5    STUDENT LOAN TRUST 2006-3 :
      and NATIONAL COLLEGIATE   :
 6    STUDENT LOAN TRUST 2007-1,:
                                :
 7                   Plaintiffs :
                                :
 8           vs.                :
                                :
 9    SARAH THURLOW a/k/a        :
      SARAH COFFEY and           :
10    VICKIE MCMULLEN,           :
                                :
11                   Defendants :
```

## TRANSCRIPT OF DEPOSITION OF SARAH N. COFFEY

Taken pursuant to Notice to Take the Deposition of Sarah
Thurlow a/k/a Sarah Coffey dated August 29, 2017, at the
offices of Preti Flaherty, One City Center, Portland,
Maine on October 3, 2017, commencing at 9:41 A.M. before
Christina J. Duvernay, a Court Reporter and Notary Public
commissioned by the State of Maine.

APPEARANCES:

For the Plaintiffs:      MICHAEL D. ALLTMONT, ESQ.
                         BRYAN C. SHARTLE, ESQ.
                         KATE E. CONLEY, ESQ.

For the Defendants:      CYNTHIA A. DILL, ESQ.

Also Present:            VICKIE MCMULLEN
                         BRADLEY LUKE

DUVERNAY REPORTING, INC.
72 Ocean Street - Unit 304
South Portland, Maine 04106
207.653.0301
duvernayreporting@gmail.com

28

1          your child?

2     A.   Yes.

3     Q.   Okay.  I want to talk a little bit about your loans

4          and then we'll get into your counterclaims.

5     A.   Okay.

6               MR. ALLTMONT:  We'll mark this as Exhibit 3.

7                    (Exhibit 3 was marked for identification

8                     and passed to the deponent.)

9                    (The deponent looked at the exhibit.)

10    Q.   Are you familiar with this document?

11    A.   Yes.

12    Q.   Can you describe it, please?

13    A.   This appears to be my loan request and credit

14         agreement signature page.

15    Q.   By "Signature of Borrower" at the bottom, is that

16         your signature?

17                   (The deponent looked at the exhibit.)

18    A.   Yes.

19    Q.   Is that dated July 19, 2006?

20    A.   Yes.

21    Q.   And was this your application for a loan with the

22         lender - and I'm going off the top box - Charter

23         One Bank?

24    A.   Yes.

25    Q.   And was this loan for 10,000 dollars?

29

1    A.    Yes.

2    Q.    Did you receive those proceeds?

3    A.    Yes.

4    Q.    Do you know when you received those proceeds?

5    A.    Sometime in the summer of 2006.

6    Q.    And how did you receive those proceeds?

7    A.    I believe I would have received a check.

8              MS. DILL:  Don't speculate.  If you know,

9          answer.  If you don't know, say you don't know.

10   A.    I don't know.

11             MR. ALLTMONT:  Ms. Dill, please do not

12         instruct the witness.  She can answer.

13             MS. DILL:  I'm assuming you don't want her to

14         speculate.  Can we agree to that?

15             MR. ALLTMONT:  I want her to answer the

16         questions.

17             MS. DILL:  Okay, good.  Me, too.  Then we're

18         on the same page.

19   Q.    Have you paid off this loan?

20             MS. DILL:  Objection.

21   Q.    You can answer if you know.

22   A.    To my knowledge.

23   Q.    When did you pay off this loan?

24   A.    I believe I settled this loan in October of 2014.

25   Q.    We'll get back to that.

```
 1                    Did your mother co-sign this loan?

 2   A.    Yes.

 3   Q.    Did she sign the loan in front of you?

 4   A.    Yes.

 5   Q.    Did you sign the loan in front of her?

 6   A.    Yes.

 7   Q.    How did you submit the loan request?

 8   A.    I'm not sure.

 9   Q.    Is it possible you faxed it from Mechanics Bank?

10   A.    That is possible.

11              MR. ALLTMONT:  I'm going to mark this next

12         document as Exhibit 4.

13                   (Exhibit 4 was marked for identification

14                    and was passed to the deponent.)

15                   (The deponent looked at Exhibit 4.)

16   Q.    Mrs. Coffey, are you familiar with this document?

17   A.    Yes.

18   Q.    Please describe this document.

19   A.    This is also another credit agreement.

20   Q.    Okay.  At the bottom center under "Signature of

21         Borrower," is that your signature?

22                   (The deponent looked at the exhibit.)

23   A.    It is.

24   Q.    And is it dated December 7, 2006?

25   A.    Yes.
```

31

1    Q.    This loan request, and I'm referring to the top box

2          of the document, this loan request is for an amount

3          of 7,000 dollars.

4    A.    Correct.

5    Q.    Did you receive that?

6    A.    No.

7    Q.    Did you receive any funds pursuant to this loan?

8    A.    Yes.

9    Q.    Okay.  What -- how much money did you receive

10         pursuant to this loan request?

11   A.    Not 7,000.  Somewhere in the 6,000 range.

12   Q.    If I told you it was 6,520, would that surprise

13         you?

14   A.    No.

15   Q.    Does that sound about right?

16   A.    Yes.

17   Q.    Okay.  The check for 6,520 dollars, did you receive

18         that check?

19               MS. DILL:  Objection.

20   Q.    You can answer if you know.

21   A.    Yes.

22   Q.    Did you deposit that check?

23   A.    Yes.

24   Q.    Was this loan for Kennebec Community College?

25   A.    Kennebec Valley Community College, yes.

32

| | | |
|---|---|---|
| 1 | Q. | And was the lender on this loan Charter One Bank? |
| 2 | A. | Yes. |
| 3 | Q. | Was your mother a cosigner on this loan? |
| 4 | A. | Yes. |
| 5 | Q. | Okay.  Did she sign -- I'm sorry. |
| 6 | | At the bottom, underneath your signature, did |
| 7 | | you witness your mother sign the cosigner line? |
| 8 | A. | Yes. |
| 9 | Q. | Was she present when you signed on the borrower |
| 10 | | line? |
| 11 | A. | Yes. |
| 12 | | MR. ALLTMONT:  Okay.  Going forward, I'm |
| 13 | | going to refer to this loan - the one that was |
| 14 | | signed in December of 2006 - as NCT-2 and the loan |
| 15 | | that was marked as Exhibit 3, which was signed in |
| 16 | | July of 2006, as NCT-1. |
| 17 | | Let's mark this as Exhibit 5. |
| 18 | | (Exhibit 5 was marked for identification |
| 19 | | and passed to the deponent.) |
| 20 | | (The deponent looked at Exhibit 5.) |
| 21 | Q. | Are you familiar with this document? |
| 22 | | Please review the document.  There's a few |
| 23 | | pages. |
| 24 | | (The deponent looked at Exhibit 5.) |
| 25 | A. | Yes. |